UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al. | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| CONNIE LAWSON, et al. | ) ) |
| Defendants. | ) |

No. 1:17-cv-02897-TWP-MPB

**MAGISTRATE JUDGE'S ORDER ON
TELEPHONIC INITIAL PRE-TRIAL
CONFERENCE**

This matter came before the Honorable Matthew P. Brookman, United States Magistrate Judge, by telephone, at 11:00 a.m., Indianapolis time (EST), on November 16, 2017, for a conference under Rule 16, Federal Rules of Civil Procedure. Parties were represented by counsel.

Thereafter, the following **ORDER** is entered:

1. The **TELEPHONIC INITIAL PRE-TRIAL CONFERENCE** is re-set for **NOVEMBER 28, 2017** at 3:00 p.m., Indianapolis time (EST), before the Honorable Matthew P. Brookman, United States Magistrate Judge. **The information needed by counsel to participate in this telephonic conference will be provided by a separate notification.**

This order has been formulated after a conference at which the respective parties have appeared. Any party shall file any corrections or additions within fourteen (14) days after

1

receipt of this order.

**SO ORDERED.**

**Dated:** November 16, 2017

Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**