UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al. | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 1:17-cv-02897-TWP-MPB ) |
| CONNIE LAWSON, et al. | ) ) |
| Defendants. | ) |

**MAGISTRATE JUDGE'S MINUTE
ENTRY ON TELEPHONIC STATUS
CONFERENCE**

This matter came before the Honorable Matthew P. Brookman, United States Magistrate Judge, by telephone, at 10:00 a.m., Indianapolis time, on January 3, 2018, for a conference under Rule 16, Federal Rules of Civil Procedure. Parties were represented by counsel.

No further orders are entered at this time.

**Dated:** January 4, 2018

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**