UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP) and LEAGUE OF WOMEN VOTERS OF INDIANA,<br><br>Plaintiffs,<br><br>v.<br><br>CONNIE LAWSON, in her official capacity as the Indiana Secretary of State; J. BRADLEY KING, in his official capacity as Co-Director of the Indiana Election Division; ANGELA NUSSMEYER, in her official capacity as Co-Director of the Indiana Election Division,<br><br>Defendants. | Civil Action N. 1:17-cv-02897 |

**Unopposed Motion for Extension of Time to File Preliminary Injunction Motion and Brief**

Plaintiffs Indiana State Conference of the National Association for the Advancement of Colored People and League of Women Voters of Indiana (collectively, "Plaintiffs"), by their counsel, respectfully request an extension of time, to and including March 7, 2018, within which to file their motion for preliminary injunction and supporting brief. In support of this Motion, Plaintiffs state as follows:

1. On December 1, 2017, the Court issued a minute order setting a briefing schedule in anticipation of Plaintiffs' motion for preliminary injunction. (ECF No. 25.) Specifically, Plaintiffs were to file their motion and supporting brief on or before January 12, 2018; Defendants were to file their response brief on or before February 16, 2018; and Plaintiffs were to file their reply brief on or before February 23, 2018. (*Id.*)

2. A hearing on the preliminary injunction motion was set for March 9, 2018. (ECF No. 26.)

3. On January 3, 2018, the Court held a status conference, after which the parties agreed, contingent on a formal stipulation by Defendants regarding their representation that no Crosscheck matches will be sent to counties prior to July 1, 2018, to postpone the preliminary injunction hearing until May 2, 2018, and to confer and submit to the Court a mutually agreeable briefing schedule.

4. The parties are in the process of negotiating the briefing schedule, stipulation, and other related dates and issues, but a schedule has not yet been finalized.

5. Plaintiffs, however, have proposed to Defendants filing their initial brief no earlier than March 7, 2018, and therefore request that Plaintiffs be granted an extension to file their preliminary injunction motion and supporting brief on or before March 7, 2018.

6. Undersigned counsel has communicated with counsel for Defendants and has been authorized to represent that Defendants have no objection to this Motion.

7. Plaintiffs' counsel has also communicated with Plaintiff's counsel in related cause number 1:17-cv-03936-TWP-MPB, who also have no objection to this Motion.

**WHEREFORE**, Plaintiffs respectfully request an extension of time, to and including March 7, 2018, within which to file a motion for preliminary injunction and supporting brief, and request all other proper relief.

Respectfully submitted,

*/s/ Jonathan Brater*

Myrna Pérez
Jonathan Brater
BRENNAN CENTER FOR JUSTICE
AT NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271

(646) 292-8310
myrna.perez@nyu.edu

Sascha N. Rand
Ellyde R. Thompson
Geneva McDaniel
Ellison W. Merkel*
Alexandre J. Tschumi
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
sascharand@quinnemanuel.com

Trent A. McCain
MCCAIN LAW OFFICES, P.C.
5655 Broadway
Merrillville, IN 46410
(219) 884-0696
trent@mccain.law

(**Application for Admission Forthcoming*)

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby verify that on this 11th day of January 2018, a copy of the foregoing was filed electronically with the Clerk of this Court. Service of this filing will be made on all ECF-registered counsel by operation of the Court's filing system. Parties may access this filing through the Court's system.

      */s/ Jonathan Brater*

      Jonathan Brater
      BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW
      120 Broadway, Suite 1750
      New York, NY 10271
      (646) 292-8310
      jonathan.brater@nyu.edu