UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP) and LEAGUE OF WOMEN VOTERS OF INDIANA,<br><br>Plaintiffs,<br><br>v.<br><br>CONNIE LAWSON, in her official capacity as the Indiana Secretary of State; J. BRADLEY KING, in his official capacity as Co-Director of the Indiana Election Division; ANGELA NUSSMEYER, in her official capacity as Co-Director of the Indiana Election Division,<br><br>Defendants. | Civil Action N. 1:17-cv-02897 |

**JOINT MOTION TO CONTINUE PRELIMINARY INJUNCTION HEARING AND MODIFY SCHEDULING ORDERS**

The parties, by their undersigned counsel, jointly move the Court to continue the hearing on Plaintiffs' anticipated motion for preliminary injunction and modify the December 1, 2017 and December 4, 2017 Scheduling Orders relating to Plaintiffs' anticipated motion for preliminary injunction (ECF Nos. 25 & 26). In support of this Motion, the parties state as follows:

1. On December 15, 2017, Plaintiffs served Defendants with a notice of deposition pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, and a related request for production of documents pursuant to Rule 34 of the Federal Rules of Civil Procedure.

2. Plaintiffs requested that the deposition be scheduled prior to their January 12, 2018 deadline to file a motion for preliminary injunction and brief in support of the motion.

3. Although the parties initially agreed on a deposition date, Defendants later notified Plaintiffs of several issues related to the deposition date, and requested that the deposition be moved to February 2018.

4. In order to accommodate Defendants' request, Plaintiffs agree to a modification of the briefing schedule on their anticipated motion for preliminary injunction, and a postponement of its hearing date, currently set for March 9, 2018.

5. Defendants agree that, until July 1, 2018, they will not be utilizing, and will not be instructing or condoning counties or other state actors to use Crosscheck data or engage in, the voter list maintenance procedures set forth in Indiana Code § 3-7-38.2-5(d)-(e). Defendants specifically agree that, until July 1, 2018, the State Voter Registration System hoppers will not be populated with any voter information provided through the Interstate Voter Registration Crosscheck program. Defendants also agree to immediately notify Plaintiffs if they become aware of any Indiana counties or other government actors engaging in any of the procedures set forth in Indiana Code § 3-7-38.2-5(d)-(e) prior to July 1, 2018.

6. The parties therefore jointly request that the Court move the hearing on Plaintiffs' anticipated motion for preliminary injunction, currently set for March 9, 2018, to **May 2, 2018**, with witness and exhibit lists due no later than **April 25, 2018.**

7. The parties also request that the Court amend the briefing schedule and jointly propose the following schedule:

    A. Plaintiffs shall file their motion for preliminary injunction and supporting briefs on or before **March 7, 2018**. (ECF No. 32.)

B. Defendants shall file their response briefs on or before **April 11, 2018**.

C. Plaintiffs shall file their reply brief on or before **April 18, 2018**.

8. Defendants further agree that—to ensure the parties can meet the above-stated schedule for the motion for preliminary injunction—they will make witnesses available no later than February 5, 2018 for the FRCP Rule 30(b)(6) deposition noticed by Plaintiffs on December 15, 2017.

**WHEREFORE**, the parties respectfully request that the Court continue the hearing on Plaintiffs' anticipated motion for preliminary injunction and modify the December 1, 2017 and December 4, 2017 Scheduling Orders relating to Plaintiffs' anticipated motion for preliminary injunction (ECF Nos. 25 & 26) as set forth above, and for all other proper relief.

Dated: January 16, 2018

| Attorneys for Indiana State Conference of the National Association for the Advancement of Colored People (NAACP) and League of Women Voters of Indiana | Attorneys for Defendants Connie Lawson, J. Bradley King, and Angela M. Nussmeyer |
|---|---|
| By: */s/ Alexandre J. Tschumi* <br> Sascha N. Rand <br> Ellyde R. Thompson <br> Geneva McDaniel <br> Ellison W. Merkel* <br> Alexandre J. Tschumi <br> QUINN EMANUEL URQUHART & SULLIVAN, LLP <br> 51 Madison Avenue, 22nd Floor <br> New York, NY 10010 <br> (212) 849-7000 <br> sascharand@quinnemanuel.com | By: */s/ Jefferson S. Garn* <br> Office of the Indiana Attorney General <br> Jefferson S. Garn <br> Kelly S. Witte <br> Aleksandrina Penkova Pratt <br> Diana Moers Davis <br> Office of the Attorney General <br> Indiana Government Center South <br> 302 W. Washington St., 5th Floor <br> Indianapolis, IN 46204 <br> (317) 234-7119 <br> Jefferson.Garn@atg.in.gov <br> Kelly.Witte@atg.in.gov <br> Aleksandrina.Pratt@atg.in.gov <br> Diana.Moers@atg.in.gov |

Myrna Pérez
Jonathan Brater
BRENNAN CENTER FOR JUSTICE AT
NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310
Myrna.perez@nyu.edu

Trent A. McCain
MCCAIN LAW OFFICES, P.C.
5655 Broadway
Merrillville, IN 46410
(219) 884-0696
trent@mccain.law

(*Application for Admission Forthcoming*)

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed electronically on this 16th day of January, 2018. Service of this filing will be made on all ECF-registered counsel by operation of the Court's filing system. Parties may access this filing through the Court's system.

*/s/ Alexandre J. Tschumi*
Alexandre J. Tschumi
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
alexandretschumi@quinnemanuel.com