UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP) and LEAGUE OF WOMEN VOTERS OF INDIANA,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CONNIE LAWSON, in her official capacity as the Indiana Secretary of State; J. BRADLEY KING, in his official capacity as Co-Director of the Indiana Election Division; ANGELA NUSSMEYER, in her official capacity as Co-Director of the Indiana Election Division,<br><br>　　　　　Defendants. | Civil Action N. 1:17-cv-02897 |

**ORDER**

The parties, having filed their Joint Motion to Continue Preliminary Injunction Hearing and Modify Scheduling Orders, and the Court having reviewed the Motion, and being duly advised, finds good cause exists to grant the Motion, and,

**IT IS THEREFORE ORDERED** that:

1. Defendants shall produce witnesses for the Rule 30(b)(6) deposition noticed by Plaintiffs on December 15, 2017 no later than **February 5, 2018**.

2. The briefing schedule for Plaintiffs' motion for preliminary injunction shall be as follows:

    A. Plaintiffs shall file their motion for preliminary injunction and memorandum in support on or before **March 7, 2018**.

    B. Defendants shall file their response memorandum on or before **April 11, 2018**.

      C.  Plaintiffs shall file their reply memorandum on or before **April 18, 2018**.

3. The parties' request that the preliminary injunction hearing set for March 9, 2018, be continued to May 2, 2018, is granted. Defendants will not be utilizing, and will not be instructing or condoning counties or other state actors to utilize, Crosscheck data or engage in voter list maintenance procedures set forth in Indiana Code § 3-7-38.2-5(d)-(e) until July 1, 2018. Defendants shall not populate the State Voter Registration System hoppers with any voter information provided through the Interstate Voter Registration Crosscheck program until July 1, 2018. Defendants shall also immediately notify Plaintiffs if they become aware of any Indiana counties or other government actors engaging in any of the procedures set forth in Indiana Code § 3-7-38.2-5(d)-(e) prior to July 1, 2018.

**IT IS FURTHER ORDERED** that this matter is set for a hearing on Plaintiffs' motion for preliminary injunction May 2, 2018 at 9:00 a.m. in Courtroom 344, Birch Bayh Federal Building and U.S. Courthouse, Indianapolis, Indiana.

**SO ORDERED.**

Date: 1/17/2018

                                                  Hon. Tanya Walton Pratt, Judge
                                                  United States District Court
                                                  Southern District of Indiana

To:    All ECF-registered counsel of record