# UNITED STATES DISTRICT COURT
Southern District of Indiana

# NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO: THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐ I have **no pending cases** in the District Court for the Southern District of Indiana.

☑ I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]   ) 1:17-cv-02897-TWP-MPB
)
)
)
)
)
)

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

|  | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | Kelly S. Witte | Kelly S. Thompson |
| **Law Firm, Company, and/or Agency:** | OFFICE OF ATTORNEY GENERAL | OFFICE OF ATTORNEY GENERAL |
| **Address:** | Indiana Government Center South, 5th Floor<br>302 West Washington Street<br>Indianapolis, IN 46204-2770 | Indiana Government Center South, 5th Floor<br>302 West Washington Street<br>Indianapolis, IN 46204-2770 |
| **Primary E-mail:** | Kelly.Witte@atg.in.gov | Kelly.Thompson@atg.in.gov |
| **Secondary E-mail(s):** |  |  |
| **Telephone Number:** | 317-234-7113 | 317-234-7113 |
| **Facsimile:** | 317-232-7979 | 317-232-7979 |

Date: 02/06/2018          s/ Kelly S. Thompson

---
[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.