UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| INDIANA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP) and LEAGUE OF WOMEN VOTERS OF INDIANA, <br><br> Plaintiffs, <br><br> v. <br><br> CONNIE LAWSON, in her official capacity as the Indiana Secretary of State; J. BRADLEY KING, in his official capacity as Co-Director of the Indiana Election Division; ANGELA NUSSMEYER, in her official capacity as Co-Director of the Indiana Election Division, <br><br> Defendants. | Docket No. 1:17-cv-02897 |

**DECLARATION OF ALEXANDRE J. TSCHUMI IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

I, Alexandre J. Tschumi, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, co-counsel for Plaintiffs Indiana State Conference of the National Association for the Advancement of Colored People (NAACP) and League of Women Voters of Indiana in the above-captioned matter. I am a member in good standing of the Bar of the State of New York and I have been admitted or otherwise authorized to practice in this Court. I submit this declaration in support of Plaintiffs' Motion for a Preliminary Injunction, dated March 8, 2018.

2. Attached hereto as Ex. 1 is a true and correct copy of a comparison of SB 442 against its corresponding provision in the previous iteration of the Indiana code.

3. Attached hereto as Ex 2 is a true and correct copy of the 2017 Interstate Voter Registration Data Crosscheck Participation Guide.

4. Attached hereto as Ex. 3 is a true and correct copy of is a true and correct copy of a Presentation given by Angela Nussmeyer re: Voter List Maintenance, dated May 17-18, 2017.

5. Attached hereto as Ex. 4 is a true and correct copy of a Presentation given by J. Bradley King re: Voter List Maintenance, dated November 30, 2017.

6. Attached here as Ex. 5 is a true and correct copy of an Email re: SB442 from Angela Nussmeyer to Terri Rethlake, dated January 25, 2017.

7. Attached hereto as Ex. 6 is a true and correct copy of an Email re: IED D Staff thoughts on SB442 and SB417 from Angela Nussmeyer to Tim Lanane and Jean Breaux, CC'ing Emma Keys, Matthew Kochevar, and Patrick Becker, dated January 25, 2017.

8. Attached hereto as Ex. 7 is a true and correct copy of a Letter from Jerome Bonnet to Myrna Pèrez & Sascha Rand, CC'ing the Indiana Election Division re: Correspondence Regarding the National Voter Registration Act, dated July 13, 2017.

9. Attached hereto as Ex. 8 is a true and correct copy of Angela Nussmeyer's Responses to Common Cause's First Set of Interrogatories, dated January 26, 2017.

10. Attached hereto as Ex. 9 is a true and correct copy of J. Bradley King's Responses to Common Cause's First Set of Interrogatories, dated January 26, 2017.

11. Attached hereto as Ex. 10 is a true and correct copy of an Email re: WHITE COUNTY – MULTI-STATE VOTER LIST MAINT. from Angela Nussmeyer to Suzann Cox, dated February 4, 2016.

12. Attached hereto as Ex. 11 is a true and correct copy of a Presentation given by Matthew Kochevar & Patrick Becker re: Preparing for 2018, undated.

13. Attached hereto as Ex. 12 is a true and correct copy of Stephen Ansolabehere & Eitan Hersh, *The Quality of Voter Registration Records: A State-by-State Analysis* (2010).

14. Attached hereto as Ex. 13 is a true and correct copy of a Presentation given by Keith Esau re: Interstate Voter Registration Crosscheck Program, dated June 15, 2017.

15. Attached hereto as Ex. 14 is a true and correct copy of a spreadsheet showing county processing of Crosscheck matches, titled "InterstateCrossCheck Pivot.xlsx."

16. Attached hereto as Ex. 15 is a true and correct copy of the 2018 Indiana Voter Registration Guidebook.

17. Attached hereto as Ex. 16 is a true and correct copy of the 2017 Indiana Election Legislation Summary, prepared by the Indiana Election Division.

18. Attached hereto as Ex. 17 is a true and correct copy of is a true and correct copy of Indiana SVRS Standard Operating Procedure VRG 58.2—Voter List Maintenance.

19. Attached hereto as Ex. 18 is a true and correct copy of is a true and correct copy of a Presentation given by J. Bradley King re: 2017 Election Legislation and Off-Year Election Issues, dated June 14, 2017.

20. Attached hereto as Ex. 19 is a true and correct copy of a Spreadsheet titled "2017 Interstate Crosscheck Program Definitions of Date of Registration."

21. Attached hereto as Ex. 20 is a true and correct copy of the Indiana Statewide Voter Registration System Multi-State Voter List Maintenance Step-by-Step, last updated June 21, 2017.

22. Attached hereto as Ex. 21 is a true and correct copy of is a true and correct copy of the deposition of Angela Nussmeyer, which took place February 2, 2018.

23. Attached hereto as Ex. 22 is a true and correct copy of the deposition of J. Bradley King, which took place February 2, 2018.

24. Attached hereto as Ex. 23 is a true and correct copy of the deposition of Bethany Sheller, which took place February 28, 2018.

25. Attached hereto as Ex. 24 is a true and correct copy of the deposition of Cindy Mowery, which took place February 27, 2018.

26. Attached hereto as Ex. 25 is a true and correct copy of the deposition of Pat Toschlog, which took place February 28, 2018.

27. Attached hereto as Ex. 26 is a true and correct copy of the deposition of LaDonna Freeman, which took place February 27, 2018.

28. Attached hereto as Ex. 27 is a true and correct copy of an Email re: IED Staff Memos for House Elections from Angela Nussmeyer to Aleux Tucker, Lauren Harris, Graham Fishell, Dolly Starnes, Kelly Poduch, copying Trent Deckard, Matthew Kochevar, and Patick Becker, dated March 13, 2017.

29. Attached hereto as Ex. 28 is a true and correct copy of the deposition of Tammy Dooley, which took place March 6, 2018.

30. Attached hereto as Ex. 29 is a placeholder for an exhibit to be filed pursuant to a Notice of Manual Filing. The Exhibit is a spreadsheet submitted by the Indiana Election Division to the U.S. Election Assistance Commission and it is too large to pdf.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 8, 2018 in New York, New York.

Alexandre J. Tschumi

## CERTIFICATE OF SERVICE

I, Sascha N. Rand, an attorney, certify that on March 8, 2018, I caused a true and correct copy of the foregoing declaration (and accompanying exhibits) to be served on counsel for Defendants.

/s/ Sascha N. Rand

Sascha N. Rand