Exhibit 3



# Voter List Maintenance

*Data Sources & SVRS Hoppers*

IVRA Conference | May 17 & 18, 2017

Angie Nussmeyer, Co-Director | (317) 232-3940 | anussmeyer@iec.in.gov



# Background

- ## National Voter Registration Act of 1993
  - "Motor Voter" Bill
  - Created federal voter registration form
  - Established minimum voter registration deadline
    - "...not later than the lesser of 30 days, or the period provided by State law, before the date of the election."
  - Authorized voter list maintenance programs
    - Example: NCOA mailer, statewide postcard

52 U.S.C. § 20501 et. seq.

# Background

- Help America Vote Act of 2002
  - Created Election Assistance Commission (EAC)
  - Required:
    - statewide voter registration systems
    - provisional ballot procedures
    - voter complaint system
  - Mandated specific voter outreach
    - Example: Indiana's Voter Bill of Rights poster

52 U.S.C. § 20901 et. seq.

- **What is the difference between primary, general, municipal, and special elections?**
  - Special elections
    - Federal special elections may be called to fill an office vacancy of a U.S. Representative and depending on the timing, a U.S. Senate seat
    - State and local special elections may occur for local public questions
  - Primary elections
    - Held first Tuesday after first Monday in May pursuant to <u>state</u> law
    - Two major political parties nominate candidates for November's ballot



IC 3-10-8 | IC 3-10-1-2 | IC 3-10-1-3

4

- **What is the difference between primary, general, municipal, and special elections?**
  - Municipal elections
    - In Indiana, held in the odd-year between the non-presidential and presidential election years
      - Held on first Tuesday after first Monday in November pursuant to <u>state</u> law
    - Focused ONLY on local races and local public questions
  - General elections
    - "Federal Elections"
    - Held in even-numbered years
      - First Tuesday after First Monday in November pursuant to <u>federal</u> law
    - Federal candidates appear on the ballot
      - Indiana also has authorized state and local elections to occur in a general election year



IC 3-10-6-5 | IC 3-10-2-1

# Voter List Maintenance

Hoosiers are responsible for updating their voter registration any time they move or change their name. So why is VLM necessary?

– Required by federal law (NVRA) and state law

  • Most VLM work must be completed 90 days before primary, general or municipal election

– Helps to:

  • Update  and reflect voter's current registration status

  • Modestly reduce costs of election administration

# Voter List Maintenance

— Updates can be made:

- — by voter (self-reporting)

- — through statutorily approved data sources

- — due to voter removal programs that are uniform & non-discriminatory

  - Examples: NCOA mailer, statewide postcard



County VR officials make the final decision to update, inactivate, or cancel a voter's record through voter removal programs OR to accept, reject, mark incomplete, or research a voter's application to register to vote.

IC 3-7-13-8 | IC 3-7-13-9 | IC 3-7-38.2

# ACCURATE DATA IS KEY!

 Critical to have GOOD & ACCURATE data to use as matching criteria to perform voter list maintenance!

- Registration information cannot be removed or updated based on hearsay
  - Election officials must use verified data to update, inactivate, or cancel voter registrations!

8

# VLM Data Sources

- Self-reporting
- Disenfranchisement due to Imprisonment
  - U.S. Northern & Southern District Court of Indiana
  - Indiana Department of Correction
  - County Sheriff reports
- Death Data
  - Indiana Department of Heath
    - STEVE
    - Death Master File
  - Obituaries
  - Death Certificates
- Interstate Crosscheck ("Kansas" program)
- Voter Removal Programs
  - Statewide postcard mailer
  - NCOA, Interstate mailers; others authorized by Indiana law
- Other state lists (see IC 3-7-38.2-5(c))

# Confidence Factor

- Some hoppers require a record to reach a confidence factor of XX points to help counties ID potential record matches

- County VR officials must decide based on the information to accept, reject, or continue with research

| Voter Data Field | Confidence Factor |
|---|---|
| Full Social Security Number | 40 |
| Last 4 of Social Security Number | 10 |
| DLN/State ID Card | 50 |
| Date of Birth | 25 |
| Last Name | 15 |
| First Name | 15 |
| Middle Name | 5 |
| Suffix | 5 |
| Street Address 1 | 10 |
| Zip (first 5) | 5 |

10

# Self-Reporting

- Voter can update their own record
  - Usually a change to their name, address
    - Hoppers:
      - OVR Registrations
      - BMV Registrations
      - Transfers
      - VLM Updates
    - State or federal VR forms
    - Absentee applications
      - Name change or new address within same precinct only

