Exhibit 15

# *2018*
# Indiana
# Voter Registration
# Guidebook



Published by the
Indiana Election Division
302 West Washington Street
Indiana Government Center South, Room E-204
Indianapolis, IN 46204-2743
(317) 232-3939 * (800) 622-4941 in Indiana
FAX: (317) 233-6793
www.in.gov/sos/elections

# 2018 Indiana Voter Registration Guidebook

## IMPORTANT NOTE ABOUT USING THIS GUIDEBOOK

This guidebook is a summary of the most recent voter registration requirements set forth in Indiana Code 3-7 with reference also to applicable federal laws. This publication is written primarily for local election officials who process voter registration forms and conduct elections. Others who might find this publication helpful include candidates, political parties, and members of the public and media.

This guidebook is designed to serve as a resource for voter registration issues. Although the Election Division staff has taken every effort to ensure the accuracy of the information in this publication, **where your legal rights and responsibilities are involved, do not rely on this manual. Instead, review the law yourself or consult your attorney.**

We want to emphasize the importance of your compliance with applicable voter registration laws. Handling and processing voter registration applications properly can make the difference in whether someone is eligible to vote or run for office as a candidate, or not. This publication attempts to outline the process for maintaining accurate registration records as well as the more common questions asked on Election Day regarding voter eligibility issues. County officials who mishandle voter registration issues can expose the county to lawsuits, and anyone who mishandles applications can expose themselves to criminal liability.

As the consequences can be critical, we want to provide you with a clear guide to the most routine voter registration issues. Please contact the Election Division staff for help on any question or issue that may arise. We are happy to assist you and to help you prevent mistakes from happening.

Feel free to call or e-mail us through our Internet home page listed below.

### Indiana Election Division Staff
### (317)232-3939 or 1-(800)-622-4941 (toll-free in Indiana)
### www.in.gov./sos/elections

J. Bradley King, Division Co-Director
Angela M. Nussmeyer, Division Co-Director
Matthew Kochevar, Co-General Counsel
Dale Simmons, Co-General Counsel
Patrick Becker, Director of Special Projects
Lori Clark, Precinct Mapping and Voter Registration
Abbey Taylor, Campaign Finance Coordinator
Michelle Thompson, Campaign Finance Coordinator
Kimmy Hollowell-Williams, Executive Assistant
Candy Metcalf, Administrative Assistant

# CONTENTS

VOTER REGISTRATION INTRODUCTION ...................................................................................... 1
    A.  State Administration and Resources............................................................................ 1
    B.  County Administration................................................................................................. 1

VOTER QUALIFICATIONS ............................................................................................................. 3
    A.  Citizenship .................................................................................................................. 3
    B.  Age .............................................................................................................................. 3
    C.  Imprisonment.............................................................................................................. 4
    D.  Residence.................................................................................................................... 4

SUBMITTING AND PROCESSING VR APPLICATIONS ................................................................ 6
    A.  Applying ...................................................................................................................... 6
    B.  Deadlines.................................................................................................................... 7
        Mail-in Voter Registration Applications ..................................................................... 7
        Full-Service Agencies ................................................................................................ 7
        Online Voter Registration........................................................................................... 7
        Voter Registration Applications Received After Statewide Deadline.......................... 8
    C.  Military and Overseas Voters...................................................................................... 8
    D.  Completing the VR Application .................................................................................. 10
        Required Elements ................................................................................................... 10
        Exceptions to the rule on "original signature"........................................................... 11
        Voter Identification Number....................................................................................... 11
        Age and Citizenship Questions on the Voter Registration Form............................... 12
        Residence................................................................................................................. 12
        Homeless and Mobile Voters.................................................................................... 13
        Overseas Voters and Federal Office Only Ballots .................................................... 13
        College Students ...................................................................................................... 14
        HAVA Documentation for Certain Voters.................................................................. 14
        Voters Who Registered to Vote by Mail on or after January 1, 2003 and no later than December 31, 2005 .................................................................................................................... 14
        Voters Who Registered to Vote by Mail on or after January 1, 2006 ........................ 15
        Additional Documentation Requirements and Processing of Voter Registration Applications ........ 15
        Additional Documentation Requirements, Printed Poll Lists, and Electronic Pollbooks................. 16
        Additional HAVA Documentation and Absentee Voting............................................ 17
    E.  Assistance with Voter Registration Applications ...................................................... 18
    F.  Handling Completed Voter Registration Applications by Certain Individuals ............ 18
    G.  Online Voter Registration......................................................................................... 19
    H.  Processing Completed Registration Applications ..................................................... 20
    I.  Pending Voters, Active Voters, and Rejected Applications....................................... 20
    J.  Incomplete Registrations ......................................................................................... 21
    K.  Updates to an Existing Voter Registration Record................................................... 24
    L.  Mailing and Residence Addresses .......................................................................... 24
    M.   Registrations Mistakenly Received by Incorrect County ....................................... 25
    N.  Procedures Followed By Full Service Agencies ...................................................... 25
    O.  Common Questions about Voter Registration Applications ...................................... 27

**VOTER LIST MAINTENANCE** .................................................................................................. 31
    A.    Disfranchisement of Persons Imprisoned Following Conviction ............................... 31
    B.    Death ............................................................................................................................... 32
    C.    Cancellation by Voter .................................................................................................... 33
    D.    Voter Registration Maintenance Programs ................................................................ 33
            Statewide Voter List Maintenance Mailer .................................................................. 33
            Multi-State Voter Registration Data Sharing Program ............................................. 34
            USPS National Change of Address Service ............................................................... 34
            County Voter List Maintenance Mailer ....................................................................... 34
            Federal District Court Jury Notice Mailings ................................................................ 35
            Military/Overseas Voters with Army Post Office Addresses or Fleet Post Office Addresses .......... 35
            Social Security Administration Death Records ........................................................... 35
    E.    Posting the Vote .............................................................................................................. 35
    F.    Updating SVRS when Precincts or Election Districts Change ................................... 36

**FAIL SAFE PROCEDURES** ................................................................................................... 38
    A.    Fail safe procedures where the voter's name does not appear on the poll list ............... 38
            Mistake by County ......................................................................................................... 38
            Cancelled Voter .............................................................................................................. 38
            Receipt Showing Timely Registration at BMV or Full Service Agency ..................... 39
    B.    Fail safe procedures where the voter's name appears on the poll list but the voter's name or
        address has changed ...................................................................................................... 39
            Voter is on poll list but has moved within the same precinct or the voter's name has changed ...... 39
            For those who move less than 30-days before election ............................................. 40
            For those who Move Within the Same County and Same Congressional District ........... 40
            Voting for President and Vice-President Only .............................................................. 41
            Accessing Voter Registration Documents and Poll Lists after an Election ................. 41

**PUBLIC RECORDS** ............................................................................................................... 43
    A.    Public Records Requests ............................................................................................... 43
    B.    Public Records Retention ............................................................................................... 44

**PROCESSING CANDIDATE PETITIONS** .............................................................................. 45

**VIOLATIONS AND PENALTIES** ........................................................................................... 46
    A.    Investigations and Enforcement .................................................................................. 46
    B.    Penalties ......................................................................................................................... 46

**APPENDIX** ........................................................................................................................... 49

# VOTER REGISTRATION INTRODUCTION

## A. State Administration and Resources

Voter registration issues are governed by federal and state law. The bulk of the work processing voter registration applications and maintaining accurate records is done by county voter registration officials. The Secretary of State, along with the Indiana Election Division, maintains Indiana's interactive voter registration database, called the Statewide Voter Registration System (SVRS). The database connects all 92 counties and is accessible only by select state and county employees.

Indiana's voter registration laws are substantially affected by two important pieces of federal legislation: The National Voter Registration Act of 1993 ("NVRA") and The Help America Vote Act of 2002 ("HAVA"). The NVRA expanded voter registration opportunities and protected voters from removal unless certain conditions were met. HAVA provided states with federal dollars to update voting systems so that voters with disabilities could vote privately and independently, and it established standards for voting systems. The two federal laws act together to require and provide guidance on the regular maintenance of the rolls of registered voters. HAVA also required states to implement a statewide voter registration system. Indiana's SVRS, which links each county voter registration office to all other county voter registration offices, and to certain state and federal agencies, so county voter registration records can be updated in "real time."

The Secretary of State and the Co-Directors of the Indiana Election Division have developed several resources primarily for local election administrators. These resources include: Build Notes for each new enhancement to SVRS, Step-by-Step Instructions for certain processes as well as "Standard Operating Procedures" or "SOPs" concerning the use of SVRS. These resources are published on the SVRS County Portal, and should be consulted for direction and guidance.

The content of the SOPs can change frequently due to changes in state law, technical changes made to the design of the system, and new questions raised by county and state users that require clarification. As a result, the SVRS County Portal should always be consulted to ensure local administrators are following the Division's latest advice. However, where there is conflict between the SOP and state law, state law takes precedence over the guidance in the SOP.

## B. County Administration

In Indiana, a county voter registration office maintains the voter registration records for the county, as part of the statewide voter registration system, and subject to requirements established by federal and state law. The Indiana Election Division and Secretary of State do not have legal authority to change an individual's voter registration record without the permission of the county voter registration office. The state's primary role is limited to maintaining, updating, and modernizing SVRS to ensure compliance with state and federal law.

The county official responsible for maintenance of the registration rolls is either the circuit court clerk ("clerk") or a separate board of voter registration ("board"), including combined boards of elections and registration created in Lake and Tippecanoe counties by state law. The clerk is an elected official, chosen by the voters to serve a four-year term.

A board of voter registration consists of two members, who are appointed by the county chairmen of the major political parties. In Lake County, the board of elections and registration consist of the clerk and four other members. (IC 3-6-5.2; 3-6-5.4; 3-7-12) The county voter registration office must arrange for a separate listing in each local telephone directory, under the heading of county offices. The listing must be styled "Voter Registration" and include the appropriate addresses and telephone numbers for the office. (IC 3-7-12-24)

County Voter Registration Officials, additional resources are available:

- *Check Standard Operating Procedure GEN 5.1 User Access & Security in SVRS for information on this topic.*

# VOTER QUALIFICATIONS

In general, a person must be registered in order to vote in Indiana. Ind. Const. Art. 2 § 14.

A person must meet the following requirements to be a registered voter in Indiana: (1) be a citizen of the United States; (2) be at least eighteen (18) years of age on the day of the next general or municipal election; (3) live in a precinct continuously for at least thirty (30) days before the next election; and (4) not currently be in prison following conviction of a crime. (Ind. Const. Art. 2 § 2; IC 3-7-13-1 and 4) There are also "fail-safe" procedures under state and federal law that provide procedures for certain persons to vote even though they do not meet the residency requirement. These fail-safe procedures will be discussed in more detail later.

**Please note: In Indiana, a 17-year-old may vote for nominees for the general election or municipal election, and any party positions in a primary election if they will be 18 on or before the date of the general, municipal election.**

A registered voter who will meet the age and residency requirements on the date of the next general, municipal, or special election may vote for nominees for general election races and political party offices of precinct committeeman and state convention delegate elected at a primary election, even though the voter is not yet 18 years of age on the date that the primary election is conducted.

## A. Citizenship

A person who is a citizen of the United States at birth or who becomes a citizen of the United States after birth through the federal naturalization process may submit a voter registration application. Pursuant to HAVA, an applicant must answer the question "are you a citizen of the United States of America?" on the voter registration application. Procedures when an applicant leaves this question blank or answers "no" are discussed in more detail later.

## B. Age

<u>A 17-year old may register to vote if they will be 18 years old on or before the general, municipal, or special election.</u> A person who will meet the age requirements by the date of the next general or municipal election may register to vote even though they do not meet the age requirement at the time of registering. (IC 3-7-13-2)

Pursuant to HAVA, a voter registration form must ask and an applicant must answer the question "Will you be 18 years of age on or before election day?" A 17-year old voter who meets the age requirement by the date of the general, municipal or special election (. general and municipal elections occur in November) should answer 'yes' on the registration form if they register to vote before the primary election. (Procedures to follow when an applicant leaves this question blank or answers "no" are discussed in more detail later.)

For example, John Smith was born November 1, 2000 and will turn 18 in 2018. He decides to register to vote in February 2018. John should mark 'yes' in the box asking if he will be 18 on or before election day since November's general election will be held on November 6, 2018. His registration form should be processed and he may then vote for the first time in the May primary election. Note: a 17-year old cannot vote on a public question or in a special election if he or she has not met the 18-year old age requirement in state law. These contests are not a nomination; rather, it is the final, determining contest.

State law allows a 17-year-old eligible to vote in a primary election to vote for the political party offices of precinct committeeman and state convention delegate. However, should a public question be on the ballot in the May primary election, a 17-year-old voter may not vote on the public question, and a "special" 17-year-old ballot must be created by county election administrators.

A 17-year-old voter is not permitted to vote in a special election unless the person turns 18 on or before the date of the special election.

## C.  Imprisonment

Voter registration rules regarding a person's eligibility to register and vote after criminal conviction vary from state-to-state. In Indiana, a person who is convicted of a crime and imprisoned following conviction does not permanently lose their right to register and vote. Instead, an individual is not entitled to register to vote or cast a ballot *while imprisoned following conviction of a crime*.

A person who was registered to vote before conviction and imprisonment may be removed from the registration rolls while imprisoned after conviction. (IC 3-7-13-4, IC 3-7-46-2) County voter registration officials are assisted by the Indiana Department of Correction and local county sheriff departments in keeping track which voters are disenfranchised by providing information on persons who are imprisoned following conviction of a crime. (IC 3-7-46) It is important for county voter registration officials to know when the individual's term of imprisonment ended to determine if the voter's record should be cancelled.

A disenfranchised voter's registration is not automatically restored. Once an individual is no longer in prison following conviction, the individual may register to vote, even if the person is on probation, parole, or home detention, or enrolled in a variety of community correction programs. (IC 3-7-13-5 and 3-7-16-6)

A county voter registration office should NOT cancel the registration record of a person sentenced solely to time served, probation, parole, home detention, or a variety of community correction programs. A person who is in jail awaiting trial or <u>not</u> currently serving a sentence following conviction should not have their voter registration cancelled, and remains eligible to apply to register to vote and to vote. (IC 3-7-13-5 and 3-7-13-6)

Unlike the age and citizenship questions, there is not a separate question on the voter registration application regarding imprisonment following conviction of a crime. However, the applicant is asked to affirm that the applicant is not currently in prison after being convicted of a crime when the applicant signs the voter registration application.

## D.  Residence

A person who resides in a precinct continuously before a general, municipal, or special election for at least thirty (30) days may apply to register to vote. (IC 3-7-13-1) A person who will meet the residency requirement on the day of the next general, municipal, or special election may register and vote in the primary election. (IC 3-7-13-2)

Residence means the place: 1) where a person has the person's true, fixed, and permanent home and principal establishment; and 2) to which the person has, whenever absent, the intention of returning. (IC 3-5-2-42.5) In addition, the election code contains standards used to determine the residency of a voter, candidate, or a person holding public office. (IC 3-5-5) While this definition and these standards are helpful, there are some recurring issues raised with regard to providing information about a registration applicant's residence for those who are homeless, mobile, in college, or overseas. These issues will be discussed in detail later in the guidebook.

For college students, they may only register at one of two places:

1. The address where they live while attending school; OR
2. The address where they live while not attending school.

NOTE: the intent of where students plan to return after attending college or during summer and winter breaks is not to be factored into the decision to approve their registration. The student may register at school, if they so choose. It is a violation of election law to challenge a voter on the basis that: 1) the voter is enrolled in an educational institution; or 2) the voter's address on the registration record is at an address which is housing provided for students by an educational institution. (IC 3-5-5-7)

# SUBMITTING AND PROCESSING VR APPLICATIONS

## A.  Applying

Hoosiers can submit a voter registration application in person, by mail, and, in certain instances, online. Absent military and overseas voters can also submit a voter registration application by fax or email.

A person may apply to register to vote at the following locations:
1) a Bureau of Motor Vehicles ("BMV" license branch while applying for or renewing a driver's license, permit, or identification card;
2) a public assistance office while applying for services;
3) certain agencies serving persons with disabilities while applying for assistance;
4) armed forces recruitment agencies;
5) county voter registration offices; and
6) unemployment compensation offices while applying for services. (IC 3-7-14; 3-7-15; 3-7-16; 3-7-19 and 3-7-20.5)

A person may also apply to register using either a current and valid state (VRG-7 English, VRG-7 Spanish, VRG-11 English, or VRG-11 Spanish) or federal mail-in form. Absent military and overseas voters may register to vote using the Federal Post Card Application (FPCA). Voter registrations submitted on outdated forms may be rejected by county voter registration officials. (IC 3-7-22-3)

The state voter registration application can be obtained at a number of places, including: public libraries, license branches, township trustee offices, city and town clerks' offices, county voter registration offices, clerk's offices that are in a separate location from their board of voters registration office, public secondary schools, and the Indiana Election Division. Current versions of the mail-in registration applications may be downloaded Indiana Election Division web site: *www.in.gov/sos/elections* or *www.indianavoters.com*. (IC 3-7-23-2; 3-7-31-1)

In addition to state-approved forms, the National Voter Registration Act (NVRA) requires states to accept federal voter registration applications, samples of which are in the attached appendix. (IC 3-7-22-2) The most recent version of the federal voter registration form can be accessed on the Election Assistance Commission's web site at *www.eac.gov*.

Mail-in registration applications may be mailed or hand-delivered by the voter or a person presenting the form on behalf of the voter. (IC 3-7-22-9) Registration forms are no longer required to be printed on card stock. State Forms: VRG-7; VRG-7 (Spanish version); VRG-11 (mail-in registration form with specific county return address)

Another federal form is the Federal Post Card Application (FPCA), also referred to as Standard Form 76, which is a combined registration application/absentee ballot request, available for use **only** by absent uniform services voters and overseas voters. The FPCA can be accessed on the Federal Voting Assistance Program's (FVAP) web site at: *http://www.fvap.gov/resources/media/fpca.pdf*. Absent military and overseas voters can submit the FPCA by mail, but can also transmit the form by email or fax.

A person with a current and valid Indiana driver's license or Indiana BMV identification card can apply to register to vote online at *www.indianavoters.com*. See Section G for additional information.

## B. Deadlines

As a general rule, the voter registration period closes in Indiana 29-days before each primary, general, municipal, or special election. Absent military and overseas voters have an extended registration period that continues through the eighth day before the primary, general, municipal, or special election.

In an election year there are two different registration periods: pre-primary and pre-election. The pre-primary registration period runs from December 1 (or the first Monday in December if December 1 falls on a Saturday or Sunday) through the twenty-ninth day before the primary. The pre-election period runs from fourteen (14) days after the primary election through the twenty-ninth day before the general, municipal, or special election (IC 3-7-13-10)

<u>Mail-in Voter Registration Applications</u>

Mail-in voter registration applications must be postmarked on or before the twenty-ninth day before a primary or general election to be processed before an election. Mail-in voter registration applications may be sent directly to a county or may be sent to the Indiana Election Division. Mail-in voter registration applications received by the Indiana Election Division that are postmarked on or before the twenty-ninth day before the primary or general election will be immediately forwarded to each county voter registration office, and must be processed no matter how late the county voter registration office receives the application, <u>so long as the postmark indicates that the voter registration application was placed in the U.S. mail by the twenty-ninth day before the primary or general election</u>. (IC 3-7-33-4) The Indiana Election Division will provide a notice to the county whether the application is timely or not.

If a mail-in registration application contains no postmark, then the application must be processed prior to the election only if the registration application is *received* in the mail by a county registration office, or the election division, not later than the Monday following the close of the registration period before the election. (IC 3-7-33-4)

<u>Full-Service Agencies</u>

Voter registration applications completed and turned in to a full-service registration agency (BMV, FSSA, DWD, DOH) on or before the twenty-ninth day before the election must also be processed before the election even if the registration application is received by the county voter registration office after the twenty-ninth day before the election.

NOTE: Full-service registration agencies (BMV, FSSA, DWD, DOH) do not accept completed registration forms from the general public; rather, the agencies accept registration forms from customers who are conducting specific types of transactions with the office. For example, the BMV will submit voter registration applications for only those customers conducting a credential transaction. In other words, the customer must apply for and complete the process to secure an Indiana driver's license, state ID card, or learner's permit in order for the BMV to register you to vote. For all other transactions such as purchasing a license plate or title, BMV will provide a registration form but the customer must submit it to the county voter registration office or the Indiana Election Division no later than the statewide voter registration deadline.

<u>Online Voter Registration</u>

Online voter registration applications submitted no later than 11:59 pm (local time) on the twenty-ninth day before the election must be processed before the election. SVRS is currently programmed on Eastern Time. Therefore, counties on Central Time will need to process voter registration application submitted no later than 12:59 a.m. Eastern Time as recorded in SVRS.

<u>Voter Registration Applications Received After Statewide Deadline</u>
A county voter registration office may receive voter registration applications during periods when registration is closed. If they do, the information contained in the late application must be entered into the statewide system when received by the county, but this application cannot be approved and a confirmation notice may not be mailed to a "late applicant" until the voter registration period reopens after the election. The name of the late applicant must not appear on any certified list of voters prepared for the upcoming election. (IC 3-7-13-12)

A county voter registration office may not issue a certificate of error to an individual whose voter registration application was not timely filed. A county voter registration office may not approve a registration application, or update an **existing** registration record while registration is closed, except for a military voter who qualifies to register under a procedure described below, when an approved absentee ballot application includes a name change, change of address from a voter to another address **within the same precinct** (IC 3-11-4-17.5(e)), or to correct an error or add omitted information identified when a certificate of error is issued (IC 3-7-33-5(h), for example) The restriction on updating voter registration records when registration is closed does not apply to the county voter registration office processing information provided on precinct poll lists or VRG 4/12 forms, which are returned to the county after the polls close on election day. The poll lists and related documents must be resealed following the processing of this information. (IC 3-10-1-31.1)

> County Voter Registration Officials, additional resources are available:
> - *Check Standard Operating Procedure VRG 52.1 Processing VR Applications During Closed Period in SVRS for information on this topic.*

## C.  Military and Overseas Voters
There are special rules relating to registration and absentee voting applicable to certain military voters. State and federal law provide an extended deadline in which to register, special application forms, and additional options for transmitting applications and ballots.

A military voter, otherwise known as an "absent uniformed services voter," is an individual serving away from the individual's permanent residence who is also:

(1)  a member of the Army, Navy, Air Force, Marine Corps, and Coast Guard, or other uniformed service on active duty who, by reason of active duty, is absent from the place of residence where the member is otherwise qualified to vote;
(2)  a member of the Merchant Marine who, by reason of service in the Merchant Marine, is absent from the place of residence where the member is otherwise qualified to vote;
(3)  a member of the Indiana National Guard deployed or on assignment outside Indiana; or
(4)  a spouse or dependent of any of the above who, by reason of the active duty or service of the member, is absent from the place of residence where the spouse or dependent is otherwise qualified to vote.

An absent military voter might also be an overseas voter but could also be stationed stateside (within the United States) but outside of Indiana. (See Indiana Code 3-5-2-1.5 for definition of "absent uniformed services voter" and IC 3-5-2-49.3 for definition of "uniformed services.")

An "overseas voter" is defined as any of the following:
(1)  an absent uniformed services voter who, by reason of active duty or service, is absent from the United States on the date of the election;
(2)  a person who resides outside the United States and is qualified to vote in the last place in which the person was domiciled before leaving the United States; or

(3) a person who resides outside the United States and, but for such residence, would be qualified to vote in the last place in which the person was domiciled before leaving the United States. (IC 3-5-2-34.5)

There are two types of <u>non-</u>military overseas voters: those living overseas who intend to return to the US, and those living overseas whose return to the US in uncertain. Those overseas voters who register using a Federal Post Card Application (FPCA), also referred to as Standard Form 76, are asked to check one of the boxes in item #1 (see Appendix) The significance of this distinction is covered later in this *Guide.*

**Extended registration deadlines: All overseas and absent uniformed services persons can submit an application to register to vote so long as the application is received on or before the eighth day before the election. Some recently discharged or relocated military persons and their family can register to vote up until noon, election day.** Please refer to the *2018 Indiana Election Administrator's Calendar* or the *2018 Military and Overseas Voters' Guide* for more details.

