# Exhibit 20

# Multi-State Voter List Maintenance Step-by-Step

*Please read this entire document before trying to complete the Multi-State Voter List Maintenance Process. The guidelines provided here describe one option or series of steps to complete the task described. Other alternative steps may be available. If you have any questions about this information, please do not hesitate to contact the IN SVRS Help Desk.*

# Multi-State Voter List Maintenance Step-by-Step

# Table of Contents

Multi-State Voter List Maintenance Overview ................................................................................................ 3

    Step 1 .................................................................................................................................................... 4

    Step 2 .................................................................................................................................................... 5

# Multi-State Voter List Maintenance Step-by-Step

| Name | Date | Reason for Change |
|---|---|---|
| **Tyler Johnson** | 4/20/2017 | Updates |
| **Tyler Johnson** | 6/21/17 | Reference to confidence factor changed from 70% to 75%. Example of new mailed inserted on page 6. |

Multi-State Voter List Maintenance Step-by-Step

## Multi-State Voter List Maintenance Overview

A new hopper will appear in SVRS named "Interstate Crosscheck". Records will appear in the hopper if they match records from other states with a confidence of 75% or greater.





Note: This task to be completed by February 2, 2016. Earliest date to begin task after the Primary is May 4, 2016.

Note: Clicking the Red X will remove the record from the Hopper.



**Multi-State Voter List Maintenance Step-by-Step**

**Step 1.** Click the last name hyperlink for a voter in the Interstate Crosscheck hopper.

The Following screen will appear.



IN SVRS Multi-State Voter List Maintenance Step-by-Step                                                      Page 4

# Multi-State Voter List Maintenance Step-by-Step

**Step 2.** From the drop down list select an action.



a. Match Approved: The record is processed from the hopper. NCOA mailer is generated. see next page for example.



b. Match Rejected: The record is removed from the hopper and the user is returned to the Interstate Crosscheck Hopper. The voter's registration record is not updated.

c. Research Needed: The user is returned to the interstate crosscheck hopper and the "R" column now displays "Yes".

**Multi-State Voter List Maintenance Step-by-Step**

---

## PROTECT YOUR INDIANA VOTER REGISTRATION RECORD!

Our office has received information that you may no longer reside at the residence address in Indiana noted below. Please take a moment to review this information and ensure your Indiana Voter Registration official has the most up-to-date address for voting purposes.

> Simply fill out, sign and return this form in the enclosed pre-paid envelope, and our staff will make one of the following changes:
> - Marking option 1 will result in NO change to your Indiana voter registration record.
> - Marking option 2 will result in a CANCELLATION of your county voter registration record. *Please contact your new county voter registration official to register to vote.*
> - Marking option 3 will result in an UPDATE of your Indiana voter registration record.

This letter must be <u>signed</u> and <u>returned</u> in the pre-paid envelope
<u>within 30 days</u> from the date of this mailing.

If you do not respond to this mailing or do not update your Indiana voter registration, you will be permitted to vote at the residence address noted below in the 2017, 2018, 2019 and 2020 elections, if otherwise eligible. If you do not return this letter AND do not vote in either the 2017, 2018, 2019 or 2020 elections, then your Indiana voter registration at the address listed below may be cancelled following the November 2020 election. Questions should be directed to your Indiana County Voter Registration office.

**Name: WAYNE O. WINNEY**

**Residence Address:**    **Mailing Address:**

6812 W AUGUSTA BLVD       6812 W AUGUSTA BLVD
YORKTOWN IN 47396-9334    YORKTOWN IN 47396-9334

**SELECT ONLY ONE:**

○ #1: The above Indiana residence address is my current address.

○ #2: I have moved my residence OUTSIDE of the county or the state of Indiana.
*Please contact your new county voter registration office to register to vote. Indiana residents with a valid Indiana driver's license can register to vote online at indianavoters.com.*

○ #3: My residence address has changed WITHIN the county to:

_____
Residence Street Address (NO PO BOXES)       City         State/Zip
*Provide mailing address if different from above residence address (if same, write "SAME"):*

_____
Mailing Address                              City         State/Zip

I swear or affirm, under the penalties for perjury, the accuracy of the information I provided. If I selected #2 above, I authorize my voter registration record at any previous residence address to be cancelled. If I selected #3 above, I authorize my voter registration record to be updated. **SIGN BELOW TO MAKE THIS CHANGE EFFECTIVE.**

**SIGNATURE** [ _____ ]

---