UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| INDIANA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP) and LEAGUE OF WOMEN VOTERS OF INDIANA,<br><br>                Plaintiffs,<br><br>   v.<br><br>CONNIE LAWSON, in her official capacity as the Indiana Secretary of State; J. BRADLEY KING, in his official capacity as Co-Director of the Indiana Election Division; ANGELA NUSSMEYER, in her official capacity as Co-Director of the Indiana Election Division,<br><br>                Defendants. | Docket No. 1:17-cv-02897 |

**DECLARATION OF OSCAR ANDERSON**

DECLARATION OF OSCAR ANDERSON

I, Oscar Anderson, hereby state, under penalty of perjury, that the following information is true to my knowledge, information, and belief:

Personal Background and Position

1.     I am the co-president of the League of Women Voters of Indiana. I have served in that capacity since 2017.

2. In my capacity as co-president of the League of Women Voters of Indiana, I help coordinate the activities of our local leagues on a number of statewide matters. I communicate regularly with local leagues on their voter registration and voter education activities.

3. I am also a member of the Montgomery County League of Women Voters. Prior to becoming co-president of the state league, I was on the board of the Montgomery League and in charge of programs.

4. I first became involved with the league indirectly. Fifty years ago, when I lived in Chicago, my then-roommate's mother was the past president of the Chicago League of Women voters. She first got me involved in registering people to vote. Although I could not join the League of Women Voters at that time, when I moved to Indiana five years ago I joined my local league.

League of Women Voters of Indiana

5. The League of Women Voters of Indiana, founded in 1920, is a separately incorporated entity affiliated with the League of Women Voters of the United States, founded the same year. The Indiana League and its local affiliates are nonpartisan political organizations that encourage informed and active participation in government, and fight to improve our systems of government and to impact public policies. Local leagues have promoted this mission through citizen education and advocacy by registering voters, educating the public on voting rights and other public policy issues, and hosting events. We have also advocated for policies that support our mission and the public interest.

6. Ever since its inception, the main purpose of the League has been to encourage people to vote (including by registering them to vote), keep them informed as voters, and also

seek out information from candidates and public officials to serve the electorate and the citizenry.

7.      The Indiana League is active throughout the state, with 23 local leagues (plus two more in the process of formation) and more than 1,300 members.

League Voter Registration Activities

8.      Indiana League members, primarily through our local leagues, have run voter registration drives since our founding. Registering voters is a core activity for the League. Voter registration is vital to our mission because the right to vote cannot be exercised if people are not registered.

9.      I have been informed by local leagues that they have conducted at least 164 voter registration events and registered at least 3,200 voters since 2016. This understates the total number of voters we have registered because it does not reflect the registration drives of all of our local leagues, or voter registration events in which leagues assisted.

10.     The League considers voter registration drives to be critical in ensuring voters get on the rolls. The league conducts drives at community events where League members are likely to encounter unregistered voters, such as art fairs and farmers markets. Local leagues plan registration drives by identifying the places where they might be able to reach the most people. The League especially tries register members of communities that typically have a more difficult time registering, such as students, the elderly, and members of minority communities.

11.     League members typically use the federal voter registration form created by the National Voter Registration Act when registering voters. Laptop computers are often used to register voters and to check voter registration status. I know of at least one local league that has purchased a laptop for this purpose.

3

12. When conducting registration drives, League members assist individuals in completing registration forms, collect the forms, and deliver them to election officials. League members do all of this, rather than simply handing out forms or giving completed forms back to voters to turn in themselves, because it ensures that form will be completed properly, and it ensures that the form will be turned in. It is the League's experience that if you tell a voter to fill out and turn in a form on his or her own, it is less likely to be completed.

13. League members often ask for contact information from people whom they register to vote so they can follow up with them (with their permission) to make sure they vote or give them other information about elections.

14. League members regularly remind voters they have registered of upcoming civic events and elections. We do this to reduce the chance that voters we have registered will be prevented from casting ballots because of lack of information or problems due to registration mistakes or other errors.

15. Beyond organized drives, League members take any opportunity to register voters. For example, I frequently ask people if they are registered to vote. If a server at a restaurant asks me if I have any questions, I will answer, "Yes, are you registered to vote?" This type of non-stop civic engagement is typical of League members.

Other League Voter Engagement Activities

16. The League also encourages voter engagement through community events it sponsors, such as candidate forums. At these events, candidates present information about their positions on issues. League members also use these opportunities to register voters.

17. In the lead-up to elections and on Election Day, local leagues often participate in the League of Women Voters of the United States' national "Vote 411" program, which provides voter assistance and information from candidates.

18. League members serve as observers in polling places. In this capacity, they ensure that lines are not too long and that voters are treated with respect and are able to cast ballots, especially the disabled or otherwise impaired.

