UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| INDIANA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP) and LEAGUE OF WOMEN VOTERS OF INDIANA,<br><br>Plaintiffs,<br><br>v.<br><br>CONNIE LAWSON, in her official capacity as the Indiana Secretary of State; J. BRADLEY KING, in his official capacity as Co-Director of the Indiana Election Division; ANGELA NUSSMEYER, in her official capacity as Co-Director of the Indiana Election Division,<br><br>Defendants. | Docket No. 1:17-cv-02897 |

**DECLARATION OF BARBARA BOLLING-WILLIAMS**

DECLARATION OF BARBARA BOLLING-WILIAMS

I, Barbara Bolling-Williams, hereby state, under penalty of perjury, that the following information is true to my knowledge, information, and belief:

Personal Background and Position

1. I am the President of the Indiana State Conference of the National Association for the Advancement of Colored People (the "NAACP"). I have served in that capacity since 2003. I also serve on the National Board of the NAACP.

2. Prior to my current position, I also served as 1st vice president of the State Conference and president of the Gary Branch.

3. In my capacity as President of the NAACP, I help coordinate the activities of our branches, college chapters, and youth councils on a number of statewide matters. I communicate regularly with our local units on their voter registration and voter education activities.

4. I first became involved in the NAACP in 1990, after I moved to Fort Wayne, Indiana for a federal clerkship after law school. In the course of meeting people in the community, I met the then-Secretary of the Fort Wayne branch.

Indiana State Conference of the NAACP

5. The Indiana State Conference of the NAACP is a nonpartisan, nonprofit unit of the national body that was chartered in 1940. The NAACP was founded with the purpose of assisting African-American citizens to ensure political, educational, social, and economic equality of rights for all persons and to fight against racial discrimination. Within the State of Indiana we have approximately 5,000 members spread across 27 units comprised of 17 active branches, 6 college chapters, and 4 youth councils.

6. Since its founding, promoting civic engagement has been vital to the NAACP's mission. The NAACP fulfills this mission by registering voters, educating voters, helping voters get to the polls, monitoring the polls, and advocating for policies that ensure the election system is accessible and free from discrimination.

NAACP Civic Engagement Efforts

7. As it has done historically, prior to the 2016 election the NAACP launched a voter registration campaign focused on increasing minority representation in the states with the lowest rates of registration amongst minorities, including Indiana. Last year, through its local

units, the NAACP held at least 75 voter registration drives. We have held numerous additional voter registration events in 2017 and 2018.

8. When NAACP volunteers register voters, they use the federal voter registration form created by the National Voter Registration Act ("NVRA"). Volunteers collect voters' contact information so we can contact them regarding events and candidate forums. We also use the contact information as part of our get-out-the-vote efforts; for example, we tell voters when early voting has started or ask them if they need rides to the polls.

9. The NAACP's voter registration and civic engagement efforts are a critical part of our mission of empowering minority voters by helping them overcome obstacles to participation. Historically, both in Indiana and throughout the country, voter registration and election practices have interfered with the ability of minority, low-income, and other traditionally disenfranchised communities to participate in democracy.

10. On Election Day, we have volunteers at an office monitoring phones in case people need to report problems voting. We also have volunteers out in the field to assist voters and contact election officials as needed.

11. We assist voters we have registered because while getting voters on the rolls is important, it is another thing entirely to get them across the finish line and casting ballots. Even for those who are on the rolls, my experience is that voters continue to face obstacles to casting ballots, which can be caused by problems such as registration cancelations, changes of address, or changed polling places.

12. We have also engaged in legal action to enforce federal protections for the right to vote free of discrimination, including the NVRA and the Voting Rights Act. For example, in 2009 we brought a lawsuit to ensure that public assistance agencies in Indiana distribute voter

registration forms as required by the NVRA, which we settled in 2011. We have challenged election practices in multiple counties in the state on the grounds of race discrimination, including a lawsuit challenging early voting practices in Marion County and another challenging precinct consolidation in Lake County, both brought under the Voting Rights Act among other claims.

13. We also advocate for policies that prevent discrimination in the democratic process. For example, we are advocating for changes in practices that interfere with community members' ability to approve education policies through duly elected school boards in Lake County.

Crosscheck Program

14. It is my understanding that under SB 442, passed last year, Indiana election officials will be using the Interstate Voter Registration Crosscheck program to remove voters from registration lists immediately, without notice, an opportunity for the voter to respond, or a waiting period. Voters who are purged in error will therefore have no warning or opportunity to correct the error. I understand that that voters could be removed using the Crosscheck program, and without prior notice, as soon as July 1, 2018.

15. I am concerned that using Crosscheck in this way will disproportionately harm minority voters. African-Americans and other minority groups are more likely to have common shared names, and therefore could be more likely to be identified by the Crosscheck program.

16. Because voters will be removed without prior notice, we will have no way of knowing in advance whether an NAACP member will be removed from the voter rolls, which could happen shortly before the November 2018 elections. If they are removed in this time window, there will be very little time to correct errors. Because the majority of NAACP

members are African-American, they could be disproportionately likely to be removed under the program.

17. Because of the lack of notice that will accompany the removals, we also will have no way of knowing whether voters whom we have registered will be removed from registration lists between July 1, 2018 and the election. It would defeat the entire purpose of registering voters if they were then erroneously deleted from the registration list. This would directly interfere with our goal of helping these voters overcome registration barriers. Because of the impending date of removal and the lack of notice given to voters or the public, there will be little time to correct mistakes even if they could be discovered.

18. We focus our efforts on boosting minority participation in part because, in my experience, problems in the election system often disproportionately burden African-American voters. For example, early voting limitations, precinct changes, and voter identification requirements have all posed particular problems for African-American voters. Immediate removal through Crosscheck could operate in the same way, and exacerbate existing problems.

19. I am concerned that voters who are removed in error will not be permitted to vote on Election Day or will have to vote using provisional ballots. In addition, delays at the polling place related to voter registration problems could burden other voters by increasing waiting times to vote. Already, many polling places with higher African-American populations have long lines and other problems at the polls.

20. As a poll monitor, I have witnessed voters being given provisional ballots. The provisional ballot process is very difficult for voters. For example, voters typically have to go to the county office soon after the election to get their ballot counted. In Lake County, the office is only open between 8 a.m. and 4:30 p.m. For those reliant on public transportation, it is extremely

difficult to get to. I know an individual who had to travel to the county office using public transportation. She had to take two buses and a train to get there, and the trip took eight hours.

21. The NAACP has already expended effort to try to reduce these disparities, but problems connected to Crosscheck removals could make them even worse. I am concerned that Crosscheck will cause us to expend our limited financial resources on rolling back the effects of the bill.

22. We have already expended, and will continue to expend, needed resources combating the effects of the Crosscheck program. For example, I have spoken with officials and civic groups about the issue in other parts of the state. We have encouraged voters to contact their representatives to express their concerns about the use of Crosscheck. We will have to expand our voter education and poll monitoring programs to address the effects of the law should it go into effect.

23. The NAACP has very limited resources. The Indiana State Conference has no annual funding or paid staff; we are run entirely by volunteers. The branches typically have budgets of $6,000 to $7,000 per year that are spent on communications, copying costs, training, and rent (in the case of one branch). We are very thinly spread as it is, and combating the effect of a potential Crosscheck purge is draining resources we could be using to deal with all of the other issues we work on.

24. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of March, 2018.

_/s/ Barbara Bolling-Williams_
Barbara Bolling-Williams
President
Indiana State Conference of the NAACP