UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP) and LEAGUE OF WOMEN VOTERS OF INDIANA,<br><br>Plaintiffs,<br><br>v.<br><br>CONNIE LAWSON, in her official capacity as the Indiana Secretary of State; J. BRADLEY KING, in his official capacity as Co-Director of the Indiana Election Division; ANGELA NUSSMEYER, in her official capacity as Co-Director of the Indiana Election Division,<br><br>Defendants. | Docket No. 1:17-cv-02897-TWP-MPB |

## ORDER

Plaintiffs having filed their Unopposed Motion for Leave to Accept Late Filing on March 9, 2018 (Dkt. 45), and the Court having read and reviewed the same and being duly advised, the Court now finds that said Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiffs' motion for preliminary injunction and supporting papers (Dkts. 41-44) are accepted as timely.

**SO ORDERED.**

Date: 3/12/2018

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Cc:   All ECF-registered counsel of record