UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP) and LEAGUE OF WOMEN VOTERS OF INDIANA,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CONNIE LAWSON, in her official capacity as the Indiana Secretary of State; et. al.<br><br>　　　　Defendants. | Civil Action No. 1:17-cv-02897 |

**Defendants' Unopposed Motion for
Extension of Time to Respond to Motion for a Preliminary Injunction**

Connie Lawson, Angela Nussmeyer, and J. Bradley King (collectively, "the State) respectfully move the Court for a one-day extension of time to respond to Common Cause's Motion for a Preliminary Injunction. The State shows the Court the following in support:

1. This Court issued an order setting a briefing schedule on the plaintiffs' request for a preliminary injunction. Dkt. 35. Plaintiffs were to file their motion and supporting brief by March 7, 2018; the defendants were to file a response by April 11; the plaintiffs were to file their reply brief by April 18. Plaintiffs subsequently asked for a one-day extension of time, and that motion for was granted. Dkt. 40. Plaintiffs then filed their motion after that deadline, and the Court granted their motion to file their motion for a preliminary injunction on April 9, 2018.

2. The defendants seek a one-day extension of time because of other deadlines falling at this same time and the sheer mass of documents filed in this case and the related case, Common Cause v. Lawson, et al. 1:17-cv-03936. The new deadline would be April 12, 2018. In addition, the defendants also request that the plaintiffs' reply deadline be moved back one day as well, making their deadline April 19, 2018. The result here would be that all deadlines would be shifted back one day.

3. Undersigned counsel communicated with counsel for the plaintiffs on April 10, 2018. Common Cause does not object to this request.

4. The State requests this one-day extension of time under Federal Rule of Civil Procedure 6(b)(1)(A).

WHEREFORE, Defendants, by counsel, respectfully request that the deadlines for Defendants' response to Plaintiffs' motion for a preliminary injunction and Plaintiffs' reply in support both be extended by one day, and for all other appropriate relief.

>Respectfully submitted,
>
>CURTIS T. HILL, JR
>Attorney General of Indiana
>
>By: *s/ Jefferson S. Garn*
>Jefferson S. Garn
>Section Chief, Administrative and
>Regulatory Enforcement Litigation
>Atty. No. 29921-49

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2018, a copy of the foregoing was filed electronically using the Court's CM/ECF system, sending notice to the following party who may access this filing using the Court's system:

Trent A. McCain
Trent@McCain.Law

Myrna Pérez
myrna.perez@nyu.edu

Jonathan Brater
Jonathan.brater@nyu.edu

Sascha N. Rand
Ellyde R. Thompson
Geneva McDaniel
Alexandre J. Tschumi
sascharand@quinnemanuel.com

                                             *s/ Jefferson S. Garn*
                                             Jefferson S. Garn
                                             Section Chief, Administrative and
                                             Regulatory Enforcement Litigation

Office of the Attorney General
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN  46204
Phone: (317) 234-7119
FAX:  (317) 232-7979
Email:  Jefferson.Garn@atg.in.gov