UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP) and LEAGUE OF WOMEN VOTERS OF INDIANA, <br><br> Plaintiffs, <br><br> v. <br><br> CONNIE LAWSON, in her official capacity as the Indiana Secretary of State; et. al. <br><br> Defendants. | Civil Action No. 1:17-cv-02897-TWP-MPB |

## ORDER GRANTING DEFENDANTS' MOTION TO EXTEND DEADLINES

Defendants, by counsel, filed an *Unopposed Motion to Extend Preliminary Injunction Deadlines*. Defendants request that the two remaining deadlines on the preliminary injunction briefing schedule both be moved back one day. Having considered the motion, the Court now finds that the motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendants are **GRANTED** an extension of time, up to and including April 12, 2018, in which to respond to Plaintiff's request for a preliminary injunction, and Plaintiffs are granted until April 19, 2018, in which to reply in support of their motion.

Date: 4/12/2018

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Cc: All ECF-registered counsel of record