UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| INDIANA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP) and LEAGUE OF WOMEN VOTERS OF INDIANA,<br><br>Plaintiffs,<br><br>v.<br><br>CONNIE LAWSON, in her official capacity as the Indiana Secretary of State; J. BRADLEY KING, in his official capacity as Co-Director of the Indiana Election Division; ANGELA NUSSMEYER, in her official capacity as Co-Director of the Indiana Election Division,<br><br>Defendants. | Docket No. 1:17-cv-02897-TWP-MPB<br><br>**REPLY DECLARATION OF JONATHAN BRATER IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

I, Jonathan Brater, declare pursuant to 28 U.S.C. § 1746 as follows:

1.  I am counsel at the Brennan Center for Justice at New York University School of Law, co-counsel for Plaintiffs Indiana State Conference of the National Association for the Advancement of Colored People (NAACP) and League of Women Voters of Indiana in the above-captioned matter. I am a member in good standing of the Bar of the State of New York and I have been admitted or otherwise authorized to practice in this Court. I am fully familiar with all matters set forth in this Declaration, based on my own personal knowledge and information. I submit this reply declaration in support of Plaintiffs' Motion for a Preliminary Injunction, dated April 19, 2018.

2.  Indiana has a federal primary election on May 8, 2018, and a federal general election on November 6, 2018. A hearing on Plaintiffs' motion for preliminary injunction in the above-captioned matter was initially scheduled for March 9, 2018. The parties agreed to move the

date of the hearing to May 2, 2018. This agreement was contingent on Defendants' stipulation that no Crosscheck matches will be sent to counties prior to July 1, 2018, which is after the May 8, 2018 primary election, but prior to the November 6, 2018 general election. This schedule was acceptable to Plaintiffs because it would allow a hearing on the Plaintiffs' preliminary injunction motion before Crosscheck matches are sent to counties.

3. Attached hereto as Exhibit 1 is a true and correct copy of the webpage U.S. Department of Justice, *National Voter Registration Act of 1993 (NVRA)*, https://www.justice.gov/crt/national-voter-registration-act-1993-nvra (updated Aug. 7, 2017).

4. Attached hereto as Exhibit 2 is a true and correct copy of an email from Bryan A. Caskey, Kansas Director of Elections, to Angela Nussmeyer & Bradley King, et al. dated February 27, 2017.

5. Attached hereto as Exhibit 3 is a true and correct copy of a letter from Myrna Pérez and Sascha N. Rand to Connie Lawson dated May 25, 2017.

6. Attached hereto as Exhibit 4 is a true and correct copy of an excerpt of Indiana Election Division's 2016 Election Administration and Voting Survey Submission.

7. Attached hereto as Exhibit 5 is a true and correct copy of the U.S. Election Assistance Commission, *The Election Administration and Voting Survey: 2016 Comprehensive Report*.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 19, 2018 in New York, New York.

_____
Jonathan Brater

## CERTIFICATE OF SERVICE

I hereby verify that on this 19th day of April 2018, a copy of the foregoing (including exhibits) was filed electronically with the Clerk of this Court. Service of this filing will be made on all ECF-registered counsel by operation of the Court's filing system. Parties may access this filing through the Court's system.

                                      /s/ *Sascha N. Rand*

                                      Sascha N. Rand

Case 1:17-cv-02897-TWP-MPB   Document 53   Filed 04/19/18   Page 3 of 3 PageID #: 1404