# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP), LEAGUE OF WOMEN VOTERS OF INDIANA, <br><br>Plaintiffs, <br><br>v. <br><br>CONNIE LAWSON in her official capacity as Secretary of State for the State of Indiana, J. BRADLEY KING in his official capacity as Co-Director, Indiana Election Division, ANGELA NUSSMEYER in her official capacity as Co-Director of Indiana Election Commission, <br><br>Defendants. | No. 1:17-cv-02897-TWP-MPB |

## ENTRY FOLLOWING ORAL ARGUMENT HELD MAY 2, 2018

This matter is before the Court for hearing on Plaintiffs Indiana State Conference of the National Association for the Advancement of Colored People and the League of Women Voters of Indiana's Motion for Preliminary Injunction (dkt. 41 in case 1:17-cv-02897-TWP-MPB) and Plaintiff Common Cause Indiana's Motion for Preliminary Injunction (dkt. 74 in case 1:17-cv-3936-TWP-MPB). Plaintiffs Indiana State Conference of the National Association for the Advancement of Colored People and the League of Women Voters of Indiana appeared by counsel Myrna Perez, Jonathan Brater, Ellison Sylvina Ward Merkel and Sascha Rand. Plaintiff Common Cause Indiana appeared by counsel Matthew Jedreski and Sophia Lakin. Defendants appeared by counsel Jefferson S. Garn, Kyle Hunter, Aleksandrina Penkova Pratt, Kelly Thompson and Diana Moers. The Court Reporter was David Moxley.

Attorney Myrna Perez presented oral argument on behalf of Plaintiffs Indiana State Conference of the National Association for the Advancement of Colored People and the League of Women Voters of Indiana. Attorney Matthew Jedreski presented oral argument on behalf of Plaintiff Common Cause Indiana. Attorney Jefferson Garn presented oral argument on behalf of Defendants.

This matter was taken under advisement.

Date: 5/2/2018

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Jonathan Brater
BRENNAN CENTER FOR JUSTICE
jonathan.brater@nyu.edu

Matthew Richard Elliott
OFFICE OF THE INDIANA ATTORNEY GENERAL
Matthew.Elliott@atg.in.gov

Amanda Elizabeth Fiorini
INDIANA ATTORNEY GENERAL
Amanda.Fiorini@atg.in.gov

Jefferson S. Garn
INDIANA ATTORNEY GENERAL
Jefferson.Garn@atg.in.gov

Kyle Hunter
INDIANA ATTORNEY GENERAL
kyle.hunter@atg.in.gov

Trent A. McCain
MCCAIN LAW OFFICES, P.C.
Trent@McCain.Law

Ellison Sylvina Ward Merkel
QUINN EMANUEL URQUHART & SULLIVAN LLP
ellisonmerkel@quinnemanuel.com

Diana Lynn Moers Davis
INDIANA ATTORNEY GENERAL
diana.moers@atg.in.gov

Myrna Perez
BRENNAN CENTER FOR JUSTICE
perezm@brennan.law.nyu.edu

Aleksandrina Penkova Pratt
INDIANA ATTORNEY GENERAL
aleksandrina.pratt@atg.in.gov

Sascha N. Rand
QUINN EMANUEL URQUHART & SULLIVAN LLP
sascharand@quinnemanuel.com

Kelly Suzanne Thompson
INDIANA ATTORNEY GENERAL
kelly.thompson@atg.in.gov

Ellyde R. Thompson
QUINN EMANUEL URQUHART &
SULLIVAN LLP
ellydethompson@quinnemanuel.com

Alexandre J. Tschumi
QUINN EMANUEL URQUHART &
SULLIVAN LLP
alexandretschumi@quinnemanuel.com