UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP) and LEAGUE OF WOMEN VOTERS OF INDIANA,<br><br>        Plaintiffs,<br><br>v.<br><br>CONNIE LAWSON, in her official capacity as the Indiana Secretary of State; et. al.<br><br>        Defendants. | Civil Action No. 1:17-cv-02897-TWP-MPB |

**Joint Motion to Continue Status Conference**

The parties move the Court to continue the telephonic status conference scheduled for May 18, 2018, stating the following in support:

1. The Court issued an order setting a briefing schedule on the plaintiffs' request for a preliminary injunction, with a telephonic status conference to be held on May 18, 2018, at 9:30 am. Dkt. 25. This was set with the expectation that an order on the preliminary injunction would likely have been issued by that date. The Court, at the parties' request, subsequently modified the briefing schedule.

2. In light of the changed schedule, the parties do not have any additional information to discuss with the Court at this time, and consequently request that the Court continue the telephonic status conference to July 20, 2018, at 11:30 am.

WHEREFORE, the parties, by counsel, respectfully request that the status conference be continued and for all other appropriate relief.

        Respectfully submitted,

CURTIS T. HILL, JR
Attorney General of Indiana


By:   *s/ Jefferson S. Garn*
       Jefferson S. Garn
       Section Chief, Administrative and
       Regulatory Enforcement Litigation
       Atty. No. 29921-49



Attorneys for Plaintiffs

By:   *s/ Jonathan Brater*

       Myrna Pérez
       Jonathan Brater
       BRENNAN CENTER FOR JUSTICE
       AT NYU SCHOOL OF LAW
       120 Broadway, Suite 1750
       New York, NY 10271
       (646) 292-8310
       myrna.perez@nyu.edu

       Sascha N. Rand
       Ellyde R. Thompson
       Geneva McDaniel
       Ellison W. Merkel
       Alexandre J. Tschumi
       QUINN EMANUEL URQUHART &
       SULLIVAN, LLP
       51 Madison Avenue, 22nd Floor
       New York, NY 10010
       (212) 849-7000
       sascharand@quinnemanuel.com

       Trent A. McCain

                                          MCCAIN LAW OFFICES, P.C.
                                        5655 Broadway
                                        Merrillville, IN 46410
                                        (219) 884-0696
                                        trent@mccain.law

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2018, a copy of the foregoing was filed electronically using the Court's CM/ECF system, sending notice to the following party who may access this filing using the Court's system:

Trent A. McCain
Trent@McCain.Law

Myrna Pérez
myrna.perez@nyu.edu

Jonathan Brater
Jonathan.brater@nyu.edu

Sascha N. Rand
Ellyde R. Thompson
Geneva McDaniel
Alexandre J. Tschumi
sascharand@quinnemanuel.com

                                          _s/ Jefferson S. Garn_
                                          Jefferson S. Garn
                                          Section Chief, Administrative and
                                          Regulatory Enforcement Litigation

Office of the Attorney General
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN   46204
Phone: (317) 234-7119
FAX:   (317) 232-7979
Email:   Jefferson.Garn@atg.in.gov

3