UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP) and LEAGUE OF WOMEN VOTERS OF INDIANA, <br><br> Plaintiffs, <br> v. <br><br> CONNIE LAWSON, in her official capacity as the Indiana Secretary of State; J. BRADLEY KING, in his official capacity as Co-Director of the Indiana Election Division; ANGELA NUSSMEYER, in her official capacity as Co-Director of the Indiana Election Division, <br><br> Defendants. | Case No.: 1:17-02897-TWP-MPB |

## NOTICE OF APPEAL

Notice is hereby given that Indiana Secretary of State, Connie Lawson, Angela Nussmeyer and J. Bradley King, Co-Directors of the Indiana Election Division, defendants in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Judgment entered in this action on the 8th day of June, 2018.

Respectfully submitted,

CURTIS T. HILL, Jr.
Indiana Attorney General
Attorney No. 13999-20

Date: July 9, 2018    By:   *s/ Diana Moers Davis*
Diana Moers Davis, Deputy Attorney General
Attorney No. 28302-82

OFFICE OF INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, Indiana 46204-2770
Phone: (317) 234-7119
Fax:    (317) 233-6215
Email: Diana.Moers@atg.in.gov

CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2018, a copy of the foregoing was filed electronically using the Court's CM/ECF system, sending notice to the following party who may access this filing using the Court's system:

Jonathan Brater
Jonathan.brater@nyu.edu

Trent A. McCain
Trent@McCain.Law

Myrna Pérez
myrna.perez@nyu.edu

Jonathan Brater
Jonathan.brater@nyu.edu

Sascha N. Rand
Ellyde R. Thompson
Geneva McDaniel
Alexandre J. Tschumi
sascharand@quinnemanuel.com

                                            *s/ Diana Moers Davis*
                                            Diana Moers Davis

Office of the Attorney General
Indiana Government Center South
302 W. Washington St., 5th Floor

Indianapolis, IN   46204
Phone: (317) 233-6215
FAX:   (317) 232-7979
Email: Diana.Moers@atg.in.gov