UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al. | )<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) No. 1:17-cv-02897-TWP-MPB |
| CONNIE LAWSON, et al. | )<br>) |
| Defendants. | ) |

**MAGISTRATE JUDGE'S ORDER ON
TELEPHONIC STATUS CONFERENCE**

This matter came before the Honorable Matthew P. Brookman, United States Magistrate Judge, by telephone, at 11:30 a.m., Indianapolis time (EST), on July 20, 2018, for a conference under Rule 16, Federal Rules of Civil Procedure. Parties were represented by counsel.

Thereafter, the following **ORDERS** are entered:

1. Defendants are **GRANTED** leave to file a Motion to Stay on or before **August 10, 2018**. Plaintiffs shall file their Response to the Motion on or before **August 24, 2018**. Defendants shall file their Reply on or before **August 31, 2018**.

2. Parties shall meet and confer and file a proposed Case Management Plan, in the event a stay is not ordered, on or before **August 10, 2018**.

This order has been formulated after a conference at which the respective parties have appeared. Any party shall file any corrections or additions within fourteen (14) days after

receipt of this order.

**SO ORDERED.**

**Dated:** July 20, 2018

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**