**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| INDIANA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP) and LEAGUE OF WOMEN VOTERS OF INDIANA,<br><br>Plaintiffs,<br><br>v.<br><br>CONNIE LAWSON, in her official capacity as the Indiana Secretary of State; J. BRADLEY KING, in his official capacity as Co-Director of the Indiana Election Division; ANGELA NUSSMEYER, in her official capacity as Co-Director of the Indiana Election Division,<br><br>Defendants. | Civil Action N. 1:17-cv-02897-TWP-MPB |

**NOTICE OF SERVICE OF SETTLEMENT DEMAND**

Plaintiffs, by their counsel, notify the Court and all other parties that on this date, they

have served their settlement demand on counsel for the Defendants.

Respectfully submitted,

/s/ Jonathan Brater
 Myrna Pérez
 Jonathan Brater
 BRENNAN CENTER FOR JUSTICE
 AT NYU SCHOOL OF LAW
 120 Broadway, Suite 1750
 New York, NY 10271
 (646) 292-8310

*Counsel continued on next page*

1

Sascha N. Rand
Ellyde R. Thompson
Ellison Ward Merkel
Geneva McDaniel
Alexandre J. Tschumi
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

Trent A. McCain
MCCAIN LAW OFFICES, P.C.
5655 Broadway
Merrillville, IN 46410
(219) 884-0696

*Counsel for Plaintiffs Indiana State
Conference Of The National Association For
The Advancement Of Colored People
(NAACP) and League Of Women Voters Of
Indiana*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 20th day of December 2018, a true and

accurate copy of the foregoing was filed electronically. All ECF-registered counsel of record will

be served by operation of the Court's electronic system.


/s/ Jonathan Brater
Jonathan Brater
BRENNAN CENTER FOR JUSTICE
AT NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271