# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP) and LEAGUE OF WOMEN VOTERS OF INDIANA,<br><br>        Plaintiffs,<br><br>v.<br><br>CONNIE LAWSON, in her official capacity as the Indiana Secretary of State; J. BRADLEY KING, in his official capacity as Co-Director of the Indiana Election Division; ANGELA NUSSMEYER, in her official capacity as Co-Director of the Indiana Election Division,<br><br>        Defendants. | Case No. 1:17-cv-02897-TWP-MPB |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DISCOVERY AND RELATED DEADLINES

Plaintiffs having filed their Unopposed Motion to Extend Discovery and Related Deadlines, and the Court having read and reviewed the same and being duly advised, the Court now finds that said Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that:

1.  The deadline for completing non-expert witness discovery and discovery relating to liability issues shall be extended from May 17, 2019 to August 9, 2019.

2. The deadline for the party with the burden of proof to file a statement of the claims or defenses it intends to prove at trial, stating specifically the legal theories upon which the claims or defenses are based, shall be extended from May 24, 2019 to August 23, 2019.

3. The deadline for Plaintiffs to disclose the name, address, and vita of any expert witness, and to serve the report required by Fed. R. Civ. P. 26(a)(2) shall be extended from May 24, 2019 to August 23, 2019.

4. The deadline for Defendants to disclose the name, address, and vita of any expert witness, and to serve the report required by Fed. R. Civ. P. 26(a)(2) shall be 30 days after Plaintiffs serve their expert witness disclosure; or if Plaintiffs have disclosed no experts, the deadline for Defendants to make its expert disclosure shall be extended from June 21, 2019 to September 20, 2019.

5. The deadline for completing expert witness discovery and discovery relating to damages shall be extended from June 21, 2019 to September 20, 2019.

6. The deadline to file dispositive motions shall be extended from July 19, 2019 to October 18, 2019.

7. The deadline for completing all remaining discovery shall be extended from September 20, 2019 to December 20, 2019.

8. The deadline for any party who wishes to limit or preclude expert testimony at trial to file any such objections shall be extended from August 23, 2019 to November 22, 2019.

The Court's November 1, 2018 Order on Case Management Plan (ECF No. 79) shall otherwise remain in effect.

Date: 4/16/2019

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Pursuant to Local Rule 5-5(d), service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.