UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| COMMON CAUSE INDIANA,<br><br>    Plaintiff,<br><br>    v.<br><br>CONNIE LAWSON, in her official capacity as Secretary of State of Indiana, J. BRADLEY KING, in his official capacity as Co-Director of the Indiana Election Division, and ANGELA M. NUSSMEYER, in her official capacity as Co-Director of the Indiana Election Division,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:17-cv-03936-TWP-MPB |
| INDIANA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP) and LEAGUE OF WOMEN VOTERS OF INDIANA,<br><br>    Plaintiffs,<br><br>    v.<br><br>CONNIE LAWSON, in her official capacity as Secretary of State of Indiana, J. BRADLEY KING, in his official capacity as Co-Director of the Indiana Election Division, and ANGELA M. NUSSMEYER, in her official capacity as Co-Director of the Indiana Election Division,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:17-cv-02897-TWP-MPB |

**JOINT MOTION TO AMEND PROTECTIVE ORDER**

The parties in the above-captioned actions, by their undersigned counsel, jointly move the

Court to extend the Stipulated Protective Order governing confidential information and

information not subject to disclosure under Indiana law entered in *Common Cause Indiana v.*

*Lawson*, Case No. 1:17-cv-03936-TWP-MPB, Dkt. No. 65, to include the parties in the related

action *Indiana State Conference of the NAACP v. Lawson*, Case No. 1:17-cv-02897-TWP-MPB. The parties in both actions acknowledge that in the course of discovery or as otherwise necessary to litigate this case, they may be required to provide sensitive, private, personal, or other information that may be deemed confidential or is otherwise no subject to disclosure under Indiana law. A Stipulated Protective Order governing such information has been entered in Case No. 1:17-cv-03936-TWP-MPB, Dkt. No. 65. However, the parties in both of the above-captioned cases agree that the terms of the original Stipulated Protective Order, *id.*, should be extended to include the parties in the related action Case No. 1:17-cv-02897-TWP-MPB in anticipation of eventual consolidation of these two cases. Accordingly, all parties have agreed to the terms of the Amended Stipulated Protective Order, attached hereto, and believe that there is good cause for the Court to enter it as an order.

**WHEREFORE**, the parties respectfully request that the Court enter as an order the attached Amended Stipulated Protective Order.

Dated: April 22, 2019

| Attorneys for Common Cause Indiana | Attorneys for Defendants Connie Lawson, J. Bradley King, and Angela M. Nussmeyer |
|---|---|
| By: *Sophia Lin Lakin* | By: *Jefferson S. Garn* |
| American Civil Liberties Union | Office of the Indiana Attorney General |
| Sophia Lin Lakin | Jefferson S. Garn |
| Adriel I. Cepeda Derieux | Aleksandrina Penkova Pratt |
| Dale Ho | Diana Moers Davis |
| Admitted *Pro Hac Vice* | Parvinder Kaur Nijjar |
| American Civil Liberties Union | Rebecca L. McClain |
| 125 Broad Street, 18th Floor | Office of the Attorney General |
| New York, NY 10004 | Indiana Government Center South |
| Ph: (212) 519-7836 | 302 W. Washington St., 5th Floor |
| slakin@aclu.org | Indianapolis, IN 46204 |
| acepedaderieux@aclu.org | Phone: (317) 234-7119 |
| dho@aclu.org | Fax: (317) 232-7979 |
|  | Jefferson.Garn@atg.in.gov |

| | |
|---|---|
| Davis Wright Tremaine LLP<br>Matthew R. Jedreski<br>Kate Kennedy<br>L. Danielle Toaltoan<br>Admitted *Pro Hac Vice*<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101<br>Ph: (206) 622-3150<br>mjedreski@dwt.com<br>kkennedy@dwt.com<br>danielletoaltoan@dwt.com<br><br>ACLU of Indiana<br>Gavin M. Rose, No. 26565-53<br>Stevie Pactor<br>ACLU of Indiana<br>1031 E. Washington St.<br>Indianapolis, IN 46202<br>Ph: (317) 635-4105<br>grose@aclu-in.org<br>spactor@aclu-in.org<br><br>Demos<br>Stuart C. Naifeh, admitted pro hac vice<br>Demos<br>80 Broad Street, 4th Floor<br>New York, NY 10004<br>Ph: (212) 485-6055<br>snafieh@demos.org<br><br>Demos<br>Chiraag Bains*<br>Admitted *Pro Hac Vice*<br>740 6th Street, NW, 2nd Floor<br>Washington, DC 20001<br>202/864-2746<br>cbains@demos.org<br>*Admitted in Massachusetts, not D.C.;*<br>*practice limited pursuant to D.C. App. R.*<br>*49(c)(3).*<br><br>William R. Groth, No. 7325-49<br>Fillenwarth Dennerline Groth & Towe, LLP<br>429 East Vermont Street, Ste 200<br>Indianapolis, IN 46202 | Aleksandrina.Pratt@atg.in.gov<br>Diana.Moers@atg.in.gov<br>Parvinder.Nijjar@atg.in.gov<br>Rebecca.McClain@atg.in.gov |

| | |
|---|---|
| Ph: (317) 353-9363<br>wgroth@fdgtlaborlaw.com | |

| | |
|---|---|
| Attorneys for Indiana State Conference of the NAACP and the League of Women Voters of Indiana | Attorneys for Defendants Connie Lawson, J. Bradley King, and Angela M. Nussmeyer |
| By: *Eliza Sweren-Becker*<br>BRENNAN CENTER FOR JUSTICE<br>AT NYU SCHOOL OF LAW<br>Myrna Pérez<br>Eliza Sweren-Becker<br>120 Broadway, Suite 1750<br>New York, NY 10271<br>(646) 292-8310<br><br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>Sascha N. Rand<br>Ellyde R. Thompson<br>Ellison Ward Merkel<br>Geneva McDaniel<br>Alexandre J. Tschumi<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>(212) 849-7000<br><br>MCCAIN LAW OFFICES, P.C.<br>Trent A. McCain<br>5655 Broadway<br>Merrillville, IN 46410<br>(219) 884-0696 | By: *Jefferson S. Garn*<br>Office of the Indiana Attorney General<br>Jefferson S. Garn<br>Aleksandrina Penkova Pratt<br>Diana Moers Davis<br>Parvinder Kaur Nijjar<br>Rebecca L. McClain<br>Office of the Attorney General<br>Indiana Government Center South<br>302 W. Washington St., 5th Floor<br>Indianapolis, IN 46204<br>Phone: (317) 234-7119<br>Fax: (317) 232-7979<br>Jefferson.Garn@atg.in.gov<br>Aleksandrina.Pratt@atg.in.gov<br>Diana.Moers@atg.in.gov<br>Parvinder.Nijjar@atg.in.gov<br>Rebecca.McClain@atg.in.gov |