11

# Self-Reporting

- BMV Hopper
  - Persons registering to vote when <u>completing</u> a BMV <u>credential</u> (ID, license) transaction
  - Electronic record sent over nightly
    - Declinations, signed paper forms mailed or hand-delivered to county VR official within 5 days
    - BMV hopper records may be processed without the paper VR form (IC 9-24-2.5-6)
  - Confidence factor: 50 or more

IC 9-24-2.5

# Self-Reporting

- Online Voter Registration (OVR) Hopper
  - Indianavoters.com permits online registration
    - User must have Indiana state ID or driver's license
  - Confidence factor: 50 or more

- Voter can cancel their own record
  - Must be done in writing
    - County provides voter with "Authorization to Cancel Registration" form available through SVRS

IC 3-7-43-2

# Criminal Conviction

- In Indiana, a person's voter registration is cancelled if convicted of a crime and incarcerated
  - Franchise may be restored upon release from jail or prison following conviction, if person re-registers

- Three data sources for VLM:
  - U.S. Attorney reports (federal)
  - Indiana Department of Correction (DOC) (state)
  - County Sheriff reports (local)

# Criminal Conviction

- Indiana Department of Correction (DOC) Hopper
  - DOC records are matched against SVRS records nightly
    - Confidence Factor: 50 or higher

- Paper Reports (Manual Processing)
  - U.S. Southern & Northern District Court of Indiana Data
    - IED sent quarterly reports of conviction to distribute to counties
  - County Sheriff Reports
    - Counties receive reports quarterly
      - Not later than Jan. 31, Apr. 30, July 31, Oct. 31

 County VR officials must mail notice of cancellation to the last known address of the disenfranchised individual within one day of cancellation.

IC 3-7-46-3 | IC 3-7-46-6 | IC 3-7-46-7 | IC 3-7-46-7.5 | IC 3-7-46-8 | IC 3-7-46-9

15

- **Can we cancel a person's registration if the individual is being held in jail but has not yet been convicted or sentenced?**
  - NO.
  - In Indiana, a person must be (1) convicted of a crime <u>AND</u> (2) incarcerated to be removed from the voter rolls.
    - Some individuals may be convicted of a crime but not incarcerated; therefore, their registrations should not be cancelled.



IC 3-7-13-4

# Death Data

- Department of  Health (DOH) Hopper
  - Three sources of data:
    - Indiana Department of Health Vital Records
      - Provided nightly
    - Death Master File
      - Vital records reported to Social Security Administration
      - Provided monthly
    - State and Territorial Exchange of Vital Events (STEVE)
      - Consortium of states sharing vital information
      - Provided monthly
  - Confidence factor: 50 or more

IC 3-7-26.3-13 | IC 3-7-45-2.1 | IC 3-7-45-5 | IC 3-7-45-6.1

# Death Data

- Other "Manual" Sources
  - Death Certificates
  - Obituaries
  - Notice of Estate Administration
  - Other Notice of Death published in newspaper



VR official may ask for additional information before cancelling a voter using the methods described above. If additional information is insufficient OR not given to the office, then the VR official is not required to cancel.

IC 3-7-45-4

- **Overheard on Election Day: My neighbor passed away last year, so you can go ahead and remove her from the poll book.**
  - NO.
  - Counties must:
    - Ask for a death certificate for confirmation; OR
    - Find the person's obituary and agree the individuals are the same; OR
    - Wait on vital record information to come through the county hopper; OR
    - Wait on voter removal program to 1) make voter inactive and 2) cancel after meeting established criteria



- **Mike shows up on Election Day and isn't on the poll book. Poll workers call VR office, who tells them, "Mike is dead." Mike strongly disagrees, and it's confirmed his registration was mistakenly cancelled. What now?**
  - Error is noted on the voter's VR record
  - VR record is reinstated
  - Certificate of Error is issued
    - Before Election Day, this issue may be corrected before the poll list is prepared
  - Mike votes a regular ballot



IC 3-7-45-7

# Interstate Crosscheck

**New**

- Consortium of ~30 states, who provide state voter registration data to identify potential duplicates

- Duplicate universe is provided back to each state
  - Records provided once per year in Interstate Hopper
    - County voter registration officials must review each record and determine if the match is correct
    - Confidence factor: 70 points or higher (soon to be 75 points)



> After July 1, 2017, a change in Indiana law will permit counties to cancel a voter record matched to Interstate record after careful review. Before, state law required counties to send the "Interstate Mailer" if it wasn't clear if the other state's registration form authorized cancellation in another jurisdiction.