The county voter registration office shall process a registration application received from an overseas voter or absent uniform services voter during the period beginning on the twenty-ninth day before the election and ending on the **eighth day before the election**. (IC 3-7-36-10)

An absent uniform services voter (or the voter's spouse or dependent) who has returned to Indiana may also apply to register to vote beginning on the seventh day before election day and until noon election day if the voter:
1) is otherwise entitled to vote in Indiana;
2) was absent from Indiana during the previous registration period;
3) returns to Indiana no earlier than the seventh day before election day but before noon election day;
4) shows the county registration office a discharge dated on or after the beginning of the preceding registration period or a government movement order with a reporting date on or after the beginning of the preceding registration period;
5) completes a registration application; and
6) signs an affidavit that the voter has not voted at any other precinct in the election. State Form: ABS-13

If an absent uniform services voter (or the voter's spouse or dependent) registers under these conditions then the voter is entitled to vote in the upcoming election <u>at the office of the circuit court clerk </u>any time after the voter registers **but before noon election day**. Many county courthouses are closed on election day itself, and so the county election board may designate another location by resolution for these voters who vote after noon on the day before election and before noon on election day. (IC 3-7-36-14; IC 3-11-10-26)

If the person votes in the upcoming election at the office of the circuit court clerk the voter will cast an absentee ballot and the circuit court clerk will certify that the voter registered under this statute and the circuit court clerk will attach the certification to the voter's absentee ballot envelope. State Form: ABS-11.

The county election board delivers these certificates by courier to the precinct election boards at the polls on election day. The inspector attaches the certificates to the poll list in the presence of the poll clerks and the poll clerks sign a statement indicating that the inspector did so. If the person does **not** vote in the upcoming election, then the circuit court clerk delivers the voter's registration application to the board of registration (if applicable) The voter is then registered effective the first day of the next registration period.(IC 3-5-2-1.5; 3-7-36-14; 3-11-4-3; 3-11-10-16; 3-11.5-4-8; 3-11.5-4-9; 3-11.5-4-24)

In general, a voter may not submit a registration form by fax or by electronic mail. (IC 3-5-4-1.7; 3-7-32-4) However, an absent uniform services voter or an overseas voter may submit a Federal Post Card Application (FPCA), also referred to Standard Form 76, by fax or electronic mail. (IC 3-7-32-4; 3-11-4-4)

County Voter Registration Officials, additional resources are available:
- *The 2018 Military and Overseas Voters' Guide*
- *Check Standard Operating Procedure VRG 51.1 Handling Ongoing Absentee Applications in SVRS for information on this topic.*

## D.  Completing the VR Application

<u>Required Elements</u>
A person is required to provide the following information on a voter registration application:

(1) The applicant's name;

(2) Residence address (see below under "Residence");

(3) Birth date;

(4) A voter identification number, if the voter has an Indiana driver's license number, Social Security Number (last 4 digits), or Indiana BMV identification card number;.

*(See below under "Voter Identification Number" concerning situations when an applicant states on the application that the applicant does not have any of these voter identification numbers, or when an applicant leaves Box #13 of the application totally or partially blank.)*

(5) If the person has no residence address with a street number or name, then a description or map indicating where the person's residence is located; and

(6) The applicant's signature on the statement swearing or affirming the applicant's qualifications to vote and to the truth of the statements on the application.

The applicant's phone number, email address, and gender may also be provided at the voter's option. (IC 3-7-31-5; IC 3-7-34-1) Federal mail-in voter registration forms ask for party affiliation and the voter's ethnicity, though are not required fields for Indiana voter registration purposes. In addition, under HAVA requirements and state law, all registration applications must include a "yes" in response to the following two questions: 1) "Are you a U.S. Citizen?" and 2) "Will you be 18 years of age on or before the election day?". (See Section J for information on Incomplete Applications)

In general, Indiana statute requires county voter registration officials to reject voter registration applications that are not submitted on the most recent version of the form approved by the Indiana Election Division. (IC 3-7-31-2; IC 3-5-4-8(c)) County registration officials are authorized by statute to make minor modifications to registration forms approved by the Division so that the forms are compatible with the county's record system. The county is required to file the modified forms with the Election Division prior to use. (IC 3-7-31-2 and IC 3-7-32-3)

In general, a voter is required to execute and file a registration application with an *original* or "wet" signature. (IC 3-7-32-1; 3-7-32-2) Except as described below, a voter registration application that contains a *copy* of the voter's signature is not acceptable and is incomplete. Applications without a voter's original signature are also incomplete.

If a voter's registration application is considered incomplete, then the county voter registration office is required by law to make at least one attempt to contact the voter by phone (if available) and by mail. If the applicant has not provided an original signature by the tenth day prior to the election, the voter registration official shall reject the application. (Procedure for processing incomplete applications is outlined in Section J of this *Guide*.)

Exceptions to the rule on "original signature"
A voter registration application submitted in the following manner is not required to have a voter's original signature:

(1) an application transmitted from a BMV branch to a county voter registration office through SVRS;
(2) an application submitted through the online voter registration (OVR) system;
(3) a combined voter registration and absentee application submitted by fax or electronic mail from an overseas or absent uniformed services voter (Federal Post Card Application or "FPCA", also referred to as Standard Form 76); and
(4) an application submitted by a voter unable to write as described below in Section D. (IC 3-5-4-1.7; 3-7-32-4; 3-11-4-4)

- *Check Standard Operating Procedure VRG 1.3 Incomplete Registrations for information on this topic.*
- *Check Standard Operating Procedure VRG 6.1 Dupes for information on this topic.*

Voter Identification Number
Generally, an individual who applies to register to vote or applies to update an existing voter registration record must provide a "voter identification number" on the registration application. (IC 3-7-13-13; 3-7-31-5) The voter identification number is the individual's Indiana driver's license number, Bureau of Motor Vehicles ID Card number (which is referenced only on the voter registration forms), or if an individual does not have an Indiana driver's license or BMV ID Card number, the individual must provide the last four (4) digits of the individual's Social Security number when the individual registers to vote. If an individual does not have a driver's license number, BMV ID Card number or a Social Security number, then the statewide voter registration system (SVRS), will automatically assign a number as the individual's voter identification number. (IC 3-7-13-13)

Once the voter has supplied or been assigned a voter identification number, it may not be changed unless:

(1) the voter made an error when providing the number when the voter registered to vote;

(2) the Indiana Election Division or a county voter registration office made an error when entering the number into the statewide system;

(3) the voter obtains or provides an Indiana driver's license number or a partial social security number after the voter was assigned an identification number by SVRS (see below); or

(4) the voter ceases to have an Indiana driver's license number after the voter provided that number. (IC 3-7-13-13(e))

Since many voters were registered prior to the change in law requiring a voter identification number, Indiana statute requires a precinct election officer (typically a poll clerk) to request this voter identification number from such voters during an election. A poll clerk is required to:

(1) explain to a voter what a voter identification number is;

(2) request that the voter write a voter's identification number on the poll book; and

(3)  explain that a voter is *not required* to provide a voter identification number at the polls in order to vote. (IC 3-7-29-1; 3-11-8-25.1(g))

If a voter gives a voter's identification number, then the county voter registration office shall update the voter's registration to include this information. (IC 3-10-1-31.1)

County Voter Registration Officials, additional resources are available:
- *Standard Operating Procedure VRG 8.1 Voter Identification Numbers*
- *Standard Operating Procedure VRG 18.2 Invalid SSN, Expired DLN, and Suspended DLN in SVRS*

 Age and Citizenship Questions on the Voter Registration Form
As implemented by Indiana law, HAVA requires that all voter registration applications contain the following two questions that the voter must affirmatively indicate on the voter registration application by checking a box "yes" or "no": 1) "Are you a U.S. Citizen?", or 2) "Will you be 18 years of age on or before election day?". For question (2), Election Day refers to a general, municipal, or special election. General and municipal elections occur in November. Special elections can occur both in November and at other times.

Furthermore, Indiana law permits certain persons under the age of 18 to register to vote if they will be 18 on or before the date of the general, municipal or special election. (IC 3-7-13-1) The law also permits a qualified person under 18 to become a registered voter and vote in a primary election. However, a voter under 18 may not vote on a public question if included on the primary election ballot or if a special election is conducted before the individual turns 18. (IC 3-7-13-3)

When printing a pollbook for a primary or special election held before the general election, the county must identify those voters who are not yet 18, so that these voters are given the correct ballot style.

If the county voter registration office receives a registration application that is incomplete as a result of the failure of the applicant to answer either of the questions noted above, then the county voter registration office shall treat the application as "incomplete." The registration application may only be processed when the applicant submits a written statement answering the question or questions overlooked on the original application, but not later than the twenty-ninth day before the date of the next election. (IC 3-7-34-2; 3-7-34-3(a)) Of course, if the applicant answers either or both of these questions "no" the registration application must be rejected.

*See Section J for procedures to follow when other information has not been provided by the applicant as voters have different deadlines by which to provide other missing information.*

Residence
Residence means the place: 1) where a person has the person's true, fixed, and permanent home and principal establishment; and 2) to which the person has, whenever absent, the intention of returning. (IC 3-5-2-42.5) In addition, the election code contains standards used to determine the residency of a voter, candidate, or a person holding office. (IC 3-5-5)

While this definition and these standards are helpful, there are some recurring issues raised with regard to providing information about a registration applicant's residence for those who are homeless, mobile, in college, or overseas.

## Homeless and Mobile Voters

People who have a non-traditional residence, like those who are homeless, or those who live in a motor home, must still provide a location sufficient to allow local election officials to place the person in a precinct. If the person stays in more than one place, the voter registration official should ask the person to designate the location where the person usually sleeps in the county.

If the place has no street address, then have the person indicate the location by drawing a map of the location on an attached paper or writing a description of the location of the person's residence on the state's voter registration form (VRG-7 or VRG-11) or federal mail-in registration form in the appropriate box. A person with a non-traditional residence must also provide a mailing address.

**A post office box will not suffice as the residence address for purposes of establishing the precinct in which the voter must vote, but may be used as a mailing address**. (IC 3-7-37)

With the advent of online voter registration, it is not possible to use the diagram for online applications with a non-traditional residence. These applicants are directed to supply the intersections closest to their residence on the line marked "residence address" on the online application. Counties will then use this information to place the voter in the correct precinct.

An applicant with a non-traditional residence must include a mailing address within the county where the applicant resides (such as a post office box or the address of a friend or shelter that will accept mail on the applicant's behalf). The county shall process the application and mail the acknowledgement card or notice of disposition (if the application is rejected) to the mailing address given.

County Voter Registration Officials, additional resources are available:
- *Check Standard Operating Procedure VRG 57.2 Registration Procedures for Homeless or Mobile Voters for information on this topic.*

## Overseas Voters and Federal Office Only Ballots

Although an overseas voter may not have a physical residence in a precinct, that voter is still entitled to vote in a precinct in Indiana. An overseas voter includes:

(1) an absent uniformed services voter who, by reason of active duty or service in a branch of the military, is absent from the United States on the date of the election or a member of the Indiana National Guard deployed outside Indiana;
(2) a U.S. citizen who temporarily resides outside of the U.S. but intends to return to the U.S., and
(3) a U.S. citizen who is residing in another country and their return to the U.S. is uncertain, and, but for such residence, would be qualified to vote in the last place in which the person resided before leaving the United States. (IC 3-5-2-34.5)

An overseas voter who resides outside of the U.S. but intends to return to the U.S is entitled to vote by mail. When completing the Federal Post Card Application (FPCA), box 2, the applicant must provide "the complete street address of your voting residence where you are registering to vote and requesting an absentee ballot" as this determines the precinct where the person votes. For overseas citizens this is usually the U.S. address where they last lived. An overseas voter does NOT need to have any current physical ties to this address; however, applicants cannot use a post office box as an Indiana residence address.

If a person is an overseas voter whose return is uncertain and is residing in another country and, but for such residence, would be qualified to vote in the last place in which the person resided in Indiana before leaving the U.S., then this overseas voter is a U.S. citizen who is still entitled to vote by virtue of his or her U.S. citizenship. In Indiana, this type of overseas voter is entitled to a **federal only ballot**, and is considered for election purposes to be a registered voter of the Indiana precinct where the county voter registration office is located. (IC 3-11-4-8; 3-5-2-24)

An overseas voter who states that the voter's return to the U.S. is uncertain may provide the Indiana address where the person lived previously, if known. However, the county voter registration office should designate the residence address of the voter as the address of the county voter registration office.

The Federal Post Card Application (FPCA), also known as Standard Form 76, is used by overseas voters to apply to register to vote. The third box in item #1 is used for those residing outside the United States temporarily and who plan to return to the US. These voters are entitled to vote a full ballot. The fourth box in item #1 is used for those voters residing outside the United States whose return to the U.S. is uncertain. These voters are entitled to vote a "federal only" ballot. (See Appendix for Standard Form 76 also known as the Federal Post Card Application (FPCA).)

**NOTE:** The FPCA also provides a box where an overseas voter may mark the individual is a U.S. citizen who has never lived in the United States. This is the fifth box under item #1 on the FPCA. Individuals marking this box are ineligible to vote in Indiana.

## College Students

College students may only register at one of two places:
     (1)  The address where they live while attending school; OR
     (2)  The address where they live while not attending school

NOTE: the intent of where students plan to return after attending college, or during summer and winter breaks, is not to be factored into the decision to approve their registration. They may register at school, if they so choose.

It is a violation of election law to challenge a voter on the basis that: 1) the voter is enrolled in an educational institution or; 2) the voter's address on the registration record is at an address which is housing provided for students by an educational institution. (IC 3-5-5-7)

## HAVA Documentation for Certain Voters

**Voters Who Registered to Vote by Mail on or after January 1, 2003 and no later than December 31, 2005**
As implemented by Indiana law, HAVA requires that an individual who, on or after January 1, 2003 and no later than December 31, 2005, submitted an application to register to vote by mail and who had not previously voted in a general election (or a special election for federal office) in the _county_ as of the date the registration application is received, must provide additional residence documentation to the county voter registration office prior to voting.

The identification documentation required may be either: (1) a current and valid photo identification; or (2) a current utility bill, bank statement, government check, paycheck, or government document that shows the name and address of the voter (at the address shown on the voter's registration) Identification documents may be

14

submitted in the mail with the registration application; in person or by mail at the county voter registration office at a later date; or at the polls on election day. (IC 3-7-22-5(5), 3-7-33-4.5)

Even among this group of first-time voters who register by mail, this HAVA additional documentation requirement does not apply to everyone. Specifically, this documentation requirement does not apply to:

1) an absent uniformed services voter;
2) an overseas voter; or
3) an individual entitled to vote absentee under federal law due to a determination by the Indiana Election Division that a permanent or temporarily accessible polling place cannot be provided for the individual, or for any other reason under federal law.

In addition to absent uniformed services voters or overseas voters whose exemptions are described above, this additional HAVA documentation requirement does not apply to an individual who submits a registration application that includes the individual's Indiana driver's license number or the last four digits of the individual's Social Security number if the county voter registration office matches this information in SVRS with an **existing** Indiana identification record bearing the same number, name, and date of birth set forth in the voter registration application.

## Voters Who Registered to Vote by Mail on or after January 1, 2006

If an individual submits an application to register to vote by mail on or after January 1, 2006, and has not previously voted in a general election (or special election for federal office) _anywhere within Indiana_, as of the date this application is received, the individual must provide the HAVA additional documentation described above in section (a) to the county voter registration office before voting.

In addition to absent uniformed services voters or overseas voters whose exemptions are described above, this additional HAVA documentation requirement does not apply to an individual who submits a registration application that includes the individual's Indiana driver's license number or the last four digits of the individual's Social Security number if the county voter registration office matches this information in SVRS with an existing Indiana identification record bearing the same number, name, and date of birth set forth in the voter registration application. (IC 3-7-33-4.5)

County Voter Registration Officials, additional resources are available:
- _Standard Operating Procedure VRG 50.1 Processing First Time Voters in SVRS_

## Additional Documentation Requirements and Processing of Voter Registration Applications

If the county voter registration office determines that the applicant is required to submit additional residence documentation, but has not done so, the office shall process the voter registration application but make a notation in the statewide system that additional documentation is required for that voter.

Once the voter submits the identification documentation, the county voter registration office shall remove this notation on the voter's registration record and enter the following information about the documentation provided:

(1) the date the documentation was provided;
(2) whether the documentation was: (a) presented to a precinct election board by a voter voting in person at the polling place; (b) filed with the county voter registration office by the applicant as part of the original filing of the application to register to vote, or in a subsequent filing received by the county voter

registration office; or (c) filed with the county voter registration office by the county election board after the person applied to cast an absentee ballot;
(3) a brief description of the type of documentation provided.

The SVRS provides each county voter registration office with a coding system for identifying the types of documentation. (IC 3-7-33-4.5; 3-7-27-20) This coding system is set forth in the appendix at the end of this Guidebook. To reduce as many problems as possible at the polls, every effort should be made to obtain the identification documentation from voters required to give it prior to Election Day.

### Additional Documentation Requirements, Printed Poll Lists, and Electronic Pollbooks

The county voter registration office shall indicate on each precinct's poll list or electronic pollbook whether any voter on the list is required to provide additional residence documents before voting in person or by absentee ballot. (IC 3-7-29-1) The county voter registration office may continue to receive identification documentation after the preparation of the poll list or downloading of information into the electronic pollbook.

Each county election board shall prepare a list certified by the circuit court clerk that states the name of each voter subject to the residence documentation requirements who filed the required documents with the county voter registration office after the printing of the poll list and, as a result, is entitled to have the voter's absentee ballot counted if the ballot otherwise complies with Indiana election law.

This list shall be delivered to the precinct election boards with the absentee ballots (or with the certified lists in counties that count absentee ballots at a central location) (IC 3-11-10-12; 3-11.5-1-4 (20)) The county voter registration office shall promptly forward information indicating receipt of additional documentation to the electronic pollbook (IC 3-11-8-10.3(b)(3))

**In addition, the county voter registration office shall visit the appropriate post office not later than noon (local prevailing time) on Election Day to accept delivery of mail containing identification documentation.** The county voter registration office shall immediately notify the county election board of the names of voters who have filed additional identification documentation so that the county election board can provide this information to precinct election boards prior to the closing of the polls at 6 p.m. local prevailing time (IC 3-11-10-11)

The county election board shall transmit a supplemental certified list to the appropriate precinct election board identifying any additional voters not on the original certified list delivered with the absentee ballots to the precinct. The supplemental list shall contain the names of voters who have submitted the required documents to the county voter registration office. The county voter registration office must provide the county election board with these names not later than 3 p.m. local prevailing time on election day to be included in a supplemental certified list.

If the county election board determines that the precinct election board may not receive the supplemental list before the closing of the polls, the county election board shall attempt to contact the precinct election board to advise the board regarding the content of the supplemental list. The county election board shall file a copy of the supplemental list for that precinct as part of the permanent records of county election board. (IC 3-11-10-12)

If a voter offers to vote at the polls on Election Day, and the poll list or electronic pollbook indicates that the voter is required to present this HAVA additional documentation prior to voting, the poll clerk shall advise the voter that the voter must present one of the documents identified above in section (a). If a voter presents the

required document, the poll clerk shall add a notation to the poll list or in the electronic pollbook indicating the type of document presented by the voter, using the statewide system document coding method described above. (IC 3-11-8-10.3(b)(5); IC 3-11-8-25.2)

After an election, the county voter registration office shall unseal the precinct election material and record on the county voter registration record information on the poll list regarding documentation provided by voters at the polling place prior to voting. (IC 3-10-1-31.1) This will remove the flag indicating the need to supply additional documentation for future elections.

If a voter is required to provide HAVA additional documentation, but does not do so at the polling place, the precinct election officials shall allow the voter to vote a provisional ballot after the voter and the officials complete the forms required for casting provisional ballots. The voter's provisional ballot will not be counted unless the voter provides the documents to the county voter registration office prior to the close of the polls on Election Day at 6:00 p.m. prevailing local time. (IC 3-7-33-4.5; 3-11.7-2-1(b); 3-11.7-5-2(c), 3-11.7-5-3)

### Additional HAVA Documentation and Absentee Voting

If a voter who is required to provide additional residence documentation prior to voting submits an absentee ballot application to vote absentee by mail, the county election board shall include a notice (ABS-18) in the absentee ballot envelope (inner envelope with the ballots ABS-6 mailed to the voter). The ABS-18 informs the voter that the voter must file the additional documentation with the county voter registration office not later than the close of polls on election day at 6:00 p.m., prevailing local time, for the absentee ballot to be counted.

If the absentee voter is voting before an absentee voter board (either in the clerk's office, a satellite facility, or a traveling board), the absentee voter board, shall, upon accepting the completed absentee ballot from the voter, provide the voter with the ABS-18. If the voter **does** present the required residency documentation prior to voting absentee in person, the county voter registration office shall immediately remove the "Verify ID" flag from voter's registration record in SVRS to reflect that the residency documentation requirement has been met. If the voter **does not** present the required residency document before receiving the absentee ballot, the county election board shall add a notation on the absentee ballot application indicating additional HAVA documentation is required. The text of the notation must substantially conform with the language set forth in IC 3-11-10-4.5(c). (See below) (IC 3-11-10-28)

When an absentee voter subject to the additional residency documentation requirement returns a voted absentee ballot by mail, the county election board shall contact the county voter registration office to determine if the additional identification documents have been filed with the county voter registration office by the voter. If the voter **has** filed the documents, the county election board shall add a notation to the voter's absentee ballot application indicating that the required documents have been filed and that the absentee ballot may be counted if the ballot otherwise complies with this article.

If the voter **has not** filed the documents with the county voter registration office, the county election board shall add a notation on the absentee ballot application substantially as follows: *"Inspector (or absentee ballot counters): As of (insert date the absentee ballot application was approved) this voter was required to provide additional identification documentation with the county voter registration office before this ballot may be counted. Check the poll list and county election board certification to see if the voter has filed this information. If not, process as a provisional ballot if the ballot otherwise complies with Indiana law."* (IC 3-11-10-4.5(c); IC 3-11.4-4-12)

The voter's provisional ballot will not be counted unless the voter provides the documents to the county voter registration office prior to the close of the polls on Election Day at 6:00 p.m. prevailing local time. (IC 3-7-33-4.5; 3-11.7-2-1(b); 3-11.7-5-2(c), 3-11.7-5-3)

> County Voter Registration Officials, additional resources are available:
> - *Check Standard Operating Procedure VRG 50.1 Processing First Time Voters in SVRS for information this topic.*
> - *Check Standard Operating Procedure VRG 16.1 Absentee Log for information on this topic.*
> - *Check Standard Operating Procedure VRG 36.1 Absentee Ballot Cancelled Due to Cancelled Registration for information this topic.*

## E.  Assistance with Voter Registration Applications

If a voter is unable to write, the voter may procure another individual to complete the voter registration application and write the voter's name on the registration application. The voter shall make the voter's mark on the signature line of the application unless physically unable to do so (e.g. "X"). (IC 3-7-32-7) The person filling out the registration application on behalf of the voter shall also write the person's own name and address on the registration application in the space provided for that purpose. If an absent uniform services voter or an overseas voter is unable to sign or mark the registration application due to a disability, any person designated by the voter may sign the voter's name on the application as long as it is signed in the presence of the voter. (IC 3-7-36-4)

## F.   Handling Completed Voter Registration Applications by Certain Individuals

In 2013, the Indiana General Assembly adopted new laws that govern individuals who assist applicants with the registration process and changed how the county voter registration office processes applications filed by certain persons other than the applicant.