19. The League has also advocated for policies that make it easier for eligible Hoosiers to cast ballots and otherwise reform elections. For example, the League has opposed unnecessarily strict voter identification requirements, advocated for longer polling place hours, lobbied for redistricting reform, and pushed for extended early voting opportunities.

20. The national League strongly supported the enactment and enforcement of the NVRA, including by testifying before Congress in favor of the bill. The League supported and continues to support the statute's aims at increasing the number of eligible citizens who are registered to vote by providing reasonable, uniform, and nondiscriminatory voting procedures.

<u>Crosscheck Program</u>

21. It is my understanding that under S.B. 442, passed last year, Indiana election officials will be using the Interstate Voter Registration Crosscheck program to remove voters from registration lists immediately, without notice, an opportunity for the voter to respond, or a waiting period. Voters who are purged in error will therefore have no warning or opportunity to correct the error.

22. I have heard numerous concerns about voters being purged. As a result of the new law, the League has already devoted resources to ensuring that voters are checking their

registrations to make sure they have not been purged. For example, we created a poster and a resource on our website encouraging voters to check their registration status.

23. I understand that voters could be removed using the Crosscheck program, and without prior notice, as soon as July 1, 2018. It is my opinion that purging voters immediately through the Crosscheck program would harm voters and interfere significantly with the League's ability to boost voter engagement.

24. Because voters will be removed without prior notice, we will have no way of knowing in advance whether a League member will be removed from the voter rolls, which could happen shortly before the November 2018 elections. If they are removed in this time window, there will be very little time to correct errors. For League members, for whom civic participation and voter registration are core activities, the prospect of being removed from the voter rolls in this manner would be very alarming.

25. Because of the lack of notice that will accompany the removals, we also will have no way of knowing whether voters whom League members have registered will be removed from registration lists between July 1, 2018 and the election. It would defeat the entire purpose of registering eligible Hoosiers to vote if they were then erroneously deleted from the registration list. Because of the impending date of removal and the lack of notice given to voters or the public, there will be little time to correct mistakes even if they could be discovered.

26. In addition to direct voter removals, using the Crosscheck program in this manner will create problems at polling places which will frustrate the League's efforts to ensure smooth and voter-friendly Election Day experiences.

27. I have served as both a League poll observer and an election judge. I have found that voters missing from the poll book is one of the most common problems on Election Day.

The Crosscheck purge could lead to more voters being missing from the poll book when they show up to vote.

28. If voters are missing from the poll book, they may not be allowed to vote ballots that count on Election Day. My experience is that when a voter is missing from the poll book, the voter may be required to cast a provisional ballot. The provisional ballot is extremely onerous for the voter. The voter must go through the additional time and hassle of filling out paperwork in order to cast a ballot. I have seen this process take up to an hour. If poll workers contact county offices to try to find information about voters, this can take even longer. If a voter is given a provisional ballot, the voter then has to do additional follow-up after Election Day to get the provisional ballot counted.

29. In my experience, the problem of voters missing from the rolls, and the provisional ballot process, which can take up to an hour per voter, typically takes up a lot of time for poll workers as well. The more experienced poll workers, the election inspectors and judges, typically have to handle these situations.

30. The delays in handling provisional ballots and other problems with voters missing from the poll book are passed on to voters. Because the more experienced election workers are dealing with the problem, there are fewer resources available for getting ballots to voters and keeping the lines moving. This will frustrate League poll observers and election judges' goals of keeping the voting running smoothly.

31. If voters are purged erroneously and prevented from casting ballots because of problems at the polls, those problems cannot be remedied after Election Day. Even if the League could somehow identify voters they had previously registered who were then purged prior to the 2018 election, and subsequently register them to vote again after November, those voters would

still have lost the opportunity to vote in 2018. When citizens are disenfranchised inappropriately and not able to participate, it diminishes the entire process and sullies the results, regardless of whether one agrees with the outcome of the elections.

32. In addition, combating the effects of an illegal voter purge months before the election will consume significant League resources. Any time League members spend addressing the risk of the voter purge by educating voters or re-registering purged voters takes away time and resources that could otherwise be spent registering voters or assisting voters with other purposes.

33. The League has limited time and money. We have one part-time staff member who is paid approximately $1,500 per year for limited work. The rest of the League's work is done by volunteers. Our annual funding is typically less than $60,000, per year, primarily from member dues and donations. This budget, along with additional expenditures which League members pay for out of pocket, is almost entirely devoted to voter engagement activities. For example, we spend a large amount of money on printing and copying voter registration and voter engagement materials.

34. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of March, 2018.

_____
Oscar Anderson
Co-President
League of Women Voters of Indiana