IC 3-7-38.2-5

# Voter Removal Programs

**New**

- "Active -> Inactive -> Cancel" Mailing Programs
  - Counties
    - State law allows counties to create their own mailing program
  - Indiana Election Division
    - State law REQUIRES IED to conduct a statewide mailing to all active voters every two years
      - Moving to "Odd-numbered" years beginning in 2019 (HEA1521)
        - » IC 3-7-38.2-16 to be repealed; IC 3-7-38.2-16.1 to replace



> Any VLM program MUST be uniform and non-discriminatory
> and in compliance with the Voting Rights Act of 1965

# Active -> Inactive -> Cancelled

- Authorized event triggers notice to voter
- Notice sent via forwardable first class mail
  - Permits voter to confirm, update, or cancel registration
- Voter given 30-days to respond, up to the federal 90 day freeze deadline
  - If voter fails to respond, then voter record is marked inactive
  - If mailing is returned as USPS undeliverable, then voter record is marked inactive

IC 3-7-38.2-2 | 3-7-38.2-16 | 3-7-38.2-17

# Active -> Inactive -> Cancelled

- To return to active status, inactive voters must:
  1. Update their registration to a new address OR
  2. Vote at the "inactive" registration address in ANY election after the mailing and no later than the second general election
     - General election is the November election in even-numbered years
       - Municipal elections are NOT general elections!
     - Only need to vote in ONE election, even when there may be several held in between general elections

# IED  Statewide Mailer

- Card 1 sent to all ACTIVE Hoosier voters

- Voters sent <u>CARD 2</u> when card 1 returned undeliverable
  - Contains a response card for voter to:
    1. Confirm current residence address on voter's record
    2. Confirm voter moved OUTSIDE county and authorizes cancellation
       - IED is required to send follow-up mailer to these individuals
    3. Change residence address WITHIN county
  - If card 2 is returned by USPS or voter fails to respond within 30-days, then voter is marked inactive in SVRS

# U.S. District Court Jury Summons

- Northern & Southern District of Indiana Courts must share undeliverable jury summons data with IED
  - IED requests by Jan. 31 of each <u>even</u>-numbered year
  - Spreadsheet sent to county & data sorted by:
    1. Not deliverable as addressed
    2. Moved out of district
    3. Unknown
    4. Deceased
  - After county reviews data:
    - Send NCOA mailer to categories 1, 2, 3 to initiate steps for voter removal program
    - Seek confirmation of death through obituary, death certificate OR send NCOA mailer to initiate steps for voter removal program

# VLM Hoppers

- Three hoppers organize voter removal program data:
  - VLM Cancel
    - Voters who did not respond to a mailing and did not vote in any election held on or between two general elections
    - Voters who DID respond to an approved mailing and signed document to cancel their registration
  - VLM Inactive
    - Voters who did not respond to the statewide postcard effort or county NCOA mailer (or equivalent)
    - County or state mailings returned by USPS, but only for those reasons defined in IC 3-5-2-49.7
  - VLM Update
    - Voters who DID respond to an approved mailing and signed document to update or confirm their registration address

# VLM Data Sources

- NOTE: Counties **CANNOT** use the following as a source to initiate voter removal program
  - Returned mail from other government offices
  - Returned mail received by political parties or candidates as a result of campaign activity
  - Information provided by a precinct committeeperson or poll worker

# 90-Day "Freeze" Period

- Voter removal programs must **STOP** at least 90-days before a primary, special, general, or municipal election
  - May resume again after election
- During "freeze" VR officials CAN:
  1. Update a voter's record at the written request of the voter
     - Examples include submission via online voter registration portal or state or federal paper VR form
  2. Cancel a registration ONLY for these reasons:
     - Death
     - Disenfranchisement due to conviction and imprisonment
     - Written request of the voter

52 U.S.C. § 20507 | IC 3-7-38.2-3

- **What if a voter is mistakenly cancelled?**
  - "Fail-safe" in state law to permit voter to cast a **<u>REGULAR</u>** ballot if:
    - Voter provides a written or gives an oral affirmation the person continues to reside at the address on the poll list
      - Paper poll book counties: affirmation is recorded in poll book by voter or by clerks; though not required, may ask voter to complete a VRG-7 or VRG-4/12 to ensure change is recorded
      - ePollbook counties: affirmation is recorded by voter completing a VRG-4/12
    - This rule applies even if the voter requested the cancellation!
  - Several types of "fail-safe" provisions for different VR scenarios; check pp. 33-36 of *2016 Indiana VR Manual*



# Resources

- Standard Operating Procedures (SOPs) & Step-by-Step
  - Located here:

  https://questis.sharepoint.com/sites/IN/SVRS/County/SitePages/Home.aspx

- 2016 Indiana VR Guidebook
- Indiana Code 3-7, generally



Questions?