A person who receives a completed state-approved voter registration application (VRG-7 or VRG-11) from the applicant must provide the applicant with a receipt (contained on the state application) as well as complete and sign the "Certified Statement of Acceptance" on the bottom of the voter registration application. (IC 3-7-31-5) This requirement does not apply to the federal voter registration mail-in form.

A person who receives a completed state or federal voter registration application from an applicant must file the application with the Election Division or the county voter registration office no later than noon, ten (10) days from receipt. The ten-day deadline to file the registration application begins on the date that the person who *initially* received a completed voter registration application from the applicant received it, even though the registration application was passed on to another individual to file. This rule applies whether the state or federal form is used.

The following individuals are exempt from the ten (10) day filing requirement as well as the requirements to provide a receipt and sign the "Certified Statement of Acceptance:"

(1)  A member of the applicant's household.

(2)  An applicant's attorney in fact.

(3)  An employee of a license branch who accepts and transmits a VRG-6 or VRG-7 as part of the employee's official duties.

(4)  An employee of a public assistance agency who accepts and transmits a VRG-6 or VRG-7 as part of the employee's official duties.

(5)  An employee of an agency serving persons with disabilities who accepts and transmits a VRG-6 or VRG-7 as part of the employee's official duties.

(6)  An employee of an office designated under IC 3-7-18 who accepts and transmits a VRG-6 or VRG-7 as part of the employee's official duties.

(7)  An employee of an office designated under IC 3-7-19 who accepts and transmits a VRG-6 or VRG-7 as part of the employee's official duties.

(8)  An employee of the office of the department of employment and training services (DWD or Work One) who accepts and transmits a VRG-6 or VRG-7 as part of the employee's official duties.

(9)  An employee of the United State Postal Service or a bonded courier, acting in the individual's capacity as an employee of the United States Postal Service or a bonded courier company.

(10) The Indiana Election Division acting in accordance with IC 3-7-33-3.7.

(11) A state agency or county voter registration office receiving an application through the online voter registration system under IC 3-7-26.7.

(12) A precinct election official (inspector, poll clerk, poll judge, etc…) acting in accordance with the official's duties.

(13) A county voter registration official acting in accordance with IC 3-7.

**A county voter registration office may not reject the application solely on the ground that an individual who was required to file the application within ten (10) days did not comply with the requirement**. The county shall process the application if the applicant is otherwise qualified to register to vote. The county voter registration official shall provide notice of the apparent violation to the county election board for action no later than three (3) days after receipt of an application not timely filed. (IC 3-7-34-4.5)

An application accepted by an individual required to complete the "Certified Statement of Acceptance" is incomplete if the individual does not provide the individual's name, residence address, date of receipt, or signature. (IC 3-7-34-1.5(b)) However, the county voter registration office may <u>not</u> reject an application that is incomplete for this reason. The county voter registration office shall promptly make one (1) effort to contact the individual who received the completed application from the voter, if possible, and one (1) effort to contact the voter to obtain the missing information. The county voter registration office must process the application even if unable to obtain the missing information. However, within three (3) days of receipt of an application with missing information on the certified statement, the county voter registration must also provide notice of the failure to the county election board for appropriate action under IC 3-6-5-31. (IC 3-7-34-4.5)

## G.  Online Voter Registration

A person with a valid Indiana driver's license or identification card may register to vote or change their registration information online at IndianaVoters.com. (IC 3-7-26.7)

When an applicant submits an application using this website, the Bureau of Motor Vehicles (Bureau) compares the information submitted by the applicant with the information in the Bureau's database listing the individuals with current and valid Indiana driver's licenses or ID cards. If the Bureau confirms that the applicant has a valid Indiana driver's license or ID card, the completed application (along with the information compiled by the Bureau and the digital signature of the applicant) is submitted to the appropriate county voter registration office.

A registration form submitted through the online process is not required to be signed in indelible ink or indelible pencil. (IC 3-7-32-2)

If the Bureau is unable to confirm the number entered by the applicant, the applicant will receive a warning message stating: "Please review and correct all errors. There was an error validating the driver's license or state ID number you entered." An applicant will NOT be permitted to continue unless the Bureau is able to confirm the number entered belongs to an individual.

A voter registration application submitted online no later than midnight, prevailing local time, on the 29th day before Election Day must be processed prior to the election. (IC 3-7-33-3.5) Online applications submitted after the statewide voter registration deadline will not be processed until voter registration opens again after the election.

Except as described above, the county voter registration office will process an online application in the same manner as other voter registration applications. (IC 3-7-26.7-7)

## H.  Processing Completed Registration Applications

The county voter registration office shall determine from the information on the voter's registration application whether the applicant is eligible to register. When processing the application in SVRS, the county user shall enter the NVRA tracking number into SVRS along with the applicant's information. The NVRA tracking number is found in the bottom right hand corner of the voter registration application form and is used for reporting purposes to the U.S. Congress.

After determining the applicant is eligible to register to vote, the county voter registration office shall then mail a notice by non-forwardable mail to the applicant at the mailing address provided on the registration application informing the applicant about the disposition of the application. (IC 3-7-33-5) If the application is approved, the notice must state: (1) that the application was received; (2) that the applicant is registered at the address placed on the form; (3) the name of applicant's precinct; and (4) the address of the polling place for the named precinct. (IC 3-7-33-5; State Form: Voter Registration Acknowledgment Notice available through SVRS)

> **County Voter Registration Officials, additional resources are available:**
> - *Merge and Unmerge Step by Step in SVRS*
> - *Transfer and Duplicate Processing Step by Step in SVRS*
> - *Point Address Table Step by Step in SVRS*

## I.  Pending Voters, Active Voters, and Rejected Applications

When a county voter registration office approves a voter registration application, and mails an acknowledgement notice to the voter, the applicant is designated in the statewide voter registration system as a "pending voter," except in one situation described in the next paragraph. **The applicant is not officially a registered voter or added to the voter registration record as an "active voter" until the end of seven (7) days after the voter acknowledgement notice (described in section H above) is mailed.**

If the voter receives the acknowledgment notice by delivery from the U.S. Postal Service and presents that notice to the county voter registration office in person before the expiration of the seven (7) day period, the county voter registration office shall change the record to indicate that the applicant is now an "active voter" and officially registered to vote at that address, even though the seven (7) day period has not yet expired. (IC 3-7-33-5(f))

If the acknowledgement notice is returned by the U.S. Postal Service due to an unknown or insufficient address **on or before** the deadline date for the required seven (7) day period following the mailing of the notice, the application must be denied by the county voter registration office, and the individual was never considered to be officially registered to vote at that address. (IC 3-7-33-5)

If the acknowledgement card is returned by the U.S. Postal Service due to unknown or insufficient address **after** the seven (7) day period following the mailing of the notice, the voter may then be mailed an address confirmation or NCOA mailing to the voter at that address; however, the voter's registration may not be cancelled until the procedures for removing inactive voters under federal law have been completed. (IC 3-7-38.2)

If the application for registration is denied, the notice must state that the application was received and the notice must state the reasons for denial. State Form: Notice of Disposition available through SVRS. (IC 3-7-33-5) Federal law requires that any rejected registration application be retained for 24 months.

 County Voter Registration Officials, additional resources are available:
- *Standard Operating Procedure GEN_07.2_Auto-Activate Registrations Functionality in SVRS*
- *Standard Operating Procedure VRG 4.2 USPS*
- *Standard Operating Procedure VRG 10.1 Polling Place*
- *Standard Operating Procedure VRG 13.1 Pending*
- *Standard Operating Procedure VRG 58.2 Voter List Maintenance*

## J. Incomplete Registrations

A person is required to provide the following information on a voter registration application: (1) the applicant's name, (2) residence address (see below under "Residence"), (3) birth date, and (4) a voter identification number (see below under "Voter Identification Number") except where applicant does not have an Indiana driver's license, Indiana BMV ID card, or social security number. The applicant's phone number and email address may also be provided at the voter's option. (IC 3-7-31-5; IC 3-7-34-1) In addition, under HAVA requirements and state law, all voter registration applications must include a "yes" in response to the following two questions: "(1) Are you a U.S. Citizen?" and "(2) Will you be 18 years of age on or before the election day?"

Indiana law (IC 3-7-31-5) requires that the registration application "provide for the residence address and mailing address of the individual completing the forms." The application forms approved by the Indiana Election Division direct an individual whose mailing address is the same as the individual's residence address to write the word "SAME" in the mailing address box. If the mailing address box is instead left blank, county voter registration offices may assume that the residence and mailing address of the applicant are in fact the same, and process the application without requiring the applicant to complete the mailing address box.

Although the statewide voter registration system includes information regarding the gender of voters (IC 3-7-26.4-8), county voter registration offices may not require an applicant to provide gender information for the application to be considered complete.

If a registration application is incomplete, so that the county voter registration office is unable to make a determination of the applicant's eligibility for registration, then the county voter registration office **shall** make at least one (1) attempt to contact the applicant by mail, and one (1) attempt to contact the applicant by phone (if available), in order to obtain the missing information. (IC 3-7-34-2) If the missing information is obtained from

the voter then the county voter registration office shall complete and process the application. (IC 3-7-34-3) Certain information can be obtained over the phone but other information must be obtained in writing.

County Voter Registration Officials, additional resources are available:
- *Standard Operating Procedure VRG 1.3*

If a voter, or a person assisting a voter, does not sign the application, the county voter registration office shall make at least one (1) effort to contact the voter, or the person who assisted the voter, to obtain the missing signature. Upon receiving the signature, the county voter registration office shall process the application. The county voter registration office may not reject the application solely on the ground that the individual who received the completed application from the voter failed to complete the application with the information or signature. The counter voter registration office shall, not later than three (3) days after receipt of the application, provide notice of the failure to properly complete the application to the county election board for appropriate action under IC 3-6-5-31.

Voters have until the **tenth** day before the election to provide missing information. Voters only have until the **twenty-ninth** day before the election to supply the answers to the age and citizenship questions. If the missing information is not obtained in a timely manner, then the county voter registration office must reject the application and certify the application, along with any other applications with missing information that have been rejected, to the County Election Board. (IC 3-7-34-4) If an incomplete application is rejected after attempts to cure the defect, a notice describing the reasons for rejection must be sent to the applicant at the mailing address provided on the application.

**Registration applications made at a BMV license branch, or other full service agency, must be forwarded by the agency to the county voter registration office within five (5) days of receipt**. IC 3-7-18-19); IC 9-24-2.5-4; IC 12-14-1.5-1 (TANF); IC 12-14-25-3 (Food Stamps); IC 12-15-1.5-4 (Medicaid); IC 16-35-1.6-4 (WIC) Please note: while full service agencies such as the state BMV or Department of Workforce Development are required to provide voter registration forms to the general public, the agencies only accept registration forms from specific customers as noted in state and federal law. The general public must submit registration applications to their county voter registration or the Indiana Election Division. See Section N for more information.

If applications accepted at the BMV during specific credential transactions contain all the information required to be supplied by the voter, but not all the information required to be supplied by the agency, then the county voter registration office shall make one attempt to obtain the missing information from the BMV. If the missing information is not obtained from the BMV within seven (7) days after the county voter registration office provides notice to the BMV, the county voter registration office must notify the Indiana Election Division. The Election Division will then contact the BMV to request that this information be provided to the county voter registration office, or require the BMV to file a statement with the county voter registration office indicating why the information is not available. (IC 3-7-34-5)

The registration application must be processed whether the information is received from the BMV or not. (IC 3-7-34-6) However, if the BMV agency fails to supply the missing information, then the county voter registration office shall certify this fact to the Indiana Election Division on an "expedited basis" (meaning within 48 hours after the county office receives the incomplete form). (IC 3-5-2-23.2; 3-7-34-7) The Indiana Election Division is then required to notify the BMV that the BMV is required to supply this missing information. (IC 3-7-34-7)

The Indiana General Assembly created additional requirements for certain individuals who assist applicants in the registration process. The latest version of the VRG-7 and VRG-11 state voter registration applications have a place for an individual who accepts a completed voter registration application from the applicant to complete a "Certified Statement of Acceptance."

An application accepted by an individual required to complete the "Certified Statement of Acceptance" is incomplete if the individual does not provide the individual's name, residence address, date of receipt, or signature. (IC 3-7-34-1.5(b)) However, the county voter registration office may not reject an application that is incomplete for this reason.

Instead, the county voter registration office shall promptly make one (1) effort to contact the individual who received the completed application from the voter, if possible, and one (1) effort to contact the voter to obtain the missing information. The county voter registration office must process the application even if unable to obtain the missing information. However, within three (3) days of receipt of an application with missing information on the certified statement, the county voter registration must also provide notice of the failure to the county election board for appropriate action under IC 3-6-5-31. (IC 3-7-34-4.5)

The following individuals are exempt from the ten (10) day filing requirement as well as the requirements to provide a receipt and sign the "Certified Statement of Acceptance:"

    (1) A member of the applicant's household.

    (2) An applicant's attorney in fact.

    (3) An employee of a license branch, who accepts a VRG-6 or VRG-7 in furtherance of the employee's official duties.

    (4) An employee of a public assistance agency who accepts a VRG-6 or VRG-7 in furtherance of the employee's official duties.

    (5) An employee of an agency serving persons with disabilities who accepts a VRG-6 or VRG-7 in furtherance of the employee's official duties.

    (6) An employee of an office designated under IC 3-7-18 who accepts a VRG-6 or VRG-7 in furtherance of the employee's official duties.

    (7) An employee of an office designated under IC 3-7-19 who accepts a VRG-6 or VRG-7 in furtherance of the employee's official duties.

    (8) An employee of the office of the department of employment and training services (DWD) who accepts a VRG-6 or VRG-7 in furtherance of the employee's official duties. .

    (9) An employee of the United State Postal Service or a bonded courier, acting in the individual's capacity as an employee of the United States Postal Service or a bonded courier company.

    (10) The Indiana Election Division acting in accordance with IC 3-7-33-3.7.

    (11) A state agency or county voter registration office receiving an application through the online voter registration system under IC 3-7-26.7.

    (12) A precinct election official acting in accordance with IC 3-6-6.

    (13) A county voter registration official acting in accordance with IC 3-7.

County Voter Registration Officials, additional resources are available:
- *Standard Operating Procedure VRG 1.3 Incomplete Registrations*
- *Standard Operating Procedure VRG 20.1 Date Received for Incomplete VR Application*

- *Standard Operating Procedure VRG 50.1 Processing First Time Voters*

## K.  Updates to an Existing Voter Registration Record

If the registration application is an update to an existing voter registration record for that voter, an acknowledgment notice must still be sent as described above. If the notice sent out in response to a registration update is returned within seven days by the United States Postal Service due to "unknown or insufficient address", then the county voter registration office must reject the application to update the existing voter registration record.

The Co-Directors have encountered a disagreement regarding whether what action, if any, must be taken by the county voter registration office when an acknowledgment notice is returned by the United States Postal Service due to "unknown or insufficient address." The Co-Directors have agreed to present both interpretations to the counties to be considered in these situations:

Co-Director Angie Nussmeyer believes that if an applicant submits an updated voter registration application (with a new address, name, date of birth, or any other new or corrected information) and application is subsequently rejected because the acknowledgment card is returned due to "unknown or insufficient address" within the seven (7) day pending period, that the county should manually reinstate the voter's prior registration record to active status. Co-Director Nussmeyer believes that if an application is rejected due to a returned acknowledgement card, the rejected application should NOT serve as a request by a voter to cancel the voter.

Co-Director J. Bradley King believes that Indiana Code 3-7-39-6 requires that if the voter has completed the previous address section of the update, indicating that the voter's registration should be cancelled at a prior address, then the prior registration should be cancelled. If the application for an update does not indicate that the prior registration is to be cancelled, then the prior registration remains in effect unless removed pursuant to an otherwise authorized registration maintenance procedure.

County Voter Registration Officials, additional resources are available:
- *Standard Operating Procedure VRG 53.2 Handling VR Updates on Poll Book without a VRG 4/12 Form*

## L.  Mailing and Residence Addresses

**The SVRS-generated acknowledgment notice is sent to the mailing address on the voter registration application and not to the registration address.** One explanation as to why statute requires the notice to be sent to the mailing address is that the registration address could not be used to mail notices to those with non-traditional residences (e.g. homeless). Other people, such as voters who live in small towns that do not have residential mailing delivery by the Postal Service, but instead use Post Office boxes, military voters, college students, and nursing home patients, may only receive a notice if it is sent to their mailing address. (IC 3-7-33-5)

An inadequate residence address should become evident when the registration official attempts to place the applicant into a precinct. If the residence address on the application is inadequate, state statute requires the county voter registration office to attempt to process the application in the same manner as an incomplete application in an effort to cure the defect. If the effort to cure the defect is unsuccessful by the end of the tenth day before the election, the county voter registration office must reject the incomplete application and certify a list of rejected incomplete applications to the County Election Board. (IC 3-7-34-4)

## M.  Registrations Mistakenly Received by Incorrect County

If a county voter registration office receives a voter registration application from a voter that contains a registration address in Indiana, but not in the county of the voter registration office receiving the application, then the county voter registration office shall forward the application to the voter registration office of the county indicated by the residence address listed on the application on an "expedited basis" (meaning within 48 hours of receiving the incorrectly delivered form). (IC 3-7-34-9) The county voter registration office can fulfill this requirement by forwarding an optically scanned image of the registration to the correct county voter registration office and by forwarding the original copy to the correct county later. (IC 3-7-34-9)

The county voter registration office of the county where the voter resides must process the forwarded registration application if the county voter registration office in the incorrect county (or the full service voter registration agency) received the application on or before the close of voter registration. If the incorrect county mistakenly received the form by mail, then the same deadlines that apply to mail-in forms received by the correct county apply in this case. If the registration was not received in a timely manner, the registration is processed by the correct county voter registration office in the same manner as other applications that are not timely filed. (IC 3-7-33-4)

If a timely voter registration is received by the correct county after the poll lists have been printed, or if electronic poll books are being used, after the information has been downloaded into the electronic poll book for use on election day, then the county voter registration office is required to issue a certificate of error if the county voter registration office approves the application (assuming that the voter's registration has become active and no longer "pending"). (IC 3-7-34-13)

> County Voter Registration Officials, additional resources are available:
> - *Standard Operating Procedure VRG 5.1 Applications Outside the County*
> - *Standard Operating Procedure VRG 34.2 VR Transfers and Timely Scanning of VR Cards*
> - *Standard Operating Procedure VRG 38.1 BMV Hopper Items Sent to Wrong County*

## N.  Procedures Followed By Full Service Agencies

The federal National Voter Registration Act (NVRA) requires that certain federal, state, local and nongovernmental agencies (with the agreement of the federal or nongovernmental offices) provide the following voter registration services:

1) Distribution of mail-in voter registration applications;
2) Assistance in filling out voter registration application with each transaction in which a person applies for assistance, renewal or recertification of assistance, or a change of address, unless the applicant declines in writing; and
3) Transmission of all completed applications to the appropriate county voter registration within a timely manner (Indiana law requires 5 days).

Indiana has designated the following as full service voter registration agencies:

1) License branches (IC 3-7-14)
2) Each county office that administers TANF (IC 3-7-15-2)
3) Each county office that administers Medicaid (IC 3-7-15-2 and IC 12-15)
4) Each county office that administers Food Stamps (IC 3-7-15-2 and IC 12-14)
5) Each office of the Department of Health that administers WIC (IC 3-7-15-2 and IC 16-35)

6) Agencies that serve persons with disabilities as identified by the Co-Directors of the Indiana Election Division (IC 3-7-16) (Bureau of Developmental Disabilities Services and Bureau of Rehabilitative Services)
7) Each unemployment compensation office (IC 3-7-18-2 and IC 3-7-20.5)
8) Each county board of voter registration office (IC 3-7-18-2 and IC 3-7-19)
9) Any federal or non-governmental entities designated by unanimous vote of a county election board (or which was designated in the county's NVRA implementation plan before July 1, 2013) (IC 3-7-21)

State and federal law require that anyone who applies for assistance, renews an application for assistance, or submits a change of address application at any of the above entities, shall also be provided with a voter registration form, assistance in completing the form, and transmittal of the form to the county voter registration office, unless the applicant declines to register to vote in writing. A slightly different process applies at Bureau of Motor Vehicle (BMV) license branches.

A person must be offered the opportunity to apply to register to vote while applying for a new motor vehicle driver's license, permit, or identification card, or a renewal of any such license, permit, or identification card, at a BMV license branch. (IC 3-7-14-5) The BMV license branch forwards the registration applications and declinations directly to the county voter registration office electronically then forwards a paper copy of the registration form to the appropriate voter registration office.

An FSSA office providing "full service" voter registration is permitted to submit voter registration applications and declinations to a county voter registration office from by first class U.S. mail. (IC 12-14-1.5-6; 12-14-25-5; 12-15-1.5-6)

Local branches of some other agencies that perform registration activities, for example, local offices of the Department of Workforce Development (DWD), forward all voter registration applications and declinations to a central clearing house in DWD's state office and from there the applications are forwarded to the counties. State Forms: VRG-6 (registration application at "full service" voter registration agencies)

Indiana law requires a full service voter registration agency to transmit completed applications and declinations to the county voter registration office within five (5) days of receipt. If a county voter registration office is not receiving a packet of applications and declinations in a timely manner, please contact the NVRA officials (Co-Directors of the Indiana Election Division).
The agencies and county voter registration office use state prescribed transmittal and receipt forms to document the transfer and acceptance of voter registration applications. State Forms: VRG-8 and VRG-9.

If a person applies to register to vote at a full service agency on or before the voter registration deadline (even if a county VR office receives it after the deadline), then the voter's registration application should be processed as timely.

County Voter Registration Officials, additional resources are available:
- *Standard Operating Procedure VRG 09.2 BMV Registrations in SVRS*

## O. Common Questions about Voter Registration Applications

The following is a list of frequently asked questions concerning voter registration applications.

*Question 1:*   *Is the county voter registration office or the agency that sent in the application (for example, the "BMV") responsible for attempting to obtain the missing information on the application?*

Answer 1:   If a county voter registration office receives an incomplete voter registration form from the BMV that does not contain information required to be supplied by the BMV, the county voter registration office shall promptly make one (1) effort to contact the BMV to obtain the information. If the information is not obtained from the BMV not later than seven (7) days after the county voter registration office contacts the BMV, the county office must notify the Indiana Election Division. The Indiana Election Division shall contact the BMV to request that the information be provided to the county voter registration office or that the BMV file a statement with the county voter registration office indicating why the information is not available. (IC 3-7-34-5) If the county voter registration office obtains the information required to complete the form from the BMV, the county voter registration office shall process the form as a completed registration application. (IC 3-7-34-6) If the county voter registration office cannot obtain the information from the BMV, and the form is otherwise complete, the county voter registration office shall process the form as an incomplete registration application. (IC 3-7-34-6)

The county voter registration office shall certify to the Indiana Election Division on an "expedited basis" (meaning, within forty-eight (48) hours, as defined by IC 3-5-2-23.2) a list of the registration forms from "full-service" voter agencies that have been processed but do not contain information required to be supplied by the agencies. The Indiana Election Division shall notify the agency that the agency is required to supply the omitted information on an expedited basis to the county voter registration office. (IC 3-7-34-7)

With regard to hand-delivered or mailed applications, a county voter registration office is responsible for obtaining information from incomplete registration applications using the procedures described in Section J.

County Voter Registration Officials, additional resources are available:
- *Standard Operating Procedure VRG 1.3 Incomplete Registrations*
- *Standard Operating Procedure VRG 20.1 Date Received for Incomplete VR Application*
- *Standard Operating Procedure VRG 9.2 BMV Hopper*

*Question 2:*   *Which information is essential to be provided on a voter registration application and must be completed prior to processing?*

Answer 2:   An application is considered "incomplete" if any of the following information has not been provided by the applicant:
- the name of the applicant;
- residence address (other than the ZIP code);
- date of birth;
- the statement that the applicant is a U.S. citizen;
- the statement that the applicant will be at least 18 years of age on or before the general, municipal, or special election day;

- an attached map/or written description if the voter has no residence address with a street number or name;
- the voter identification number or a statement that the applicant has no voter identification number;
- the signature of the applicant on the statement swearing or affirming the applicant's qualifications to vote and to the truth of the statements on the application.

*Checking a box on the application (indicating that the applicant has no voter identification number, or that one meets the age and citizenship requirements) meets the legal standards for "making a statement."*

An application is NOT considered "incomplete" if any of the following information has not been provided by the applicant:
- the applicant fails to state whether the application is a new registration, address change, or name change;
- the Indiana county where the applicant lives;
- gender;
- zip code;
- a previous registration address;
- a telephone number;
- an email address;
- information regarding a change of name; or the date the applicant signed the application.

If an applicant leaves box # 5 (Mailing Address) blank and doesn't write the word "Same" indicating the mailing address is the same as the registration address, the county should nevertheless process the application if the registration address provided is one to which the United States Postal Service can deliver mail. These applications should be processed by the county voter registration office and either accepted or rejected, notwithstanding any of this information not being provided by the applicant.

**Question 3:**   *What if a registration is submitted on the most recent registration application approved by the Division but the applicant leaves Box #12 of the state VRG-7 or VRG-11 application (which requests a voter identification number or a statement indicating that the applicant has no voter identification number) blank? What if the applicant indicates that the applicant has a voter identification number, but the number is missing from Box #12? (Note: the equivalent voter identification number box on the federal voter registration form is Box #6.)*

**Answer 3:**   The application is incomplete and must be processed in accordance with the guidance provided in SOP VRG 8.1, which includes contacting the voter to supply the missing information. (IC 3-7-34)

County Voter Registration Officials, additional resources are available:
- *Standard Operating Procedure VRG 18.2 Invalid SS or DLN Numbers*

*Question 4:*      *What if a registration is submitted on the most recent registration application approved by the Division but the age or citizenship questions have not been answered?*

**Answer 4:**      If the age and citizenship questions were not answered on the original registration application, then the application is incomplete and the county voter registration office shall contact the voter to supply the missing information. The county voter registration office must process the registration application only if the applicant submits a written statement answering the age or citizenship questions that was not answered on the original application not later than the twenty-ninth day before the date of the next general election.

*Question 5:*      *Can any information that is deemed essential but missing on a voter registration application be filled in by the applicant over the phone?*

**Answer 5:**      Yes, some missing information can be provided by the applicant over the phone. If a voter registration official is able to obtain the following information from an applicant over the phone, it can be filled in, initialed by the official, and then processed: first or last name of applicant, residence address of applicant, mailing address of applicant if USPS cannot deliver mail to the residence address, date of birth, or voter identification number or indication that voter has no voter identification number.

*Question 6:*      *Does a voter who registers at a full-service site like a license branch have to provide additional proof of the voter's residence in Indiana (sometimes called "HAVA additional documentation")?*

**Answer 6:**      No, this requirement for additional documentation to prove residence in Indiana only applies to certain individuals who registered by mail, not individuals who registered with a full service voter registration agency even if the full service voter registration agency later delivers the original voter registration application to the county voter registration office by mail. Specifically, the additional residence documentation requirement only applies to those individuals who registered to vote by U.S. mail for the first time **in Indiana** on or after January 1, 2006.

*Question 7:*      *Does this proof of Indiana residence (HAVA additional documentation) requirement apply to a voter who fills out a registration application as part of a registration drive performed by a party or organization when the party or organization representative hand-delivers the registration applications to the county voter registration office?*

**Answer 7:**      **No.** The additional documentation applies only to voter registration applications received in the mail. The Election Division uses a stamp reading "Application Received in person by the Indiana Election Division. Copies of ID DOCUMENTS NOT REQUIRED." to indicate when a registration application has been hand-delivered to the Election Division for mailing to a county voter registration office. A county voter registration office may want to use a similar stamp to identify these applications, particularly when the application has been hand-delivered to the incorrect county, and must be mailed to another county.

*Question 8:*     *What if a voter registration application is received by the county voter registration office by mail and then, before the close of registration, the voter either registers in person at the county voter registration office or at some full service registration site like the license branch?*

**Answer 8:**     In that case, the voter has registered in person prior to the close of registration. Therefore, the HAVA additional documentation requirement would no longer apply to the voter.

*Question 9:*     *Do county voter registration officials have to keep a copy of the identification documents provided to the voter registration office?*

**Answer 9:**     Yes, if the voter provides a copy of the documentation to the voter registration office. The county voter registration office would keep copies of identification documents provided by voters for 24 months. If documents are presented by a voter at the poll site or at the county voter registration office, for example, the poll workers or voter registration officials would document the type of document presented using the statewide system coding method discussed above. This information would then be recorded on the voter's registration record.

# VOTER LIST MAINTENANCE

## A. Disfranchisement of Persons Imprisoned Following Conviction

A person who is *imprisoned following conviction* of a crime is ineligible to vote while imprisoned and must be removed from the registration rolls. (IC 3-7-46-2; 3-7-13-4) To be disfranchised, the person must satisfy both conditions: 1) the person must be convicted of a crime; and 2) the person must be currently imprisoned following the conviction.

<u>A person who is in prison awaiting trial is not disfranchised because the person is imprisoned *before* conviction not *following* conviction.</u> **In addition, while a person may be subject to an order issued by a court, some orders are not considered "imprisonment" for purposes of this statute.**

More specifically, a person who is:
1) on probation;
2) on parole;
3) subject to home detention under IC 35-38-2.5; or
4) placed in a community corrections program under IC 35-38-2.6;

is eligible to register and to vote. (IC 3-7-13-5; IC 3-7-13-6)

Some types of community corrections programs include: work release, electronic monitoring, substance abuse programs, and day reporting. Applicants in these programs are eligible to apply to register to vote.

If a person has been removed from the registration rolls because of their imprisonment following conviction, the person may once again register as soon as the person is released from prison provided that it is during an open registration period. (IC 3-7-13-5)

NVRA requires that the office of each U.S. Attorney provide the Indiana Election Division with information about Indiana residents imprisoned following conviction of a federal crime. The Election Division must forward this information to the appropriate county. (IC 3-7-46-3)

State law requires that SVRS permit the state Department of Correction to provide the Indiana Election Division with an electronic list of Indiana residents who have been convicted of a crime, and placed in a Department of Correction facility during the previous month. The list is made available through SVRS to county voter registration offices to permit the county offices to cancel the registration records of disfranchised individuals on an expedited basis. (IC 3-7-46-4.1)

**In addition, each county sheriff is required to provide the county voter registration office with quarterly lists of Indiana residents who have been convicted of a crime and placed in the county jail during the previous quarter.** (IC 3-7-46-6) These lists are to be provided no later than January 31, April 30, July 31 and October 31 of each year and must contain a list of each Indiana resident who was imprisoned after conviction at anytime during the previous quarter. The county voter registration office shall provide any voter registration office in another county of the name and last known addresses of each person on the list from the sheriff whose last known address is in another county. (IC 3-7-46-7)

It is vitally important for county voter registration officials to confirm whether or not the individual convicted of a crime is currently in prison. To satisfy state law, only those individuals that are convicted of a crime and are <u>currently</u> in prison after conviction are to be disfranchised. Should the county receive information after the

convicted individual has already been released from prison or jail, then the voter should not be disfranchised. In 2017, the Indiana General Assembly tasked the Indiana Election Division with creating a uniform form for county sheriffs to use when providing their reports to county voter registration officials. State Form VRG-1 County Sheriff Quarterly Report to County Voter Registration Office (IC 3-7-46-6)

The county voter registration office shall prepare a notice to be mailed to the last known address of each person within the county who has been disfranchised. (IC 3-7-46-8) The county voter registration office shall mail the notice to the disfranchised person not later than the day following the day that the voter's registration has been canceled. (Notice of Disfranchisement available through SVRS; IC 3-7-46-9)

County Voter Registration Officials, additional resources are available:
- *Standard Operating Procedure VRG 12.1 DOC Matches*
- *Standard Operating Procedure VRG 56.2 Notice to Disenfranchised Voters*

## B. Death

A county voter registration office may cancel a voter's registration due to death when notified in one of the following ways:
1) through the Indiana Department of Health (DOH) hopper in SVRS (populated by information provided by DOH);
2) by receiving a copy of a death certificate;
3) by receiving a copy of a notice of estate administration or other notice of death (such as an obituary) published in a newspaper that meets the qualifications to publish legal notices under state law;
4) by receiving notice from the Indiana Election Division (IED) of death notices from the Social Security Administration;
5) by receiving notice from the IED of out of state deaths through the State and Territorial Exchange of Vital Events (STEVE); and
6) by receiving notice from the local health department via reports filed with the county auditor on January 31, April 30, July 31, and October 31 of each year.

A county voter registration office may request additional written information before cancelling a voter under (2) or (3) above if the information contained in the initial notification is not sufficient to identify the person whose registration is to be cancelled. If additional information is not given or is still insufficient to identify the person whose registration is to be cancelled, the county is not required to cancel the person's registration.

State law requires that the State Department of Health provide the Indiana Election Division with an electronic list of deceased individuals through SVRS so that a county voter registration office can cancel the voter registration records of deceased individuals on an expedited basis. (IC 3-7-45-2.1) The State Department of Health is also required to obtain information regarding death of Indiana residents occurring outside of the state and transmit those records to the county no less than on a monthly basis. (IC 3-7-45-5) Each county voter registration office shall cancel the registration of each deceased person listed in these reports. (IC 3-7-45-3)

On a monthly basis, the Indiana Election Division is required to obtain information regarding Indiana residents who have been identified as deceased by the federal Social Security Administration and to provide this information to a county voter registration office. (IC 3-7-45-6.1)

County Voter Registration Officials, additional resources are available:
- *Standard Operating Procedure VRG 3.1 Processing Deaths*

## C.  Cancellation by Voter

A voter may choose to cancel the voter's registration. A voter who requests cancellation should be provided with an "Authorization to Cancel Registration" available through SVRS. When this authorization is signed and returned by the voter to the appropriate county voter registration office, the registration must be cancelled.

The Indiana Election Division shall forward voter registration cancellation requests received by the Division to the appropriate county voter registration office on an "expedited basis" after the Election Division receives the cancellation. The Election Division may send an optically scanned image of the cancellation to the county and forward the original copy of the cancellation to the county at a later date. (IC 3-7-34-10)

A county voter registration office that receives authorization from a voter to cancel a voter's registration in another county is not required to forward a paper copy of the authorization to another county if the authorization of cancellation has been transmitted to the county listed on the voter's registration record via SVRS. The county voter registration that received the original authorization to cancel shall retain the paper copy of the authorization for two (2) years following the election immediately following the date of cancellation. (IC 3-7-43-6)

## D.  Voter Registration Maintenance Programs

The NVRA and Indiana law requires that any program for the maintenance of an accurate voter registration roll… "shall be uniform, nondiscriminatory, and in compliance with the Voting Rights Act of 1965." (52 USC § 20507, IC 3-7-38.2-2)

Most voter registration maintenance programs will be conducted using the statewide voter registration system established under IC 3-7-26.3. A county voter registration officer shall perform voter list maintenance on a regular basis (IC 3-7-26.3-11), and must document that required voter list maintenance activities have been performed in accordance with the law. An Affidavit of County Voter Registration Officer Concerning Voter List Maintenance (State Form VRG-21) must be filed with the Indiana Election Division no later than seventy-seven (77) days before each primary, general or municipal election. (IC 3-7-12-27)

The required voter list maintenance activity includes cancellation of an individual's record from the list for any of the following reasons:

1) the death of the individual;
2) the individual's confirmation that the individual resides outside of the county in which the individual is currently registered; or
3) an inactive voter fails to respond to a notice or otherwise act in accordance with law (52 USC § 20507) within the period prescribed by NVRA, unless the a county voter registration office changed the voter's registration status from inactive to active during that period as a result of the voter's response or other action.

Statewide Voter List Maintenance Mailer
The Indiana Election Division is required to conduct a state-funded residency address confirmation and outreach during each odd-numbered year. (IC 3-7-38.2-16.1) As part of this program, the state sends a non-forwardable mailing to each active voter in Indiana at their mailing address, which is then followed up by a second forwardable mailing sent to those whose first mailing was returned as undeliverable. The registration record of those who do not respond to the second mailing or for whom the second mailing was also returned as USPS undeliverable as defined in IC 3-5-2-49.7 will be marked as "inactive" at that address. An "inactive" voter remains eligible to vote at their registration address, assuming the individual continues to reside at the address

or otherwise qualify to do so under a "fail safe provision." However, if an "inactive" voter fails to vote in any one election during the period in which the next two federal general elections are conducted (November election in even-numbered years), then the individual's registration is cancelled and the person must re-register to vote. Late in this *Guide* are fail-safe provisions that may apply to cancelled voters.

## Multi-State Voter Registration Data Sharing Program

At least once each year, the Indiana Election Division is also required to obtain information from a number of other states who participate in Interstate Crosscheck Program (also known as "the Kansas program") to determine if voters on the out-of- state lists are also registered in Indiana, and pass that information along to the counties.

The county voter registration official is then required to determine whether the individual: (1) identified in the report provided by the Indiana Election Division is the same individual who is a registered voter of the county; and (2) registered to vote in another state on a date following the date that voter registered in Indiana.

If the county voter registration office determines that a voter is described in items 1 and 2 above, the county voter registration office shall cancel the voter registration of that voter. (IC 3-7-38.2-5(d))

The Co-Directors of the Election Division shall provide information concerning an Indiana voter who may also be registered in another state participating in the Interstate Crosscheck Program (the Kansas program) to the county voter registration office if information on the Indiana voter reaches a confidence factor of at least 75 points, based on a data scoring model approved by the Indiana Election Division, that the Indiana voter is the voter in the other state and has registered to vote in the other state after the voter registered in Indiana.

The Election Division may provide Indiana voter registration data for an individual to states and local governments participating in Interstate Crosscheck, and, upon written request, to law enforcement officials conducting an investigation.

## USPS National Change of Address Service

The Indiana Election Division is required to submit the names of all registered voters in Indiana to the USPS National Change of Address Service and to notify the county voter registration offices at least once each month regarding any address changes reported by the NCOA program. (IC 3-7-38.2-5; IC 3-7-38.2-8)

## County Voter List Maintenance Mailer

A county voter registration office is also authorized by state law (IC 3-7-38.2-2(b)) to conduct a voter list maintenance program administered solely at the county level. A county voter list maintenance program conducted under this state law is optional, not required, but must comply with both federal and state laws.

In general, the first step in a county administered voter list maintenance program is for the county to determine that a voter's residence address, as listed in the voter registration record, is not current. To make this determination, the county can use only the following information: (1) returned notices sent to all "active" voters in the county; (2) returned jury notices; (3) information from the National Change of Address (NCOA) program; or (4) information from the BMV that a voter has turned in the voter's driver's license in another state to obtain a driver's license there.

Other sources concerning voter addresses **cannot** be used in a county voter list maintenance program conducted under this law. These sources include returned mail from other government offices; returned mail received by political parties or candidates as a result of campaign activity, or information provided by a precinct committeeman or poll workers.

To conduct a county voter list maintenance program, the county must send the voter a mailing that complies with the National Voter Registration Act (NVRA). The precise format of this mailing (usually a postcard), and how the mailing is used in the overall voter list maintenance program, depends on the type of information used to determine that a voter's registration address is not current, and whether or not the voter responds to the mailing.

For further information regarding how to conduct a county voter list maintenance program, and to receive assistance in preparing the content and format of this mailing, please contact the Election Division.

Another simple method to conduct voter registration maintenance permitted under NVRA and state law is to include a request to cancel a registration as part of a jury questionnaire. An example of such a jury questionnaire is included in the attached appendix.

Federal District Court Jury Notice Mailings
No later than January 31 of each even-numbered year, the state requests information from the clerks of the Northern and Southern federal district courts regarding federal jury notices returned as undeliverable and passes along that information to the appropriate county. The Election Division shall provide this information not later than 28-days following the primary election. The county shall send an address confirmation notice (NCOA notice) to the voter identified in the report not later than 42-days after the primary election. (IC 3-7-38.2-16)

Military/Overseas Voters with Army Post Office Addresses or Fleet Post Office Addresses
If in conducting voter list maintenance a county voter registration office is advised that a military/overseas voter's residence may have changed and the voter's address in the county voter registration record does not include an "APO" (Army Post Office Address) or "FPO" (Fleet Post Office) designation, then the voter registration office may disregard the notification of change of residence and is not required to act further to take the steps necessary to designate the voter's registration as "inactive."

Social Security Administration Death Records
A county voter registration office may cancel the record of a voter who is shown by Social Security Administration records (Death Master File) as deceased, unless the county determines that additional documentation is necessary before cancelling a voter record. These records are provided by Social Security Administration to the Bureau of Motor Vehicles pursuant to an agreement between the two agencies. Death records are also provided directly to the Indiana Election Division through monthly Death Master File reports.

Please be careful when cancelling a voter registration because of a voter's death reported by the Social Security Administration. The cancellation of the registration record of a living voter mistakenly identified as deceased can result in serious difficulties for the voter.

## E.  Posting the Vote
Each day after absentee voting concludes at the circuit court clerk's office, a satellite office, or a vote center, the county election board shall direct that absentee vote history be uploaded from each electronic poll list into the SVRS. (IC 3-11-10-29.5) Counties that do not use electronic poll books must keep a record of absentee voting activity in the SVRS. (IC 3-11-4-17)

A county is also required by law to update a voter's vote history in SVRS no later than 60-days following each election, unless the county is subject to a post-election recount or contest. If a county experiences a post-election recount or contest, the county shall update SVRS no later than 60 days following the conclusion of the recount or contest and the issuance of the order. (IC 3-10-1-31.2)

If after a primary election the poll list indicates that a voter voted in the primary election but the poll list does not indicate which party's ballot the voter requested then the county voter registration shall enter vote history into the voter's voter registration records in one of the following ways:

1) After a primary that has more than one party ballot in an election district or a non-partisan ballot, the county voter registration office shall record the voter cast an "unknown" ballot.

2) After a primary that has only one party ballot and no non-partisan ballot the county voter registration office shall record that the voter cast a ballot in that party's primary.
(IC 3-10-1-31.3)

## F.  Updating SVRS when Precincts or Election Districts Change

Every voter record is assigned to a precinct, and from there, assigned to the appropriate election districts. Over time, the precinct and election district boundaries will change, and voter records will need to be updated in SVRS.

County commissioners, as the county executive, can alter precinct boundaries pursuant to IC 3-11-1.5. While a county executive may propose precinct boundary changes at any time, the order may not go into effect:

1. In even numbered years - from the first day to file a declaration of candidacy in a primary election until the day after a general election.

2. In a year when a municipality holds an election to elect municipal officials – January 31 until the day after the municipal election. This only applies to a precinct located wholly or partially in the municipality.

It may be possible for a precinct to be identified as containing a "split," in other words, the precinct boundaries remain the same but part of the precinct is included in another election district.

For example, three county properties in precinct 1 are annexed by Small City. Prior to this annexation, Small City was wholly contained in precinct 2. Rather than draw new precinct boundaries to transfer the three annexed county properties from precinct 1 to precinct 2, the county may choose to create a split "B" in precinct 1 to identify those three properties as within the city, but remaining part of precinct 1. In this example, this split tells poll workers that those living in precinct 1, split A do not vote in the city election but the voters in precinct 1, split B are entitled to vote in the city election.

The Indiana General Assembly is required to reapportion the Congressional Districts and redraw the legislative districts every ten (10) years, in the first year following the decennial census. The next decennial census will be conducted in 2020; therefore, Congressional and state legislative district lines will be redrawn in 2021.

With the exception of Marion, Lake, and St. Joseph counties, the county executive is required to reapportion the four (4) single member county council districts and three (3) county commissioner districts, or certify that the current districts comply with state statute, every ten (10) years in the first year following the decennial census.

With the exception of Marion County, city and town councils are required to reapportion city or town council districts, or certify current districts comply with state statute, every ten (10) years in the second year following a decennial census. School corporations are required to divide or recertify the school board districts every ten (10) years in the first year following a decennial census if the school has districts where only voters who reside in the district may vote for a district representative.

When new precinct boundaries are established or election district boundaries are changed or recertified, the appropriate body is required to file the ordinance or plan with the circuit court clerk. In the case of a precinct order, the county must follow the process established by IC 3-11-1.5 and work closely with the Election Division

on those proposed precinct boundary changes. To create a "precinct split," the circuit court clerk may file a request with the state HAVA administrator to request Election Division co-director approval to authorize the voter records to be designated in a new split precinct.

The county voter registration official is required to update a voter's record in SVRS to reflect any change to precinct or election district assignment.

**County Voter Registration Officials, additional resources are available:**
- *Standard Operating Procedure EM 10.2 Posting the Vote in SVRS*
- *Check Standard Operating Procedure VRG 53.2 Handling VR Updates on Poll Book without a VRG 4/12 Form in SVRS.*
- *Check Standard Operating Procedure VRG 58.2 Voter List Maintenance*

# FAIL SAFE PROCEDURES

Fail safe provisions of federal and state law permit a person to vote in specific circumstances even though the person's name does not appear on the poll list or the person's name or address is different than the name or address that appears on the poll list. These specific circumstances are described below.

## A.  Fail safe procedures where the voter's name does not appear on the poll list

<u>Mistake by County</u>
A voter whose name does not appear on the poll list because of an error made by the county may nonetheless vote after the county "issues" a certificate of error. The voter is not required to wait until the certificate of error arrives at the polling place. In a county using an electronic poll list, the county voter registration official can transmit the certificate of error to a precinct through the electronic poll list. In a county using traditional paper poll lists, the county voter registration official can confirm the issuance of the certificate of error by phone or electronic communication with a poll worker. (IC 3-7-48-1; 3-7-48-2; 3-7-48-3; 3-7-48-4) (Certificate of Error available through SVRS)

A county voter registration office may issue a certificate of error at any time after the poll list for the precinct has been printed or data has been downloaded into an electronic poll book for use on election day. The certificate must be executed by the county voter registration officer (the circuit court clerk, or by both members of the board of registration in a county where a separate board exists). The certificate of error must be numbered in the method prescribed by the state for entry in the statewide voter registration system.

> County Voter Registration Officials, **additional resources are available:**
> * *Standard Operating Procedure VRG 35.2 Certificates of Error*

<u>Cancelled Voter</u>
The voter's name is not on poll list but the county has a record of the voter at the address the voter claims to now live but the record shows the registration has been cancelled.

This voter must be allowed to vote in the precinct if the voter is willing to sign a written statement on the poll book in the presence of the inspector or one of the judges that the voter continues to reside at the address in the precinct that was formerly shown on the county's voter registration record. **This is so even if the registration records show that the voter's registration at the address was cancelled at the voter's request!**

The voter is also allowed to make an oral affirmation instead of signing a written statement. If this occurs, the poll clerks must write down the information on the poll book for the voter and initial the statement. (IC 3-7-48-5) In a county using electronic poll books, the written affirmation by the voter is made on the VRG 4/12 and an oral affirmation by the voter may be documented by the poll clerks on the VRG 4/12. If the electronic poll book can accommodate the addition of a voter's information, the VRG 4/12 is not necessary and the poll workers can add the voter's information, and the voter will sign the electronic poll book.

If this procedure is used the precinct election board should contact the County Election Board so that the County Election Board can contact any other precinct where the voter's name may be incorrectly included on the poll list. (IC 3-7-48-6)

Receipt Showing Timely Registration at BMV or Full Service Agency

The voter's name is not on the poll list but the voter appears at polling place with a receipt from the BMV or other "full service" registration agency (VRG-6) indicating that the voter submitted a registration application at the agency before registration closed.

If the person is not on the poll list but produces a receipt of registration from an agency (like the BMV, FSSA or DWD office) they have a right to vote a regular ballot (unless otherwise challenged) if: 1) The date on the receipt indicates the voter applied to register before registration closed (29 days before the election); **AND** 2) the county registration office either has no record of the registration application or shows that the application was received and approved. (IC 3-7-48-7)

The voter may <u>not</u> vote a regular official ballot if the county's records show that the registration was received and rejected unless the county voter registration office determines that the rejection was a mistake. If the county voter registration office determines that the registration application was properly rejected, the voter must be offered the opportunity to cast a provisional ballot. (IC 3-7-48-7.5)

If the county records show that the registration application **was approved,** but the voter is not on the poll book, the county voter registration office must issue a certificate of error. If the voter produces a timely receipt of registration and the county voter registration office has no record of the registration application being received, the inspector and judge must write the name and address of the voter in the poll book and require the voter to sign the poll list. The inspector and judges MUST add a note on the poll list to the effect:

> "Permitted to vote after producing receipt per IC 3-7-48-7. Receipt stated date of application as <u>*INSERT MONTH/DAY/YEAR*</u>, which was within the registration period. Receipt stated registration office address or ID # as <u>*INSERT LOCATION*</u>, and agency employee as <u>*INSERT EMPLOYEE NAME*</u>."

Before the voter casts a ballot using this procedure, the voter must complete a registration application form (State Form VRG-7 or VRG-11, for example), and provide the completed voter registration form to the precinct election board. Each precinct election board is required to be furnished with blank voter registration applications for this purpose. The completed voter registration application is then attached to the poll list for processing later by the county voter registration office. (IC 3-7-48-7)

If the voter is allowed to vote under this procedure because the county registration office has no record concerning the person's registration application, the county voter registration office is required to notify the Indiana Election Division within seven (7) days after the election so that the election division can investigate to try to determine why the voter has a receipt but the county received no registration application. (IC 3-7-48-9)

## B.  Fail safe procedures where the voter's name appears on the poll list but the voter's name or address has changed

**Voter is on poll list but has moved within the same precinct or the voter's name has changed.**

The voter should sign the poll book with the new address located within the same precinct or new name (for example, a new married name). The voter's registration record must be updated to include the new address or new name after the election. In counties using electronic poll books, the voter shall uses a VRG 4/12 to update the voter's name or indicate a change of address within the same precinct. (IC 3-7-39-7; IC 3-7-41-2; IC 3-10-1-31.1(e))

County Voter Registration Officials, additional resources are available:
- *Standard Operating Procedure VRG 41.1 Transfer Within Precinct on Absentee Ballot Application*

**For those who move less than 30-days before election (VRG 4/12 Affidavit of Request for Transfer of Voter Registration form process)**

If the voter moved <u>outside of the precinct</u> shown on their registration record to any other precinct in Indiana <u>less than</u> 30-days before the election, the voter must produce, or sign before the inspector or a judge, an *Affidavit of Request for Transfer of Registration* (VRG-4/12 form) and then the voter may proceed to vote a regular ballot, unless otherwise challenged. (IC 3-10-11-6)

However, in a municipal election year, a person who moves from outside a municipality to a location inside a municipality or from within a municipality to outside the municipality may not vote in the precinct of the person's former residence in an election held entirely within the municipality. (IC 3-10-11-4)

If the voter completes a VRG 4/12 under this fail safe provision, the inspector shall provide the voter with a voter registration application (state VRG-7 or VRG-11, for example) and request that the voter complete and sign the application. If the voter completes the voter registration application, the inspector shall return application to the county voter registration office.

**NOTE 1:** If the voter indicates that the voter's current residence is located within another county in Indiana, the voter is considered to have directed the county voter registration office of the county where the precinct is located to cancel the voter registration record within the county. The precinct election board shall provide the voter with a voter registration application for the voter to complete and file with the county voter registration office of the county where the voter's current residence address is located. (IC 3-11-8-25.1)

**NOTE 2:** The county that administered the election must mail the transfer affidavit (VRG-4/12) used for this purpose for a person who has moved to a precinct in another county, together with the original affidavit of registration (and any new registration application if submitted), to the county in Indiana where the person now resides within 30-days after registration opens after the election. (IC 3-7-43-4) A transfer affidavit (VRG 4/12) used to transfer registration within the county must be processed after the election. (IC 3-7-39-5; IC 3-10-1-31.1(e); IC 3-11-8-25.1)

County Voter Registration Officials, additional resources are available:
- *Standard Operating Procedure VRG 37.1 Handling VRG 4/12 of Affirmation*

**For those who Move Within the Same County and Same Congressional District (Affidavit of Request for Transfer of Voter Registration form VRG 4/12 process)**

**In general election (or even-numbered) years,** if the voter <u>moved </u>outside of the precinct to another precinct that is still in the <u>same county and congressional district</u>, the voter must produce, or sign before the inspector or a judge, an *Affidavit of Request for Transfer of Registration* (VRG-4/12 form), and then the voter may proceed to vote a regular ballot, unless otherwise challenged. Federal law also allows the voter to make an "oral affirmation" of this information in the presence of the precinct election board. If this happens, the poll clerks shall reduce the substance of the affirmation to writing at an appropriate location on the poll list and initial the affirmation. (IC 3-10-12-3.4(e))

In a county using an electronic poll book, the voter may complete the VRG 4/12 or make an oral affirmation that the poll clerks document the oral affirmation on the VRG 4/12 and initial the VRG 4/12. If the electronic poll book as the ability to do so, the oral affirmation may also be captured on the electronic poll book instead of on the VRG 4/12.

If the voter completes a VRG 4/12 under this fail safe provision, the inspector shall provide the voter with a voter registration application (VRG 7 or 11, for example) and request that the voter complete and sign the application. If the voter completes the voter registration application the inspector shall return application to the county voter registration office.

**NOTE:** A voter who moved outside of a city or town may not return to the precinct where the voter formerly resided to vote in a municipal election. (IC 3-10-12-3.4(c))

Likewise, a voter who moved from a location outside of a city or town to a location within a city or town before a municipal election may not vote in the precinct of the person's former residence. (IC 3-10-12-3.4(d)) There would be no precinct election board to administer an election in municipal election years in a location outside of a city or town.

This fail-safe provision may also apply for certain types of public questions if the voter continues to reside within the jurisdiction in which the public question applies.

See Appendix for "flow" chart outlining the scenarios above. Contact the County Election Board or Indiana Election Division for more information.

### Voting for President and Vice-President Only (VRG-15 form)

If the voter moved from an Indiana precinct to a new residence <u>outside of Indiana</u> and moved <u>less than 30 days before the general election day in presidential election years</u>, the voter must produce, or sign before the inspector or a judge, or submit with an absentee ballot application, *an Affidavit for Presidential Voting Only* (VRG-15). Only then may the voter proceed to vote on a ballot in their precinct of their former residence. However, the voter may only be given a ballot to vote for electors for president and vice-president. (IC 3-10-10) This ballot is known as a "presidential-only" ballot. This fail safe does not apply to a voter in the 2018 election cycle.

**NOTE: If the person is allowed to vote with a VRG-15, then this affidavit constitutes authorization to cancel the person's registration. (IC 3-7-43-5)** When a voter indicates at the polls that the voter's current residence is located outside Indiana, the voter is considered to have directed the county voter registration office of the county where the precinct is located to cancel the voter registration record within the county. (IC 3-11-8-25.1(m))

### Accessing Voter Registration Documents and Poll Lists after an Election.

Although, in general, election records are to be maintained under seal until the time for the filing of a recount or contest has expired, or if a recount or contest is filed until the recount or contest is completed, the county voter registration office may unseal the envelopes containing the poll lists and transfer affidavits to update the registration records of the county beginning immediately after the election. The county voter registration office should also use the poll lists to update the registration record to include the voter's voter identification number if the voter's voter identification number is not already included in the registration record.

The poll lists must be resealed after updating the registration records as describe above. (IC 3-10-1-31.1) See "Retention of Election Records" tab of the Election Administrator's Manual for additional discussion of public access to election records.

# PUBLIC RECORDS

## A.  Public Records Requests

In general, voter registration records are public records and are subject to examination and copying by the public pursuant to IC 5-14-3. Documents that are confidential and not subject to examination and/or copying by the public include: 1) records concerning declinations to register; 2) records that indicate the identity of a voter registration agency where a person registered; and 3) voter registration records of participants in the attorney general's confidentiality program for abused persons. (IC 3-7-27-6) In addition, though voter registration applications do not request a full social security number, to the extent a voter registration application or record contains a full social security number the number must be redacted except for the last four digits. (IC 5-14-3-4(a)(12))

A county voter registration office shall, with regard to voter registration information concerning voters of the county in SVRS, act in accordance with the non-discriminatory uniform policy adopted by the county election board regarding providing duplicate copies of a computer disc or other similar record that contains voter registration information. The policy must either permit a person to obtain a duplicate copy in electronic form or not. If the policy does allow duplicate electronic copies then it must do so according to the non-discriminatory uniform policy. (IC 3-7-27-6(c); 5-14-3-3(g)) **The policy should be in written form in the minutes of the county election board.**

**A person requesting any information out of SVRS from a county voter registration office must submit the request on State Form VRG-24.** This form requires the requesting person to agree that the information will not be used to solicit merchandise, goods, services or subscriptions. The person must also agree not to sell, loan, give away or otherwise deliver the information to any other person for a purpose other than political activities or political fund-raising activities. In addition, if there is a cost for providing copies for records, the charge must be uniform to all purchasers IC 5-14-3-8(d)

A county voter registration office is not required to create and provide a list, report, or record that has not otherwise been created unless state statute imposes a duty on the county voter registration office to create the list, report, or record. However, if a list, report, or record has been created, whether required by statute or not, it is a public record and must be provided unless it is subject to some exception under the Public Records Act. (IC 5-14-3-4)

The statewide voter registration system laws (IC 3-7-26.3; 3-7-26.4) contain several provisions regarding requests made to the county or to the state for records or reports from the system. Certain persons (state major political party committees, for example), may purchase an annual subscription for the unrestricted voter registration file from the Indiana Election Division for all the information contained in the statewide voter registration system. All other persons may obtain a restricted copy of the list, after certain information such as date of birth and gender, have been redacted by the Division. All persons (except the Chief Justice of Indiana and the clerks of the Northern and Southern District Courts, who are entitled to purchase the list without charge for jury management) are required to pay a fee of $5,000 to the Indiana Election Division for the annual subscription to the unrestricted voter registration file.

The Indiana Election Division is permitted to provide parts and reports from the voter registration information maintained on the statewide voter registration system to confirm a voter's registration status, and for certain purposes listed in IC 3-7-26.3-29.

However, these reports may not include the date of birth, gender, telephone number, voting history, or registration date of individual voters, except when the part or report is to be provided to a person who has already paid for an annual subscription for this data. The Election Division can also provide reports which include this restricted information, but do not permit the identification of any individual voter as the result of providing the compilation. (IC 3-7-26.4-4; 3-7-26.4-8)

County Voter Registration Officials, additional resources are available:
- *Standard Operating Procedure GEN 1.1*

## B. Public Records Retention

A county voter registration office receives many documents in the performance of its duties. These records must be retained for a period of time specified by the NVRA and Indiana statute. Also, a county commission on public records may have adopted a retention schedule pursuant to IC 5-15-6 that may apply to the retention and destruction of public records. However, this retention schedule could not provide for the destruction of records earlier than dates specified by federal or state statute applicable to the records in question.

**It is critically important to always keep both the original voter registration application and any later documentation related to that registration, such as a VRG 4/12 for any voter who is "active" or "inactive" until the registration is cancelled.** Once cancelled for any reason (death, request for cancellation, voter list maintenance programs, imprisonment following conviction), the cancelled registration documents must be kept for two (2) years **after** the cancellation. Other documents that must be kept for two (2) years are:

1) rejected registration applications;
2) declinations;
3) reports regarding persons who have been imprisoned following conviction from the county sheriff, Department of Correction or any court;
4) reports regarding the death of any person used to cancel that person's registration received from the State Department of Health or any local health official;
5) any postcard, list or other information received or created during the course of a voter list maintenance program;
6) any affidavit used to cancel or transfer a registration, including the VRG 4/12 and 15;
7) certificates of error; and
8) any report from the Indiana Election Division or other source from out of state regarding the cancellation of a registration due to a voter moving out of state. (IC 3-7-27-6)

County voter registration offices must keep the poll lists after Election Day once they are used to update voter registrations based upon activities occurring on Election Day. Poll lists must be retained at least 22 months after the election before they are destroyed. However, for convenience sake, these records may be batched with the records that may be destroyed after 24 months. Further, a county may decide it is easier to batch records for destruction according to the year to which they pertain. For example, a policy might state all documents that pertain to 2016 election may be destroyed on January 1, 2019, which is longer than the minimum 22 month requirement for primary or general election materials.

County Voter Registration Officials, additional resources are available:
- *Standard Operating Procedure VRG 27.1 Maintaining Voter History*
- *Standard Operating Procedure VRG 48.1 Storage and Retainage of VR Records*
- *2018 Election Administrator's Manual* on "Retention of Election Records"

# PROCESSING CANDIDATE PETITIONS

Major party candidates, like candidates running in a primary as a candidate for nomination as President of the United States, U.S. Senator, or Governor, all minor party candidates (other than Libertarian Party candidates), all independent candidates, and all candidates for school board, gain access to the ballot by gathering signatures of registered voters on petition forms. These candidates are required to submit the petitions to the county voter registration office during specified filing periods. Counties are required to certify the number of valid signatures on the petition. In doing so, counties apply the standards for certifying signatures set forth in IC 3-5-6. The SVRS contains a "petition module" counties can set up for each candidate who submits a petition.

County Voter Registration Officials, additional resources are available:
- *Master Petition Step by Step in SVRS*

# VIOLATIONS AND PENALTIES

## A. Investigations and Enforcement

**A county election board may investigate and rule on questions concerning reported voter registration law violations.** If the county election board has substantial reason to believe that a violation of the voter registration laws has or will occur, the board may conduct an evidentiary hearing to resolve the issue. The county election board has the power to subpoena witnesses, and question those witnesses under oath. If, after affording due notice and an opportunity for a hearing, the county election board believes that an act constitutes or will constitute a violation, the board may take whatever action it deems proper under the circumstances. This includes referring the matter to the attorney general for civil action, or to the county prosecuting attorney for criminal prosecution. (IC 3-6-5-31; 3-14-5-3)

**With one exception, Indiana law requires that a county election board forward all challenge affidavits returned by precinct election officers following the close of the polls to the prosecuting attorney who will forward the affidavits to the foreman of the grand jury when the jury is next in session.** Those challenge affidavits issued due to a voter needing to provide additional HAVA documentation for certain first time voters need not be transmitted to the grand jury. The grand jury is required to inquire into the truth or falsity of the affidavits, and to file a report of the results of its inquiry with the court. **Indiana law requires that a county election board also mail a copy of these affidavits to the Secretary of State of Indiana. (IC 3-14-5-2(b)(2))**

## B. Penalties

1)  Indiana election law provides that the following offenses are Level 6 felonies, which subjects a person to up to two and one half years of imprisonment, a $10,000 fine, or both, upon conviction. <u>The laws cited below should be studied carefully, since they may contain requirements or exemptions that are not set forth in detail here:</u>

2)  Conspiring with an individual for the purpose of encouraging the individual to submit a false application for registration. (IC 3-14-2-1)

3)  Paying or offering to pay an individual for doing any of the following: (A) applying for an absentee ballot; (B) casting an absentee ballot; (C) registering to vote; or (D) voting. (3-14-2-1)

4)  Accepting payment of property for doing any of the following: (A) applying for an absentee ballot; (B) casting an absentee ballot; (C) registering to vote; or (D) voting. (3-14-2-1)

5)  Knowing that an individual is ineligible to register to vote or to vote, does either of the following: (A) solicits the individual to complete an absentee ballot application; or (B) solicits the individual to submit an absentee ballot application to a county election board. (IC 3-14-2-2.5)

6)  Knowingly voting or offering to vote at an election when the person is not registered or authorized to vote. (IC 3-14-2-9)

7)  Except when permitted under certain "fail safe procedures", knowingly voting or offering to vote in a precinct except the one in which the person is registered and resides or knowingly making a false statement to a pollworker or when signing a poll list concerning the voter's name, residence address or voter identification number. (IC 3-14-2-11)

8)  Knowingly voting or applying to vote in a name other than the person's own. (IC 3-14-2-12)

9)  Having voted once at an election, knowingly applying to vote at the same election in the person's own name, or any other name. (IC 3-14-2-12)

10) Knowingly hiring or soliciting another person to go from one precinct to another for the purpose of voting at an election when the person hired or solicited is not a voter in the precinct. (IC 3-14-2-13)

11) Allowing a person to vote who is not entitled to vote, or by use of an unauthorized procedure, if a precinct election officer or public official. (IC 3-14-2-14)

12) Knowingly omitting to perform a duty imposed by the election code, if a precinct election officer or public official. (IC 3-14-4-3)

Indiana election law provides that the following offense is a Class A misdemeanor, which subjects a person to up to one year of imprisonment, a $10,000 fine, or both, upon conviction:

(1) Refusing to receive and record a petition of nomination when presented in accordance with the election laws, or suppressing such a document that has been duly filed. (IC 3-14-1-1)

# APPENDIX

Resources:
Sample Notice to Certain Voters Required to Provide Additional Documentation
Sample Jury Questionnaire with Voter Registration Questions
Fail Safe Decision Diagrams for Voters Moving Within or Out of State

Forms:
Affidavit of Request for Transfer of Voter Registration (VRG-4/12)
Indiana Voter Registration by Mail Application (VRG-7)
Indiana Voter Registration by Mail Application – Spanish (VRG-7 Spanish)
Indiana Voter Registration Material Receipt (VRG-8)
Indiana Voter Registration Material Transmittal (VRG-9)
Affidavit of Voter List Maintenance (VRG-21)
Application for County Voter Registration Data (VRG-24)
Uniformed Service Voter Registration Certificate (ABS-11)
Affidavit for Late Voter Registration by Absent Uniformed Services Voter (ABS-13)
Federal Registration Form
Federal Registration and Absentee Ballot Request (for military and overseas voters) (FPCA; Standard Form 76)

NOTE: The Voter Registration Acknowledgment Notices (VRG-10 and VRG-13a); the Request to Cancel (formerly VRG-14); the Notice of Disfranchisement (VRG-17); and the Certificate of Error (VRG-22) are available in an electronic format within SVRS.

**IMPORTANT NOTICE**
## PLEASE READ CAREFULLY AND RESPOND PROMPTLY

Friday, November 03, 2017

NEW VOTER

2368 N County Road 100 E
Danville, IN  46122-9505



Dear NEW VOTER:

Thank you for registering to vote by mail.  Under a new federal law, if you submitted your application to register to vote through the mail after January 1, 2003, you must present the HENDRICKS County registration office with a copy of a personal identification document before your ballot can be counted in the next election.

If you believe you have received this notice in error, please check one of the following exemptions, sign this notice, and return the notice to the HENDRICKS County Voter Registration Office.

☐    I previously voted in a general election in HENDRICKS County in the following year (check one)

     ☐   2016     ☐   2014     ☐   2012     ☐   2010     ☐   Other  _____

☐    If I was registered to vote under a different name at that election, my name was:

    _____

☐    I am a military voter, the spouse of a military voter, or a dependent of a military voter, who is currently outside of Hendricks County

☐    I am an overseas voter who is currently outside of the United States

☐    I did not register to vote by mailing a voter registration application to your office.

| Signature of Voter | Printed Name of Voter | Date Signed (MM/DD/YY) |
|---|---|---|
| | | |

If you do not qualify for one of the exemptions mentioned above, please come into the county voter registration office to present one of the documents listed below OR return this notice by mail (HENDRICKS COUNTY VOTER REGISTRATION , 355 S WASHINGTON ST STE 218  DANVILLE, IN  46122-1798) or FAX (317-745-9452) with a photocopy of one of the following documents:

### Do NOT mail this office an original copy of any document.

**The document must have your name and current residence address PRINTED on the document:**

- Current and valid photo identification, such as your Indiana driver's license
- Current utility bill
- Current bank statement
- Current government check
- Current paycheck
- Other government document that shows your name and address

### PLEASE NOTE:

**If you are required to present this documentation to the Hendricks County Voter Registration Office, we encourage you to do so now, if possible, and at least 30 days BEFORE election day.**

If you do not do so, you will be asked by the poll workers at your precinct to present this documentation.

If you do not present the poll worker with this documentation, you will still be allowed to vote.  If you present your documentation to the county voter registration offfice before the polls close at 6 pm local time, your ballot will be counted.  If you do not present this document before the close of the polls, your ballot will NOT be counted since you have not complied with the requirements under the new federal law.

If you have further questions, please contact:

HENDRICKS COUNTY VOTER REGISTRATION<br>
355 S WASHINGTON ST STE 218<br>
DANVILLE, IN  46122-1798<br>
317-745-9249<br>
<strong><u>Thank you for your assistance!</u></strong>

# Sample Jury Questionnaire

Name_____

Address_____

Zip Code_____ Telephone_____

Qualifications:

| | | |
|---|---|---|
| ARE YOU A CITIZEN OF THE UNITED STATES? | YES ☐ | NO ☐ |
| ARE YOU 18 YEARS OF AGE OR OLDER? | YES ☐ | NO ☐ |
| ARE YOU A RESIDENT OF _____ COUNTY? | YES ☐ | NO ☐ |
| DO YOU READ, WRITE, SPEAK AND UNDERSTAND THE ENGLISH LANGUAGE? | YES ☐ | NO ☐ |
| DO YOU HAVE A PHYSICAL OR MENTAL DISABILITY THAT WOULD INTERFERE WITH OR PREVENT JURY SERVICE? | YES ☐ | NO ☐ |
| ARE YOU UNDER A SENTENCE IMPOSED FOR AN OFFENSE? | YES ☐ | NO ☐ |
| ARE OUR VOTING RIGHTS REVOKED? | YES ☐ | NO ☐ |
| HAVE YOU SERVED AS A JUROR IN _____ COUNTY IN THE PAS YEAR? IF SO, LIST THE MONTH_____ | YES ☐ | NO ☐ |
| ARE YOU UNDER A GUARDIANSHIP DUE TO A MENTAL INCAPACITY? | YES ☐ | NO ☐ |

Statutory Exemptions:  CHECK BOX TO CLAIM EXEMPTION.
☐   AGE 65 OR OLDER

Deferral:
☐   DUE TO PERSONAL HARDSHIP I AM UNAVAILABLE FOR JURY SERVICE AT THIS TIME, BUT WOULD BE AVAILABLE WITHIN THE NEXT TWELVE (12) MONTHS.

I WOULD BE AVAILBLE THE MONTH OF _____
THE JUDGE WILL ADDRESS ANY OTHER REASON YOU SHOULD BE EXCUSED IN COURT ON THE DAY YOU APPEAR FOR JURY SERVICE.

**IF YOU ARE NOT A RESIDENT OF _____ COUNTY, DO YOU WANT TO CANCEL YOUR VOTER REGISTRATION?**
                                                                                    **YES ☐          NO ☐**

I AFFIRM UNDER PENALTIES OF PERJURY THAT THE ANSWERS TO ALL QEUSTIONS ARE TRUE AND CORRECT.

Date_____

Signature_____

# PRIMARY ELECTION FLOW CHART:
## Voter Moved WITHIN the State of Indiana



**DISCLAIMER:** In some circumstances a voter who moves may not be able to cast a vote for all candidates or on all public questions in their precinct of former residences. Please contact your county election board for additional guidance. If a voter moves out of state he or she is NOT eligible to vote in Indiana in 2018.

# GENERAL ELECTION FLOW CHART:
## Voter Moved WITHIN the State of Indiana



**DISCLAIMER:** In some circumstances a voter who moves may not be able to cast a vote for all candidates or on all public questions in their precinct of former residences. Please contact your county election board for additional guidance. If a voter moves out of state he or she is NOT eligible to vote in Indiana in 2018.



**AFFIDAVIT OF REQUEST TO UPDATE VOTER REGISTRATION AT THE TIME** **(VRG 4/12)**
**OF REQUESTING A BALLOT**
State Form 28186 (R13 / 8-14)
Indiana Election Commission (IC 3-7-39-7; 3-7-48-5; 3-10-1-24; 3-10-11-6; 3-10-12-3.4)

## INSTRUCTIONS

Questions regarding when to use this form should be directed to the County Election Board at _____ (Insert telephone number.)

A description of the voters eligible to vote using this form is on the reverse side.

A voter must complete and sign this form in front of a notary or other person authorized to administer oaths. In the alternative, if Box 2, 3, 4 or 5 apply, the voter is permitted to make an oral affirmation to the poll workers, who will then record the voter's affirmation and initial below in the box designated for the voter to sign.

## VOTER AFFIRMATION

To be eligible to vote using this form, a voter must make one of the affirmations below.

To the Precinct Election Board of _____ Precinct _____ County: I, the undersigned, affirm that the information on this affidavit is true and complete, to the best of my knowledge. I am eligible to vote in this precinct as indicated above: **(you must check either Box 1, 2, 3, 4, or 5)**

☐ BOX 1: I changed my residence from one (1) precinct to another within Indiana less than 30 days before the primary/general/special election held on the _____ day of _____, 20_____; OR

☐ BOX 2: I changed my residence from one (1) precinct to another within the same county and within the same congressional district before the primary/general/special election held on the _____ day of _____, 20_____.

☐ BOX 3: In a county using an electronic poll book, I changed my residence from one (1) address to another address within the same precinct.

☐ BOX 4: In a county using an electronic poll book, I changed my name and desire to update my voter registration record.

☐ BOX 5: In a county using an electronic poll book, I still reside at the address indicated on my cancelled voter registration record despite the county indicating that I moved from my residence.

## VOTER'S NAME, DATE OF BIRTH, VOTER IDENTIFICATION NUMBER AND TELEPHONE NUMBER

| Last Name | First Name | Middle Name |
|---|---|---|
| | | |

| Date of Birth (mm/dd/yy) _____/_____/_____ | Voter Identification Number (Indiana issued driver's license number, OR state identification number; OR if voter does not possess driver's license, provide last 4 digits of social security number, OR state NONE if voter does not possess any of these documents) | Telephone Number (optional) ( ) |
|---|---|---|

| Are you a citizen of the United States of America? ☐ Yes ☐ No | Will you be at least eighteen (18) years of age on or before election day? ☐ Yes ☐ No |
|---|---|

## VOTER'S PREVIOUS NAME   (If voter's name has changed, complete this section with the voter's name before the voter changed it.)

| Last Name | First Name | Middle Name |
|---|---|---|
| | | |

## VOTER'S PREVIOUS RESIDENCE ADDRESS (If voter checked BOX 1, 2, or 3 above)

| Street Address | City / Town | State | ZIP Code | County |
|---|---|---|---|---|
| | | | | |

## VOTER'S CURRENT RESIDENCE ADDRESS (If voter checked BOX 1, 2, or 3 above)

Address Instructions: If residing in a city or town, write the street address and any apartment or room number. If not residing in a city or town, write the mailing address and the nearest streets or roads if not included. Example: "100 Maple Street, Apt. 12, Anytown, IN" or "R.R. 5, Box 12 (Hardscrabble Road and County Road 100 North), Anytown, IN."

| Street Address | City / Town | State | ZIP Code | County |
|---|---|---|---|---|
| | | IN | | |

## VOTER'S CURRENT MAILING ADDRESS (If Different From Residence Address)

| Street Address | City / Town | State | ZIP Code | County |
|---|---|---|---|---|
| | | IN | | |

By filing this affidavit, I am requesting that my registration be updated to my new name or the residence address where I now reside as indicated above (if I changed residence to another precinct in the same county) as soon as the update is permitted. If I have changed residence from one county to another county in Indiana, I request that my registration in the county where I formerly resided be cancelled under IC 3-7-43-4. **I understand that making a false statement on this affidavit is punishable under the penalties of perjury.**

**NOTE: This must be subscribed and sworn to before a person authorized to administer oaths within Indiana, such as a notary public, judge, clerk of the circuit court, member of a board of voter registration, or precinct election board member.**

| Signature of Voter (or initials of poll clerks witnessing oral affirmation if Box 2, 3, 4 or 5 applies) | Printed Name |
|---|---|
| | |

**Subscribed and sworn to before me, this _____ day of _____, 20_____.**

| My commission expires (mm/dd/yyyy): _____ County of Residence: _____ (Not required if precinct election board member) |
|---|
| Signature of Person Administering Oath | Title |

Page 1 of 2

**The following provides guidance about when the VRG 4/12 form should be used.  Questions on when and how to use this form should be directed to the County Election Board at _____.**

1. This form is used only for a voter who fits one of the following categories:

  A. was a registered voter of Indiana who changed the voter's residence from one (1) precinct to another within Indiana less than thirty (30) days before the primary/general/special election and has returned to the voter's precinct of former residence to vote, or requested an absentee ballot for the precinct of former residence;

  B. was a registered voter of Indiana who changed the voter's residence from one (1) precinct to another within the same county and within the same congressional district before the primary/general/special election and did not update the voter registration record and has returned to the voter's precinct of former residence to vote, or requested an absentee ballot for the precinct of former residence;

  C. in a county using an electronic poll book, is a registered voter of Indiana who moved within the same precinct;

  D. in a county using an electronic poll book, is a registered voter of Indiana who desires to update the voter's name;

  E. in a county using an electronic poll book, is a voter whom the county voter registration records show formerly resided in a precinct and no longer resides in that precinct, but the voter indicates that the voter continues to reside in the precinct.

2. The voter must complete this affidavit and sign it in the presence of a person authorized to administer oaths. In the alternative, if Box 2, 3, 4, or 5 applies, the voter may make an oral affirmation that will be transcribed and initialed by the poll clerks.

3. If this form is executed in the County Voter Registration Office no later than 4 pm Monday before the election, the registration official must provide a copy of this form to the voter. On election day, the voter must submit this copy to the precinct election board before the voter will be permitted to vote.

4. This form may also be executed when an application for an absentee ballot is filed with the county election board of the county where the voter formerly resided.

5. This form may also be executed before the inspector of the precinct if the application and statement are executed on the day of the election. The inspector shall then provide the person with a voter registration application and request that the person complete and sign the application. The inspector then returns this form and any completed voter registration application to the county voter registration office.

6. This form may not be used in an election held only within a city or town when the voter has moved: (A) outside the city or town; or (B) into the city or town from a precinct outside the city or town.

# INDIANA VOTER REGISTRATION APPLICATION

**(VRG-7)**

State Form 50504 (R14 /10-17)
**Indiana Election Division**

*For election info, see:* **www.indianavoters.com**

**You can use this application to:** Apply to register to vote in Indiana or change your name and address on your record or transfer your registration if you move out of your precinct.

**To register you must:** Be a citizen of the United States; be at least 18 years old on the day of the next general or municipal election; have lived in your precinct for at least 30 days before the next election; and not currently be imprisoned after being convicted of a crime.

If you are registering to vote in Indiana for the first time, and send this application by mail, you must provide additional residence documentation before voting.  If the county is able to match your driver's license number or social security number with an existing Indiana identification record bearing the same number, name and date of birth you provide on the application, you have met the requirement. You can also meet this requirement by submitting proof of residence with this application or anytime up until election day.  Proof of residence can be met by submitting either: (1) A COPY of a current and valid photo identification or (2) a current utility bill, bank statement, government check, paycheck, or government document that shows your name and address at the address you provided on this application. Please do not send originals. Cover any account information with a permanent marker.

**FILL IN ALL APPLICABLE BOXES IN BLUE OR BLACK INK. DO NOT FAX OR EMAIL FORM AFTER COMPLETING IT.**

Mail or hand deliver the completed application to your county registration office (addresses on reverse side) or the Indiana Election Division.

**Box 4: Residence Address** Print the address where you live. If your address is a rural route, include the box number. If your residence has no address or street number, write a short description of its location in Box 4 or attach a map.

**Boxes 10 or 11:** If you check "no" in response to either question in Boxes 10 or 11, do not complete this application.

**Box 12: Voter Identification Number:** You are required to provide your Indiana driver's license number as issued by the Indiana Bureau of Motor Vehicles. *If you do not have an Indiana driver's license,* provide the last four digits of your social security number. If you do not have an Indiana driver's license number, or a social security number, you must indicate "None".

**Box 14:** *This application cannot be processed without the voter's original signature in this section.*

**Registration Deadline:** This application must be postmarked or hand delivered to your county voter registration office no later than 29 days before the next election. If you miss this deadline, your application will be processed when registration reopens.

**Box 15:** If you or the Indiana Election Division do not file this application with the county voter registration office, the person who accepts custody of the application (with the exception of a member of the same household) must complete this certification before filing the application with the county voter registration office or the Indiana Election Division by noon 10 days after receipt or the registration deadline, whichever occurs first.

**Acknowledgment Notice:** You will be sent a notice from your county voter registration office acknowledging receipt of your application. The notice informs you whether your application was approved by the county voter registration office.  If your application is incomplete, you will be asked to provide additional information. If you do not receive a notice within 30 days of filing this application, contact your county voter registration office.

**Indiana Election Division**
302 West Washington Street, Room E204
Indianapolis, IN  46204-2743
Telephone: (317) 232-3939
Toll-free (Indiana only): (800) 622-4941
www.in.gov/sos/elections

---

*APPLICANT'S RECEIPT FROM INDIVIDUAL ACCEPTING CUSTODY OF A COMPLETED VOTER REGISTRATION FORM (not a receipt from the county for voter registration purposes)*

*NOTE: If you accept a completed form from another person, in order to submit his or her registration for consideration, you must submit the completed form to the county voter registration office or Indiana Election Division by noon 10 days after receipt or the registration deadline, whichever occurs first.*

I accepted custody of this completed application on ___/____/20___.

_____
Printed Name

_____
Residence Address

---

**Please detach and give the receipt above to the applicant** if you are accepting custody of a completed application.

---

| 1 | Check boxes that apply: ☐ New registration  ☐ Address change *(See Box 6)*  ☐ Name change *(See Box 13)* | 2 | Indiana county where you live: | COUNTY USE ONLY | Date processed | Township / precinct | County tracking number |
|---|---|---|---|---|---|---|---|

| 3 | Gender ☐ Female ☐ Male | Last Name | First Name | Middle Name or Initial | Suffix Jr. Sr. II III IV |
|---|---|---|---|---|---|

| 4 | Residence Address (No Post Office Boxes) *if no address, write short description or attach map.* | Apartment Number | City / Town | State IN | ZIP Code |
|---|---|---|---|---|

| 5 | Mailing Address, if different from Box 4, *if same, print "SAME"* | Apartment Number | City / Town | State | ZIP Code |
|---|---|---|---|---|

| 6 | Previous Voter Registration Address | County | Apartment Number | City / Town | State | ZIP Code |
|---|---|---|---|---|---|

| 7 | Date of Birth *(mm/dd/yy)* | 8 | Telephone number *(Optional)* | 9 | E-mail *(Optional)* |
|---|---|---|---|---|---|

| 10 | Are you a citizen of the United States of America? ☐ Yes ☐ No | 11 | Will you be at least 18 years of age on or before election day? ☐ Yes ☐ No | 12 | Establish a Voter Identification Number—Applicant must provide a number or indicate "None". Provide your 10-digit Indiana issued driver's license number. If you do not have an Indiana driver's license, then provide the last 4 digits of your social security number here. If you have none of these, check "None". | ☐ Indiana Driver's License Number or Bureau of Motor Vehicles ID Card Number ☐ Last 4 Digits of Social Security Number ☐ None |
|---|---|---|---|---|---|---|

| 13 | If you changed your name, what was your name before you changed it? *If you have not changed your name, skip this question.* | Last Name | First Name | Middle Name or Initial | Suffix Jr. Sr. II III IV |
|---|---|---|---|---|---|

| 14 | I authorize my voter registration at any other address to be cancelled.  I swear or affirm that:<br>• I am a citizen of the United States.<br>• I will be at least 18 years of age at the next general or municipal election.<br>• I will have lived in my precinct for at least 30 days before the next election.<br>• I am not currently in prison after being convicted of a crime.<br>• All the above information and all other statements on this form are true.<br>I understand that if I sign this statement knowing that it is not true I am committing perjury and can be fined up to $10,000, jailed for up to three years or both. | 15 | **CERTIFIED STATEMENT OF ACCEPTANCE**<br>To be completed by a person who accepts custody of the completed application before filing with a county voter registration office or Indiana Election Division. Does not apply to a person accepting a form from member of household.<br><br>I affirm under the penalties for perjury that I accepted custody of this completed application from the applicant on *(insert date):* ___/____/20___. |
|---|---|---|

| Signature of Applicant | Date *(mm/dd/yy)* |
|---|---|

Printed Name

If applicant is unable to sign the application due to a disability, the person who wrote the applicant's name on the line above at the applicant's request, must provide his/her name and address below.

| Name | Address | Telephone number *(Optional)* |
|---|---|---|

Residence Address

Signature

*If you accept a completed form from another person, you must submit it to the county voter registration office or Indiana Election Division by noon 10 days after receipt or the registration deadline, whichever occurs first.*

50504

## Indiana County Voter Registration Offices

*Sign and Mail this Completed Voter Registration Application to the county where you live or to the Indiana Election Division.*

**ADAMS**
Adams County Circuit Court Clerk
112 S 2nd St Rm A
Decatur, IN 46733-1618
(260) 724-5300 ext. 2104

**ALLEN**
Allen Co. Voter Registration
Rousseau Centre
1 East Main Street, Suite 176
Ft. Wayne, IN 46802
(260) 449-7154

**BARTHOLOMEW**
Bartholomew County Clerk
P.O. Box 924
Columbus, IN 47202
(812) 379-1604

**BENTON**
Benton Co. Circuit Court Clerk
706 E. 5th Street, Suite 37
Fowler, IN 47944-1556
(765) 884-0930

**BLACKFORD**
Blackford Co. Circuit Court Clerk
110 West Washington Street
Hartford City, IN 47348-2298
(765) 348-7217

**BOONE**
Boone County Voter Registration Office
212 Courthouse Square
Lebanon, IN 46052-2126
(765) 483-5251

**BROWN**
Brown County Voter Registration
20 East Main Street
P.O. Box 85
Nashville, IN 47448
(812) 988-5511

**CARROLL**
Carroll County Voter Registration
101 W. Main Street, Ste. 206
Delphi, IN 46923
(765) 564-6795

**CASS**
Cass Co. Circuit Court Clerk
200 Court Park, Room 103
Logansport, IN 46947- 3192
(574) 753-7870

**CLARK**
Clark Co. Circuit Court Clerk
501 E. Court Avenue
Jeffersonville, IN 47130-4090
(812) 285-6329

**CLAY**
Clay Co. Circuit Court Clerk
609 E. National Ave., Room 211
Brazil, IN 47834-0033
(812) 448-9023

**CLINTON**
Clinton Co. Circuit Court Clerk
265 Courthouse Square
Frankfort, IN 46041-1993
(765) 659-6337

**CRAWFORD**
Crawford Co. Circuit Court Clerk
715 Judicial Plaza Drive
P.O. Box 375
English, IN 47118
(812) 338-2565

**DAVIESS**
Daviess County Voter Registration Office
200 East Walnut, P.O. Box 739
Washington, IN 47501-0739
(812) 254-8679

**DEARBORN**
Dearborn County Election Clerk
165 Mary Street
Lawrenceburg, IN 47025
(812) 537-8867

**DECATUR**
Decatur Co. Circuit Court Clerk
150 Courthouse Square, Suite 244
Greensburg, IN 47240-2080
(812) 663-8223

**DEKALB**
DeKalb Co. Circuit Court Clerk
100 S. Main Street
P.O. Box 230
Auburn, IN 46706-0230
(260) 925-9787

**DELAWARE**
Delaware Co. Board of Voter Registration
100 West Main Street, Room 104
Muncie, IN 47305-2836
(765) 747-7812

**DUBOIS**
Dubois Co. Circuit Court Clerk
One Courthouse Square
Jasper, IN 47546-3058
(812) 481-7035

**ELKHART**
Elkhart Co. Voter Registration Office
117 North 2nd Street, Lower Level
Goshen, IN 46526
(574) 535-6775

**FAYETTE**
Fayette Co. Circuit Court Clerk
401 Central Avenue
Connersville, IN 47331
(765) 825-1813

**FLOYD**
Floyd Co. Circuit Court Clerk
311 Hauss Square, Rm. 235
New Albany, IN 47150
(812) 948-5419

**FOUNTAIN**
Fountain Co. Circuit Court Clerk
301 4th Street, P.O. Box 183
Covington, IN 47932
(765) 793-2192

**FRANKLIN**
Franklin County Voter Registration
459 Main Street
Brookville, IN 47012-1486
(765) 647-5111 ext. 3

**FULTON**
Fulton Co. Circuit Court Clerk
815 Main Street
Rochester, IN 46975-0524
(574) 223-4824

**GIBSON**
Gibson Co. Circuit Court Clerk
101 N. Main St., P.O. Box 630
Princeton, IN 47670-0630
(812) 385-2541

**GRANT**
Grant Co. Circuit Court Clerk
Courthouse Suite B-9
101 E. 4th Street
Marion, IN 46952-4055
(765) 664-9880

**GREENE**
Greene County Voter Registration
P.O. Box 229
Bloomfield, IN 47424-0229
(812) 384-2015

**HAMILTON**
Hamilton County Voter Registration Office
1 Hamilton County Square, Suite 13
Noblesville, IN 46060-2219
(317) 776-9632

**HANCOCK**
Hancock County Voter Registration
9 East Main Street, Room 213
Greenfield, IN 46140-2320
(317) 477-1171

**HARRISON**
Harrison Co. Circuit Court Clerk
Courthouse, Room 203
300 North Capitol Avenue
Corydon, IN 47112-1155
(812) 738-8790

**HENDRICKS**
Hendricks Co. Voter Registration Office
Election Supervisor
355 S. Washington St. #218
Danville, IN 46122
(317) 745-9249

**HENRY**
Henry County Voter Registration
P.O. Box B
New Castle, IN 47362-1044
(765) 529-9310

**HOWARD**
Howard County Voter Registration
104 N Buckeye Street Room 104B
Kokomo, IN 46901
(765) 456-2219

**HUNTINGTON**
Huntington Co. Circuit Court Clerk
201 North Jefferson Street
P.O. Box 228
Huntington, IN 46750
(260) 358-4820

**JACKSON**
Jackson Co. Voter Registration
111 S. Main St., P.O. Box 318
Brownstown, IN 47220
(812) 358-6120

**JASPER**
Jasper Co. Circuit Court Clerk
115 W. Washington
Rensselaer, IN 47978

**JAY**
Jay Co. Circuit Court Clerk
120 North Court Street, Ste. 209
Portland, IN 47371
(260) 726-4951

**JEFFERSON**
Jefferson County Voter Registration
Courthouse, Room 203
300 E. Main Street
Madison, IN 47250-3594
(812) 265-8926

**JENNINGS**
Jennings County Election Office
24 Pike St., P.O. Box 385
Vernon, IN 47282-0385
(812) 352-3080

**JOHNSON**
Johnson Co. Voter Registration
P.O. Box 451
Franklin, IN 46131-0451
(317) 346-4467

**KNOX**
Knox County Voter Registration
111 N. 7th Street, Suite 27
Vincennes, IN 47591-2022
(812) 895-4927

**KOSCIUSKO**
Kosciusko Co. Circuit Court Clerk
121 N. Lake Street, D162
Warsaw, IN 46580-2788
(574) 372-2332

**LAGRANGE**
LaGrange County Voter Registration
105 North Detroit Street
LaGrange, IN 46761-1801
(260) 499-6392

**LAKE**
Lake Co. Board of Elections and Registration
2293 N. Main Street, A-205
Crown Point, IN 46307
(219) 755-3795

**LAPORTE**
LaPorte Co. Board of Voter Registration
813 Lincolnway, Suite 103
LaPorte, IN 46350-3401
(219) 326-6808 EXT 2250

**LAWRENCE**
Lawrence Co. Circuit Court Clerk
916 15th Street, Room 11
Bedford, IN 47421-3800
(812) 277-2036

**MADISON**
Madison Co. Board of Voter Registration
16 East 9th Street, Suite 208
Anderson, IN 46016-1588
(765) 641-9657

**MARION**
Marion Co. Board of Voter Registration
200 East Washington, W131
Indianapolis, IN 46204
(317) 327-5040

**MARSHALL**
Marshall Co. Circuit Court Clerk
211 West Madison Street
Plymouth, IN 46563-1762
(574) 935-8713

**MARTIN**
Martin Co. Circuit Court Clerk
129 Main Street
P.O. Box 120
Shoals, IN 47581
(812) 247-3651

**MIAMI**
Miami County Voter Registration
25 N. Broadway, Room 108
Peru, IN 46970-0184
(765) 472-3995

**MONROE**
Monroe Co. Circuit Court Clerk
401 W. 7th Street, Suite 100
Bloomington, IN 47404
(812) 349-2690

**MONTGOMERY**
Montgomery Co. Circuit Court Clerk
100 East Main Street, Room 203
P.O. Box 768
Crawfordsville, IN 47933-0768
(765) 364-6437

**MORGAN**
Morgan County Election Division
180 S. Main St., Suite 1
Martinsville, IN 46151-1556
(765) 342-1029

**NEWTON**
Newton Co. Circuit Court Clerk
P.O. Box 49
Kentland, IN 47951-0049
(219) 474-6081

**NOBLE**
Noble Co. Circuit Court Clerk
101 North Orange Street
Albion. IN 46701-1092
(260) 636-2736 ext. 1806

**OHIO**
Ohio Co. Circuit Court Clerk
P.O. Box 185
Rising Sun, IN 47040-0185
(812) 438-2610

**ORANGE**
Orange Co. Circuit Court Clerk
Orange County Courthouse
1 Court Street
Paoli, IN 47454-9632
(812) 723-2649

**OWEN**
Owen Co. Circuit Court Clerk
60 S. Main St.
Spencer, IN 47460- 0146
(812) 829-5028

**PARKE**
Parke Co. Circuit Court Clerk
116 West High St., Room 204
Rockville, IN 47872-1781
(765) 569-5132

**PERRY**
Perry Co. Circuit Court Clerk
2219 Payne Street
Tell City, IN 47586-2832
(812) 547-3741

**PIKE**
Pike Co. Circuit Court Clerk
801 Main St., 2nd Floor, P.O. Box 125
Petersburg, IN 47567-1298
(812) 354-6025

**PORTER**
Porter Co. Board of Voter Registration
Administration Center
155 Indiana Avenue, Ste. 105
Valparaiso, IN 46383-5555
(219) 465-3484 / (219) 465-3486

**POSEY**
Posey Co. Circuit Court Clerk
300 Main Street
P.O. Box 606
Mt. Vernon, IN 47620-0606
(812) 838-1339

**PULASKI**
Pulaski Co. Circuit Court Clerk
112 E. Main Street, Room 230
Winamac, IN 46996-1394
(574) 946-4401

**PUTNAM**
Putnam County Voter Registration
1 W. Washington St., Room 21, P.O. Box 546
Greencastle, IN 46135-0546
(765) 655-1538

**RANDOLPH**
Randolph Co. Circuit Court Clerk
100 S. Main St., P.O. Box 230
Winchester, IN 47394
(765) 584-4717

**RIPLEY**
Ripley Co. Circuit Court Clerk
115 N. Main Street
P.O. Box 177
Versailles, IN 47042
(812) 689-4783

**RUSH**
Rush Co. Circuit Court Clerk
101 East 2nd Street, Rm 209
Rushville, IN 46173-0429
(765) 932-2086

**SCOTT**
Scott County Voter Registration
1 East McClain Avenue, Suite 120
Scottsburg, IN 47170
(812) 752-8420

**SHELBY**
Shelby Co. Circuit Court Clerk
407 S. Harrison Street
P.O. Box 198
Shelbyville, IN 46176-0198
(317) 392-6324

**SPENCER**
Spencer County Voter Registration
200 Main Street, Ste. 5
P.O. Box 523
Rockport, IN 47635
(812) 649-6017

**ST. JOSEPH**
St. Joseph Co. Board of Voter Registration
City-County Building, 4th Floor
227 West Jefferson Blvd.
South Bend, IN 46601-1871
(574) 235-9520

**STARKE**
Starke County Election
53 East Washington Street, P.O. Box 395
Knox, IN 46534-1197
(574) 772-9160

**STEUBEN**
Steuben Co. Circuit Court Clerk
55 South Public Square
Angola, IN 46703-1945
(260) 668-1000 EXT 2220

**SULLIVAN**
Sullivan Co. Circuit Court Clerk
Courthouse, Room 370
100 Courthouse Square
Sullivan, IN 47882-0370
(812) 268-4657

**SWITZERLAND**
Switzerland Co. Circuit Court Clerk
Courthouse
212 West Main Street
Vevay, IN 47043-1180
(812) 427-4415

**TIPPECANOE**
Tippecanoe Co. Board of Elections &
Registration
20 N. 3rd Street
P.O. Box 619
Lafayette, IN 47902
(765) 423-9316

**TIPTON**
Tipton Co. Circuit Court Clerk
101 East Jefferson Street
Tipton, IN 46072-1901
(765) 675-2795

**UNION**
Union Co. Circuit Court Clerk
26 West Union Street
Liberty, IN 47353-1396
(765) 458-6121

**VANDERBURGH**
Vanderburgh Co. Voter Registration
Civic Center Complex, Room 214
1 NW Martin Luther King Jr. Blvd.
Evansville, IN 47708-1828
(812) 435-5222

**VERMILLION**
Vermilion Co. Circuit Court Clerk
255 S. Main Street, Room 304
P.O. Box 10
Newport, IN 47966
(765) 492-5350

**VIGO**
Vigo Co. Board of Voter Registration
Courthouse, Room 3
33 South 3rd Street
Terre Haute, IN 47808-3472
(812) 462-3393

**WABASH**
Wabash County Voter Registration
99 West Hill Street
Wabash, IN 46992-3151
(260) 563-0661 EXT 1238

**WARREN**
Warren County Voter Registration
125 N. Monroe Street, Suite 11
Williamsport, IN 47993-1198
(765) 762-2834

**WARRICK**
Warrick Co. Election Office
1 County Square, Suite 220
Boonville, IN 47601-1594
(812) 897-6161

**WASHINGTON**
Washington County Justice Center
801 S Jackson St, Salem, IN
Salem, IN 47167-2098
(812) 883-5748

**WAYNE**
Wayne Co. Circuit Court Clerk
301 East Main Street
Richmond, IN 47374
(765) 973-9304

**WELLS**
Wells Co. Clerk
102 W. Market St., Suite 201
Bluffton, IN 46714-2091
(260) 824-6479

**WHITE**
White Co. Circuit Court Clerk
110 Main Street
Monticello, IN 47960-0350
(574) 583-1531

**WHITLEY**
Whitley Co. Circuit Court Clerk
101 W. Van Buren Street
Columbia City, IN 46725-2087
(260) 248-3164

**SOLICITUD DE REGISTRO PARA EL VOTANTE DE INDIANA**   (VRG-7)

Formulario del Estado 54509 (R8 / 10-17)   *Para información sobre las elecciones ver: www.indianavoters.com*

**División Electoral de Indiana**

**Usted puede usar esta solicitud para:** Efectuar la solicitud para el registro del votante en Indiana o cambiar su nombre y dirección en su registro o transferir su registro si se muda de su distrito electoral.

**Para registrarse usted debe:** Ser un ciudadano de los Estados Unidos de América, tener 18 años de edad, como mínimo, el día de la próxima elección general o municipal: haber vivido en su distrito electoral durante 30 días, como mínimo, antes de las próximas elecciones y no estar encarcelado actualmente después de haber sido encontrado culpable por un delito.

Si usted está registrándose para votar en Indiana por primera vez y envía esta solicitud por correo tendrá que suministrar documentos adicionales sobre la residencia antes de votar.  Si el condado puede igualar su número de tarjeta de conductor o seguro social con un registro identificatorio existente de Indiana que posea el mismo número, nombre y fecha de nacimiento que usted suministre en la solicitud entonces ha cumplido con el requisito.   Usted también puede cumplir con este requisito suministrando una prueba de residencia con esta solicitud o en cualquier momento hasta el día de las elecciones.  La prueba de residencia puede cumplirse presentando:  (1) una COPIA de su identificación fotográfica válida y actualizada o (2) una boleta de servicios públicos actual, estado bancario, cheque del gobierno, cheque de sueldo o documento del gobierno mostrando su nombre y dirección a la dirección que usted suministró en esta solicitud. Por favor no envíe los originales. Cubra cualquier información relacionada con la cuenta con un marcador permanente.

*COMPLETAR TODOS LOS CASILLEROS CORRESPONDIENTES CON TINTA AZUL O NEGRA.  NO ENVIAR EL FORMULARIO POR FAX O EMAIL DESPUÉS DE COMPLETARLO.*

Enviar por correo o entregar personalmente la solicitud completada a su oficina de registro del condado (las direcciones se encuentran al reverso de este formulario) o al Indiana Election Division (División electoral de Indiana).

**Casillero 4: Dirección de la residencia:** Escribir en letra de imprenta (molde) la dirección donde usted vive.  Si su dirección es una ruta rural, incluir el número de buzón (caja postal).  Si su residencia no tiene una dirección de número de calle, escriba una descripción breve de su ubicación en el Casillero 4 o anexe un mapa.

**Casilleros 10 u 11:** Si usted marca "no" respondiendo a cualquiera de las preguntas en los Casilleros 10 u 11, no complete esta solicitud.

**Casillero 12: Número de identificación del votante:** Se requiere que usted suministre su número de licencia de conductor de  Indiana como fue emitida por el Indiana Bureau of Motor Vehicles. *Si usted no tiene una licencia de conductor de Indiana,* suministre los últimos cuatro dígitos de su número de seguro social. Si usted no tiene un número de licencia de conductor de Indiana ni un número de seguro social deberá indicar "Ninguno".

**Casillero 14:** *Esta solicitud no puede procesarse sin la firma original del votante* en esta sección.

**Vencimiento de la solicitud:** Esta solicitud deberá estar matasellada o entregada personalmente a la oficina del registro para el votante de su  condado antes de los 29 días precedentes a  la próxima elección.  Si usted no cumple con esta fecha de vencimiento su solicitud será procesada cuando se reabra el registro.

**Aviso de reconocimiento:** Se le enviará un aviso de parte de la oficina para el registro del votante por su condado reconociendo el recibo de su solicitud.  El aviso le informará si su solicitud ha sido aprobada por la oficina para el registro del votante del condado.  Si su solicitud está incompleta se le pedirá información adicional.   *Si usted no recibe un aviso dentro de los 30 días de la presentación de esta solicitud, comuníquese con la oficina para el registro del votante de su condado.*

**Indiana Election Division**
302 West Washington Street, Room E204
Indianapolis, IN  46204-2743
Teléfono: (317) 232-3939
Número gratuito (Indiana únicamente): (800) 622-4941
www.in.gov/sos/elections

> *RECIBO DEL SOLICITANTE DE LA PERSONA QUE ACEPTA LA CUSTODIA DE UNA SOLICITUD COMPLETADA PARA EL REGISTRO DEL VOTANTE*
> *(no un recibo del condado con el propósito del registro del votante)*
>
> **NOTA:** *Si usted acepta un formulario completado de otra persona, para poder presentar su registro para que sea tomado en cuenta, usted deberá presentar el formulario completado a la oficina para el registro del votante de su condado o al Indiana Election Division antes del mediodía 10 días después del recibo o la fecha de vencimiento de la solicitud, cualesquiera ocurra primero*
>
> Yo acepto custodia de esta solicitud completada el ___/____/20___.

---

**Por favor separar y entregar el recibo de arriba al solicitante** si usted está aceptando custodia de una solicitud completada..

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **1** | Marcar los casilleros que correspondan: | ☐ Nuevo registro<br>☐ Cambio de dirección (*Ver Casillero 6*)<br>☐ Cambio de nombre (*Ver  Casillero  13*) | **2** | Condado de Indiana donde usted vive: | PARA USO DEL CONDADO ÚNICAMENTE | Fecha de procesamiento | Municipio/ Distrito electoral | Número de rastreo del condado |

| | | | | | | |
|---|---|---|---|---|---|---|
| **3** | Sexo<br>☐ Femenino<br>☐ Masculino | Apellido | | Primer nombre | Segundo nombre o inicial | Sufijo<br>Jr. Sr. II III IV |

| | | | | | | |
|---|---|---|---|---|---|---|
| **4** | Dirección de la residencia (No número de casilla postal) *si no hay dirección escriba una breve descripción o anexe un mapa.* | | Número de apartamento | Ciudad / Pueblo | Estado<br>**IN** | Código postal |

| | | | | | | |
|---|---|---|---|---|---|---|
| **5** | Dirección postal, si es distinta a la del Casillero 4,  *si es la misma, escriba "MISMA"* | | Número de apartamento | Ciudad / Pueblo | Estado | Código postal |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **6** | Dirección anterior del registro del votante | | Condado | Número de apartamento | Ciudad / Pueblo | Estado | Código postal |

| | | | | | | |
|---|---|---|---|---|---|---|
| **7** | Fecha de nacimiento (*mm/dd/aa*) | **8** | Número de teléfono (*Optativo*) | | **9** | E-mail (*Optativa*) |

| | | | | | | |
|---|---|---|---|---|---|---|
| **10** | ¿Usted es un ciudadano de los Estados Unidos de América?<br>☐ Sí ☐ No | **11** | ¿Tendrá 18 años de edad como mínimo el día o antes del día de la elección?<br>☐ Sí ☐ No | **12** | Establecer un Número de identificación del votante- El solicitante debe suministrar un número o indicar "Ninguno".<br>Suministrar sus 10 dígitos del número emitido de licencia de conductor de Indiana.  Si usted no tiene una licencia de conductor de Indiana entonces suministre los últimos  4 dígitos de su número de seguro social aquí. Si usted no tiene ninguno de ellos, marque "Ninguno". | ☐ Número de licencia de conductor de Indiana o Número de tarjeta identificatoria del Bureau of Motor Vehicles<br>☐ Últimos 4 dígitos del número de Seguro Social<br>☐ Ninguno |

| | | | | | |
|---|---|---|---|---|---|
| **13** | Si usted cambió su nombre ¿cuál era su nombre antes del cambio? *Si usted no cambió su nombre no responda a esta pregunta.* | Apellido | Primer nombre | Segundo nombre o inicial | Sufijo<br>Jr. Sr. II III IV |

| | | |
|---|---|---|
| **14** | Autorizo mi registro de votante en cualquier otra dirección a ser cancelado.  Juro o afirmo que:<br>• *Soy un ciudadano de los Estados Unidos de América.*<br>• *Tendré 18 años de edad, como mínimo, en las próximas elecciones generales o municipales.*<br>• *Habré vivido en mi distrito electoral durante 30 días, como mínimo, antes de la próxima elección.*<br>• *No estoy actualmente en prisión después de haber sido condenado por un delito.*<br>• *Toda la información arriba suministrada y las otras declaraciones en este formulario son verdaderas.  Entiendo que si firmo esta declaración sabiendo que no es verdadera estoy cometiendo perjurio y puedo ser multado hasta $10,000, encarcelado hasta tres años o ambos.*<br><br>Firma del solicitante                    Fecha (*mm/dd/aa*)<br><br>Si el solicitante no puede firmar la solicitud debido a una discapacidad, la persona que escriba el nombre del solicitante en el renglón de arriba a pedido del solicitante deberá suministrar su nombre y dirección a continuación.<br>Nombre          Dirección          Número de teléfono (*Optativo*) | **15** | **DECLARACIÓN DE ACEPTACIÓN CERTIFICADA**<br>A ser completada por una persona que acepte la custodia de la solicitud completada antes de presentarla a la oficina para el registro del votante del condado o a Indiana Election Division.  No corresponde a una persona que acepte un formulario del miembro del grupo familiar.<br><br>Afirmo bajo multa por perjurio que he aceptado la custodia de esta solicitud completada del solicitante el (*insertar fecha*): ____/_____/20___.<br><br>Nombre en letra de molde<br><br>Dirección de la residencia<br><br>Firma |

*Si usted acepta un formulario completado de otra persona deberá suministrarlo a la oficina para el registro del votante del condado o a Indiana Election Division antes del mediodía 10 días después del recibo o vencimiento del registro, cualesquiera ocurra primero.*

54509

**Oficinas para el Registro del Votante de los Condados de Indiana**

*Firmar y enviar por correo esta Solicitud de registro del votante completada al condado donde usted vive o al Indiana Election Division.*

**ADAMS**
Adams County Circuit Court Clerk
112 S 2ⁿᵈ St Rm A
Decatur, IN 46733-1618
(260) 724-5300 ext. 2104

**ALLEN**
Allen Co. Voter Registration
Rosseau Centre
1 East Main Street, Suite 176
Ft. Wayne, IN 46802-1815
(260) 449-7154

**BARTHOLOMEW**
Bartholomew County Clerk
P.O. Box 924
Columbus, IN 47202
(812) 379-1604

**BENTON**
Benton Co. Circuit Court Clerk
706 E. 5th Street, Suite 37
Fowler, IN 47944-1556
(765) 884-0930

**BLACKFORD**
Blackford Co. Circuit Court Clerk
110 West Washington Street
Hartford City, IN 47348-2298
(765) 348-7217

**BOONE**
Boone County Voter Registration Office
212 Courthouse Square
Lebanon, IN 46052-2126
(765) 348-7217

**BROWN**
Brown County Voter Registration
20 East Main Street
P.O. Box 85
Nashville, IN 47448
(812) 988-5511

**CARROLL**
Carroll County Voter Registration
101 W. Main Street, Ste. 206
Delphi, IN 46923
(765) 564-6795

**CASS**
Cass Co. Circuit Court Clerk
200 Court Park, Room 103
Logansport, IN 46947- 3192
(574) 753-7870

**CLARK**
Clark Co. Circuit Court Clerk
501 E. Court Avenue
Jeffersonville, IN 47130-4090
(812) 285-6329

**CLAY**
Clay Co. Circuit Court Clerk
609 E. National Ave., Room 211
Brazil, IN 47834-0033
(812) 448-9023

**CLINTON**
Clinton Co. Circuit Court Clerk
265 Courthouse Square
Frankfort, IN 46041-1993
(765) 659-6337

**CRAWFORD**
Crawford Co. Circuit Court Clerk
715 Judicial Plaza Drive
P.O. Box 375
English, IN 47118
(812) 338-2565

**DAVIESS**
Daviess County Voter Registration Office
200 East Walnut, P.O. Box 739
Washington, IN 47501-0739
(812) 254-8679

**DEARBORN**
Dearborn County Election Clerk
165 Mary Street
Lawrenceburg, IN 47025
(812) 537-8867

**DECATUR**
Decatur Co. Circuit Court Clerk
150 Courthouse Square, Suite 244
Greensburg, IN 47240-2080
(812) 663-8223

**DEKALB**
DeKalb Co. Circuit Court Clerk
100 West Main Street
P.O. Box 230
Auburn, IN 46706-0230
(260) 925-9787

**DELAWARE**
Delaware Co. Board of Voter Registration
100 West Main Street, Room 104
Muncie, IN 47305-2836
(765) 747-7812

**DUBOIS**
Dubois Co. Circuit Court Clerk
One Courthouse Square
Jasper, IN 47546-3058
(812) 481-6915

**ELKHART**
Elkhart Co. Voter Registration Office
117 North 2nd Street, Lower Level
Goshen, IN 46526
(574) 535-6775

**FAYETTE**
Fayette Co. Circuit Court Clerk
401 Central Avenue
Connersville, IN 47331
(765) 825-1813

**FLOYD**
Floyd Co. Circuit Court Clerk
311 Hauss Square, Rm. 235
New Albany, IN 47150
(812) 948-5419

**FOUNTAIN**
Fountain Co. Circuit Court Clerk
301 4ᵗʰ St., P.O. Box 183
Covington, IN 47932
(765) 793-2192

**FRANKLIN**
Franklin County Voter Registration
459 Main Street
Brookville, IN 47012-1486
(765) 647-5111 ext. 3

**FULTON**
Fulton Co. Circuit Court Clerk
815 Main Street
Rochester, IN 46975-0524
(574) 223-4824

**GIBSON**
Gibson Co. Circuit Court Clerk
101 N. Main St., P.O. Box 630
Princeton, IN 47670-0630
(812) 385-2541

**GRANT**
Grant Co. Circuit Court Clerk
Courthouse Suite B-9
101 E. 4th Street
Marion, IN 46952-4055
(765) 664-9880

**GREENE**
Greene County Voter Registration
P.O. Box 229
Bloomfield, IN 47424-0229
(812) 384-2015

**HAMILTON**
Hamilton County Voter Registration Office
1 Hamilton County Square, Suite 13
Noblesville, IN 46060-2219
(317) 776-9632

**HANCOCK**
Hancock County Voter Registration
9 East Main Street, Room 213
Greenfield, IN 46140-2320
(317) 477-1171

**HARRISON**
Harrison Co. Circuit Court Clerk
Courthouse, Room 203
300 North Capitol Avenue
Corydon, IN 47112-1155
(812) 738-8790

**HENDRICKS**
Hendricks Co. Voter Registration Office
Election Supervisor
355 S. Washington St. #218
Danville, IN 46122
(317) 745-9249

**HENRY**
Henry County Voter Registration Office
P.O. Box B
New Castle, IN 47362-1044
(765) 529-9310

**HOWARD**
Howard County Voter Registration
104 N Buckeye Street Room 104B
Kokomo, IN 46901
(765) 456-2219

**HUNTINGTON**
Huntington Co. Circuit Court Clerk
201 North Jefferson Street
P.O. Box 228
Huntington, IN 46750
(260) 358-4820

**JACKSON**
Jackson Co. Voter Registration
111 S. Main St., P.O. Box 318
Brownstown, IN 47220
(812) 358-6120

**JASPER**
Jasper Co. Circuit Court Clerk
115 W. Washington
Rensselaer, IN 47978
(219) 866-4929

**JAY**
Jay Co. Circuit Court Clerk
120 North Court Street, Ste. 209
Portland, IN 47371
(260)726-4951

**JEFFERSON**
Jefferson Co. Voter Registration
Courthouse, Room 203
300 E. Main Street
Madison, IN 47250-3594
(812) 265-8926

**JENNINGS**
Jennings County Election Office
24 Pike St., P.O. Box 385
Vernon, IN 47282-0385
(812) 352-3080

**JOHNSON**
Johnson Co. Voter Registration
P.O. Box 451
Franklin, IN 46131-0451
(317) 346-4467

**KNOX**
Knox County Voter Registration
111 N. 7th Street, Suite 27
Vincennes, IN 47591-2022
(812) 895-4927

**KOSCIUSKO**
Kosciusko Co. Circuit Court Clerk
121 N. Lake Street, D162
Warsaw, IN 46580-2788
(574) 372-2332

**LAGRANGE**
LaGrange County Voter Registration
105 North Detroit Street
LaGrange, IN 46761-1801
(260) 499-6392

**LAKE**
Lake Co. Board of Elections and Registration
2293 N. Main Street, A-205
Crown Point, IN 46307
(219) 755-3795

**LAPORTE**
LaPorte Co. Board of Voter Registration
813 Lincolnway, Suite 103
LaPorte, IN 46350-3401
(219) 326-6808 EXT 2250

**LAWRENCE**
Lawrence Co. Circuit Court Clerk
916 15th Street, Room 11
Bedford, IN 47421-3800
(812) 277-2036

**MADISON**
Madison Co. Board of Voter Registration
16 East 9th Street, Suite 208
Anderson, IN 46016-1588
(765) 641-9657

**MARION**
Marion Co. Board of Voter Registration
200 East Washington, W131
Indianapolis, IN 46204
(317) 327-5040

**MARSHALL**
Marshall Co. Circuit Court Clerk
211 West Madison Street
Plymouth, IN 46563-1762
(574) 935-8713

**MARTIN**
Martin Co. Circuit Court Clerk
129 Main Street
P.O. Box 150
Shoals, IN 47581
(812) 247-3651

**MIAMI**
Miami County Voter Registration
25 N. Broadway, Room 108
Peru, IN 46970-0184
(765) 472-3995

**MONROE**
Monroe Co. Voter Registration
401 W. 7th Street, Suite 100
Bloomington, IN 47404
(812) 349-2690

**MONTGOMERY**
Montgomery Co. Circuit Court Clerk
100 East Main Street, Room 203
P.O. Box 768
Crawfordsville, IN 47933-0768
(765) 364-6437

**MORGAN**
Morgan County Election Division
180 S. Main St., Suite 1
Martinsville, IN 46151-1556
(765) 342-1029

**NEWTON**
Newton Co. Circuit Court Clerk
P.O. Box 49
Kentland, IN 47951-0049
(219) 474-6081

**NOBLE**
Noble Co. Circuit Court Clerk
101 North Orange Street
Albion, IN 46701-1092
(260) 636-2736 ext. 1806

**OHIO**
Ohio Co. Circuit Court Clerk
P.O. Box 185
Rising Sun, IN 47040-0185
(812) 438-2610

**ORANGE**
Orange Co. Circuit Court Clerk
Orange County Courthouse
1 Court Street
Paoli, IN 47454-9632
(812) 723-2649

**OWEN**
Owen Co. Circuit Court Clerk
60 S. Main St.
Spencer, IN 47460- 0146
(812) 829-5028

**PARKE**
Parke Co. Circuit Court Clerk
116 West High St., Room 204
Rockville, IN 47872-1781
(765) 569-5132

**PERRY**
Perry Co. Circuit Court Clerk
2219 Payne Street
Tell City, IN 47586-2832
(812) 547-3741

**PIKE**
Pike Co. Circuit Court Clerk
801 Main St., 2nd Floor, P.O. Box 125
Petersburg, IN 47567-1298
(812) 354-6025

**PORTER**
Porter Co. Board of Voter Registration
Administration Center
155 Indiana Avenue, Ste. 105
Valparaiso, IN 46383-5555
(219) 465-3484 / (219) 465-3486

**POSEY**
Posey Co. Circuit Court Clerk
300 Main Street
P.O. Box 606
Mt. Vernon, IN 47620-0606
(812) 838-1339

**PULASKI**
Pulaski Co. Circuit Court Clerk
112 E. Main Street, Room 230
Winamac, IN 46996-1394
(574) 946-4401

**PUTNAM**
Putnam County Voter Registration
1 W. Washington St., Room 21, P.O. Box 546
Greencastle, IN 46135-0546
(765) 655-1538

**RANDOLPH**
Randolph Co. Circuit Court Clerk
100 S. Main St., P.O. Box 230
Winchester, IN 47394
(765) 584-4717

**RIPLEY**
Ripley Co. Circuit Court Clerk
115 N. Main Street
P.O. Box 177
Versailles, IN 47042
(812) 689-4783

**RUSH**
Rush Co. Circuit Court Clerk
101 East 2nd Street, Rm 209
Rushville, IN 46173-0429
(765) 932-2086

**SCOTT**
Scott County Voter Registration
1 East McClain Avenue, Suite 120
Scottsburg, IN 47170
(812) 752-8420

**SHELBY**
Shelby Co. Circuit Court Clerk
407 S. Harrison Street
P.O. Box 198
Shelbyville, IN 46176-0198
(317) 392-6324

**SPENCER**
Spencer County Voter Registration
200 Main Street, Ste. 5
P.O. Box 523
Rockport, IN 47635
(812) 649-6017

**ST. JOSEPH**
St. Joseph Co. Board of Voter Registration
City-County Building, 4th Floor
227 West Jefferson Blvd.
South Bend, IN 46601-1871
(574) 235-9520

**STARKE**
Starke County Election
53 East Washington Street, P.O. Box 395
Knox, IN 46534-1197
(574) 772-9160

**STEUBEN**
Steuben Co. Circuit Court Clerk
55 South Public Square
Angola, IN 46703-1945
(260) 668-1000 EXT 2220

**SULLIVAN**
Sullivan Co. Circuit Court Clerk
Courthouse, Room 370
100 Courthouse Square
Sullivan, IN 47882-0370
(812) 268-4657

**SWITZERLAND**
Switzerland Co. Circuit Court Clerk
Courthouse
212 West Main Street
Vevay, IN 47043-1180
(812) 427-4415

**TIPPECANOE**
Tippecanoe Co. Board of Elections &
Registration
20 N. 3rd Street
P.O. Box 619
Lafayette, IN 47902
(765) 423-9316

**TIPTON**
Tipton Co. Circuit Court Clerk
101 East Jefferson Street
Tipton, IN 46072-1901
(765) 675-2795

**UNION**
Union Co. Circuit Court Clerk
26 West Union Street
Liberty, IN 47353-1396
(765) 458-6121

**VANDERBURGH**
Vanderburgh Co. Voter Registration
Civic Center Complex, Room 214
1 NW Martin Luther King Jr. Blvd.
Evansville, IN 47708-1828
(812) 435-5222

**VERMILLION**
Vermillion Co. Circuit Court Clerk
255 S. Main Street, Room 304
P.O. Box 10
Newport, IN 47966
(765) 492-5350

**VIGO**
Vigo Co. Board of Voter Registration
Courthouse, Room 3
33 South 3rd Street
Terre Haute, IN 47808-3472
(812) 462-3393

**WABASH**
Wabash County Voter Registration
99 West Hill Street
Wabash, IN 46992-3151
(260) 563-0661 EXT 1238

**WARREN**
Warren County Voter Registration
125 N. Monroe Street, Suite 11
Williamsport, IN 47993-1198
(765) 762-2834

**WARRICK**
Warrick Co. Election Office
1 County Square, Suite 220
Boonville, IN 47601-1594
(812) 897-6161

**WASHINGTON**
Washington Co. Circuit Court Clerk
801 S. Jackson St.
Salem, IN 47167
(812) 883-5748

**WAYNE**
Wayne Co. Circuit Court Clerk
301 East Main Street
Richmond, IN 47374
(765) 973-9304

**WELLS**
Wells Co. Clerk
102 W. Market St., Suite 201
Bluffton, IN 46714-2091
(260) 824-6479

**WHITE**
White Co. Circuit Court Clerk
110 Main Street
P.O. Box 350
Monticello, IN 47960-0350
(574) 583-1531

**WHITLEY**
Whitley Co. Circuit Court Clerk
101 W. Van Buren Street
Columbia City, IN 46725-2087
(260) 248-3164

 **INDIANA VOTER REGISTRATION MATERIAL RECEIPT** **(VRG-8)**

State Form 46927 (R8 / 10-15)
Indiana Election Division

| INSTRUCTIONS |
| --- |

The county voter registration office provides this receipt to an employee *(or other designated representative)* of a license branch, a public assistance agency, an agency serving disabled persons, a county registration substation, or other "full service" voter registration agency who transmits voter registration applications or declinations **in person** to the county voter registration office.

**NOTE:  As an alternative to in-person delivery, state law authorizes:**

(1) **a Bureau of Motor Vehicles license branch;**

(2) **a Family and Social Services Administration (FSSA) office providing Temporary Assistance to Needy Families (TANF) or Medicaid program services;**

(3) **an agency providing Food Stamp services;**

(4) **an agency providing state funded programs primarily engaged in serving persons with disabilities;**

(5) **an agency designated as an additional "full service" voter registration office under IC 3-7-18; or**

(6) **an Indiana State Department of Health (ISDH) office providing Women, Infants, and Children (WIC) program services,**

**to transmit voter registration applications by using FIRST CLASS MAIL DELIVERY by the United States Postal Service.**

As the Voter Registration Officer of _____ County, Indiana, *(or an employee of this office)* I acknowledge receipt of the following voter registration material:

_____ Number of Registration Applications

_____ Number of Registration Declinations

Received, this date and time: _____, 20___; _____a.m./p.m.

Agency Employee or Representative: _____

Agency Name and/or Identification Number: _____

_____
County Voter Registration Officer of

_____ County, Indiana

**INDIANA VOTER REGISTRATION MATERIAL TRANSMITTAL**        **(VRG-9)**
State Form 46928 (R8 / 10-15)
Indiana Election Division

## TRANSMITTAL OF VOTER REGISTRATION MATERIALS

| INSTRUCTIONS: |
|---|
| This form must be used by an individual transmitting voter registration applications or declinations from a license branch, a public assistance agency, an agency serving disabled persons, a county registration substation, or other "full service" voter registration agency to a county voter registration office. |
| **An individual sending voter registration applications from a Bureau of Motor Vehicles license branch, a Family and Social Services Administration (FSSA) office providing Temporary Assistance to Needy Families (TANF) or Medicaid program services; an agency providing Food Stamp services; an agency providing state funded programs primarily engaged in serving persons with disabilities; an agency designated as an additional "full service voter registration" agency under IC 3-7-18; or an Indiana State Department of Health (ISDH) office providing Women, Infants, and Children (WIC) program services must send these documents BY FIRST CLASS MAIL DELIVERY using the United States Postal Service OR BY HAND DELIVERY** and must include this transmittal with the paper copy of the registration documents**.** |
| **The agency or office may wish to retain a photocopy of this completed form when transmitting by first class U.S. mail.** |

TO:     The Voter Registration Officer of _____ County, Indiana

FROM:   _____

            _____

DATE:   _____, 20_____

In accordance with state law, **this agency or office transmits to you by** *(circle one)***:**

    **(1) Hand delivery; OR**

    **(2) First class U.S. mail**

the following voter registration material:

               _____ Number of Registration Applications

               _____ Number of Registration Declinations

Thank you for your assistance and cooperation.

Agency Employee or Representative: _____

Agency Name and/or Identification Number: _____



**AFFIDAVIT OF COUNTY VOTER REGISTRATION OFFICER**      **(VRG-21)**
**CONCERNING VOTER LIST MAINTENANCE**
State Form 47858 (R7/10-17)
Indiana Election Division (IC 3-7-12-27)

---

**INSTRUCTIONS:** This form must be completed by the county voter registration officer (in a county with no board of registration, the circuit court clerk; in a county with a board of registration, the two board members; in Lake County, the election director of the board of elections and registration; in Tippecanoe County, the board of elections and registration). The form must be filed with the **election division not later than noon 77 days before each primary, general, or municipal election,** and after the voter list maintenance programs required by state law, are completed. These programs must be completed no later than 90 days before each election.

---

**STATE OF INDIANA**      )
         ) SS:
**COUNTY OF** _____ )


The undersigned individual(s), who serve as the county voter registration officer(s) of this county, being duly sworn on the individual(s) oath(s) do swear or affirm the following:

1.  I (We) serve as the county voter registration officer(s) for _____ County.

2.  The voter list maintenance programs required under Indiana Code 3-7 have been conducted in accordance with state and federal law.

3.  The registrations of voters required to be canceled under the voter list maintenance program have been canceled.

| Signature | Printed Name | Title |
|---|---|---|
|  |  |  |
| Signature | Printed Name | Title |
|  |  |  |

I certify that this oath was subscribed and sworn (or affirmed) to before me, this the _____ day

of _____, 20_____:


_____
*(Signature)*

*(If the person administering the oath is not the Circuit Court Clerk, add the date the person's commission expires and the county in which the person resides.)*

STATE OF _____ )
                     ) SS:
COUNTY OF _____ )

Subscribed and sworn to before me this _____ day of _____, 20____.

SEAL

_____
Notary Public or Other Official Administering Oath according to IC 33-42-4-1 or IC 33-42-9

My Commission expires *(applies only to Notary Public)*: _____

County of Residence: _____



**APPLICATION FOR COUNTY VOTER REGISTRATION**      **(VRG-24)**
**COMPUTERIZED DATA**
State Form 48648 (R4 / 10-13)
Approved by State Board of Accounts for Miscellaneous Counties, 2013
Indiana Election Commission (IC 3-7-27-6; 3-14-6-2)

---

**INSTRUCTIONS:** Mail / Bring this completed form and payment to the county voter registration office.

---

I request a copy of the county computerized voter registration information in accordance with Indiana Code 3-7-27-6.
The entity purchasing this information is *(check one)*:

☐ A central committee of a major political party.

☐ An organization of a bona fide political party that is not a major political party. This party has at least two (2)
    candidates on the ballot at the next election.

☐ A committee of an independent candidate for federal or state office. This candidate is on the ballot at the next
    election.

☐ News media and will use this data for news broadcasting or publishing or otherwise in compliance with
    IC 3-7-27-6(d).

☐ Other *(please specify)* _____

I understand that the county cannot warrant the accuracy or completeness of the data. I agree that:

(1) I will not use this data to solicit merchandise, goods, services, or subscriptions for a purpose other than political
     activities or political fundraising activities.

(2) I will not sell, loan, give away or otherwise deliver to any other person *(as defined by IC 5-14-3-2)* for a purpose
     other than political activities or political fundraising activities.

Indiana Code 3-14-6-2 provides: (a) This…does not apply to: (1) political activities; or (2) political fundraising activities.
(b) A person who uses voter registration information… to solicit the sale of merchandise, goods, services, or
subscriptions commits a Class B infraction…(d) A person who: (1) has previously received a judgment for committing
an infraction under this section; and (2) knowingly or intentionally uses voter registration information in violation of this
section; commits a Class A misdemeanor.

| Signature of Applicant | Printed Name of Applicant |
|---|---|
| Address of Applicant *(City, State, ZIP Code)* | Telephone Number |

I enclose a check for $ _____ payable to _____.
                    *(insert required amount)*

☐ Approved    ☐ Denied    _____ COUNTY   DATE _____/_____/_____
                         voter registration office

| Signature of Voter Registration Official | Signature of Voter Registration Official |
|---|---|
| Printed name of Voter Registration Official | Printed name of Voter Registration Official |

**OFFICE USE ONLY:**
☐ County-Wide      ☐ Township      ☐ Precinct    ☐ Vote History/Voter Registration/Walking List
                                                       *(circle applicable items)*

☐ Received by Applicant    DATE _____/_____/_____

**UNIFORMED SERVICES VOTER REGISTRATION CERTIFICATE**          **(ABS-11)**
State Form 51261(R3 / 8-14)
Indiana Election Commission (IC 3-7-36-14)

**INSTRUCTIONS:** An absent uniformed services voter may register after registration closes and after seven (7) days before election day if the voter meets the qualifications and provides the documents set forth in IC 3-7-36-14 (ABS-13). The voter may then vote in this election by absentee ballot in the office of the circuit court clerk. The circuit court clerk then issues this certificate certifying that the voter registered under this procedure and attaches this certificate to the voter's absentee ballot envelope. The ballot envelope with attached certificate shall be forwarded to the precinct where the voter is registered. The inspector shall remove this certificate when processing this absentee ballot and shall attach this certificate to the poll list in the presence of the poll clerks and the poll clerks shall sign a statement indicating that the inspector did so.

STATE OF INDIANA ) TOWNSHIP OR WARD_____)
                 ) SS:                                   ) SS:
COUNTY OF _____ ) PRECINCT _____)

# ABSENT UNIFORMED SERVICES VOTER CERTIFICATE

### To the inspector of this precinct:  This certifies that

| Name of Voter | Voter's Date of Birth *(mm/dd/yy)* _____/_____/_____ | Voter Identification Number |
|---|---|---|
| Voter's Registration Address *(number and street)* | City | ZIP Code |

registered to vote under IC 3-7-36-14 in the precinct where the person resides and for which you serve as inspector. Under IC 3-7-36-14, this voter is entitled to vote in this election by absentee ballot in the office of the circuit court clerk. This certificate is attached to the absentee ballot of a voter who registered to vote, and voted, pursuant to IC 3-7-36-14.

**SO CERTIFIED THIS THE _____ DAY OF _____, 20_____.**

| Circuit Court Clerk Signature |
|---|
| |

**THE POLL CLERKS ACKNOWLEDGE BY THEIR SIGNATURE BELOW THAT THE INSPECTOR ATTACHED THIS CERTIFICATE TO THE POLL LIST IN THE PRESENCE OF THE POLL CLERKS.**

| Poll Clerk Signature | Poll Clerk Signature |
|---|---|
| | |



**AFFIDAVIT FOR LATE VOTER REGISTRATION BY
ABSENT UNIFORMED SERVICES VOTER IN 2018**                  **(ABS-13)**

State Form 51263 (R14 / 10-17)
Indiana Election Division (IC 3-7-36-14)

---

**INSTRUCTIONS:** This affidavit is used **only for an absent uniformed services voter** *(or the voter's spouse or dependent)* who is otherwise entitled to vote in Indiana if the voter was absent from Indiana during the previous registration period. **This voter may apply to register to vote** after the close of registration and beginning on the seventh day before election day and **until noon election day** if the voter: (1) returned to Indiana beginning on the seventh day before election day, and before noon election day; (2) shows the county registration office a discharge dated on or after the beginning of the preceding registration period or a government movement order with a reporting date on or after the beginning of the preceding registration period; (3) completes a registration application; and (4) signs an affidavit that the voter has not voted at any other precinct in the election.  A voter who registers under this procedure is entitled to vote in the upcoming election **by absentee ballot at the office of the circuit court clerk** any time after the voter registers and until noon election day.

---

**STATE OF INDIANA**


**COUNTY OF** _____


---

**I affirm each of the following:**

1.  I am either: (a) A member of a uniformed service on active duty who, by reason of active duty, was absent from the place of my residence where I am otherwise qualified to vote; (b) A member of the merchant marine who, by reason of service in the merchant marine, was absent from the place of residence where I am otherwise qualified to vote; (c) A member of the Indiana national guard deployed or on assignment outside Indiana; or (d) A spouse or dependent of a member referred to in (a), (b) or (c) above who, by reason of the active duty or service of the member, is absent from the place of residence where the spouse or dependent is otherwise qualified to vote.

2.  I have been absent from Indiana by reason of my service *(or I am the spouse or dependent of a member described in paragraph 1(a), (b) or (c) and have been absent from Indiana by reason of that member's service)* as indicated in paragraph 1 since December 1, 2016 through April 30, 2018 for the primary election OR since May 22, 2018 through October 29, 2018 for the general election.

3.  I returned to Indiana after April 30, 2018, and before noon election day, May 8, 2018 for the primary election OR I returned to Indiana after October 29, 2018 but before noon election day, November 6, 2018 for the general election.

4.  I *(or my spouse or dependent)* have shown the county registration official a discharge dated on or after December 1, 2016 or a government movement order with a reporting date on or after December 1, 2016 for the primary election OR dated on or after May 22, 2018 for the general election.

5.   I have completed a registration application.

6.  I have completed an absentee ballot application.

7.  I have not voted at any other precinct in this election.

---

| Name of Voter | Printed Name of Voter |
|---|---|
| | |

# Voter Registration Application

**Before completing this form, review the General, Application, and State specific instructions.**

| Are you a citizen of the United States of America? ☐ Yes ☐ No | This space for office use only. |
|---|---|
| Will you be 18 years old on or before election day? ☐ Yes ☐ No | |
| **If you checked "No" in response to either of these questions, do not complete form.** (Please see state-specific instructions for rules regarding eligibility to register prior to age 18.) | |

**1** ☐ Mr. ☐ Miss ☐ Mrs. ☐ Ms. | Last Name | First Name | Middle Name(s) | ☐ Jr ☐ Sr ☐ II ☐ III ☐ IV

**2** Home Address | Apt. or Lot # | City/Town | State | Zip Code

**3** Address Where You Get Your Mail If Different From Above | City/Town | State | Zip Code

**4** Date of Birth ____ ____ ____ Month Day Year

**5** Telephone Number (optional)

**6** ID Number - (See item 6 in the instructions for your state) _____

**7** Choice of Party (see item 7 in the instructions for your State)

**8** Race or Ethnic Group (see item 8 in the instructions for your State)

**9** I have reviewed my state's instructions and I swear/affirm that:
- I am a United States citizen
- I meet the eligibility requirements of my state and subscribe to any oath required.
- The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be fined, imprisoned, or (if not a U.S. citizen) deported from or refused entry to the United States.

Please sign full name (or put mark) ▲

Date: ____ / ____ / ____ Month Day Year

**If you are registering to vote for the first time:** please refer to the application instructions for information on submitting copies of valid identification documents with this form.

## Please fill out the sections below if they apply to you.

If this application is for a **change of name**, what was your name before you changed it?

**A** ☐ Mr. ☐ Miss ☐ Mrs. ☐ Ms. | Last Name | First Name | Middle Name(s) | ☐ Jr ☐ Sr ☐ II ☐ III ☐ IV

If you were **registered before but this is the first time you are registering from the address in Box 2**, what was your address where you were registered before?

**B** Street (or route and box number) | Apt. or Lot # | City/Town/County | State | Zip Code

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

**C**
- Write in the names of the crossroads (or streets) nearest to where you live.
- Draw an X to show where you live.
- Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark.

NORTH ➤

Example
Route #2
● Grocery Store
Woodchuck Road
Public School ●
X

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

**D**

## Mail this application to the address provided for your State.

## FOR OFFICIAL USE ONLY

FIRST CLASS
STAMP
NECESSARY
FOR
MAILING



# Voter Registration and Absentee Ballot Request
Federal Post Card Application (FPCA)

This form is for absent Uniformed Service members, their families, and citizens residing outside the United States. It is used to register to vote, request an absentee ballot, and update your contact information. See your State's instructions at FVAP.gov.

Print clearly in blue or black ink.

## 1. Who are you? Pick one.

I request an absentee ballot for all elections in which I am eligible to vote AND:

☐ I am on active duty in the Uniformed Services or Merchant Marine -OR- ☐ I am an eligible spouse or dependent.
☐ I am an activated National Guard member on State orders.
☐ I am a U.S. citizen living outside the country, and I intend to return.
☐ I am a U.S. citizen living outside the country, and my return is uncertain.
☐ I am a U.S. citizen living outside the country, and I have never lived in the United States.

| Last name | | Suffix (Jr., II) | | Sex | ☐ Female ☐ Male |
| First name | | Previous names (if applicable) | | | |
| Middle name | | Birth date (MM/DD/YYYY) | /  / | | |
| Social Security Number | __ __ __ - __ __ - __ __ __ __ | Driver's license or State ID # | | | |

## 2. What is your address in the U.S. State or territory where you are registering to vote and requesting an absentee ballot?

Your voting materials will not be sent to this address. See instructions on other side of form.

| Street address | | Apt # | |
| City, town, village | | State | |
| County | | ZIP | |

## 3. Where are you now? You must give your CURRENT address to receive your voting materials.

Your mailing address. (Different from above)

Your mail forwarding address. (If applicable)

## 4. What is your contact information? This is so election officials can reach you about your request.

Provide the country code and area code with your phone and fax number. Do not use a Defense Switched Network (DSN) number.

| Email: | | Phone: | |
| Alternate email: | | Fax: | |

## 5. What is your voting preference? Select One.

How do you want to receive voting materials from your election office?

☐ Mail
☐ Email or online
☐ Fax

What is your political party for primary elections?

## 6. What additional information must you provide?

The following need more information: Alaska, Arizona, Puerto Rico, Vermont, and Virginia. (Ex. Proof of residency, employer, etc.) You may also use this space to clarify your voter information. See the *Voting Assistance Guide* at FVAP.gov.

## 7. You must read and sign this statement.

**I swear or affirm, under penalty of perjury, that:**
- The information on this form is true, accurate, and complete to the best of my knowledge. I understand that a material misstatement of fact in completion of this document may constitute grounds for conviction of perjury.
- I am a U.S. citizen, at least 18 years of age (or will be by the day of the election), eligible to vote in the requested jurisdiction, and
- I am not disqualified to vote due to having been convicted of a felony or other disqualifying offense, nor have I been adjudicated mentally incompetent; or if so, my voting rights have been reinstated; and
- I am not registering, requesting a ballot, or voting in any other jurisdiction in the United States, except the jurisdiction cited in this voting form.





Today's date (MM/DD/YYYY)   /  /

## You can vote wherever you are.

### 1. Fill out your form completely and accurately.

- Your U.S. address is used to determine where you are eligible to vote absentee. For military voters, it is usually your last address in your State of legal residence. For overseas citizens, it is usually the last place you lived before moving overseas. You do not need to have any current ties with this address. DO NOT write a PO Box # in section 2.

- Most States allow you to provide a Driver's License number or the last 4 digits of your SSN. Some States require a full SSN. See your State's guidelines at FVAP.gov.

- Most States require you to specify a political party to vote in primary elections. This information may be used to register you with a party.

- We recommend that you complete this form every year while you are an absentee voter.

### 2. Remember to sign this form!

### 3. Remove the adhesive liner from the top and sides. Fold and seal tightly.

- You can find the address for your election office at FVAP.gov.

- All States accept this form by mail, but they vary on email and fax. See your State's rules in the *Voting Assistance Guide* at FVAP.gov.

### Questions? Email vote@fvap.gov

### Agency Disclosure Statement

The public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden to: Department of Defense, Washington Headquarters Services, Executive Services Directorate, Information Management Division, 4800 Mark Center Dr., East Tower, Suite 03F09, Alexandria, VA 22350-3100. [OMB Control #0704-0503]. Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. DO NOT RETURN YOUR FORM TO THE ADDRESS ABOVE.

### Privacy Act Statement

**Authority:** The authority to collect your personal information on this form comes from 52 U.S.C. § 20301, "Uniformed and Overseas Citizens Absentee Voting Act (UOCAVA)."

**Principal purpose:** This form serves as an application for registration and/or request for an absentee ballot for all persons covered by UOCAVA.

**Routine use(s):** There is no retention of this information by the Federal government. Completed forms are sent by you to an appropriate State election official.

**Disclosure:** Your disclosure of personal information is voluntary. However, failure to provide the requested personal information may keep the pertinent jurisdiction from processing this request and may prevent you from voting absentee.

The address can be found online at FVAP.gov.)
(Fill in the address of your election office.

To

NO POSTAGE NECESSARY IN THE U.S. MAIL – DMM 703.8.0

OFFICIAL ABSENTEE BALLOTING MATERIAL – FIRST CLASS MAIL



U.S. Postal Service, APO/FPO/DPO system, or diplomatic pouch.
International airmail postage is required if not mailed using the

### From
(Your name and mailing address)

PAR AVION



39 USC 3406
U.S. Postage Paid