UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COMMON CAUSE INDIANA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CONNIE LAWSON, in her official capacity as Secretary of State of Indiana; J. BRADLEY KING, in his official capacity as Co-Director of the Indiana Election Division; and ANGELA M. NUSSMEYER, in her official capacity as Co-Director of the Indiana Election Division,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:17-cv-3936-TWP-MPB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| INDIANA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE and LEAGUE OF WOMEN VOTERS OF INDIANA,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>CONNIE LAWSON, in her official capacity as Secretary of State of Indiana; J. BRADLEY KING, in his official capacity as Co-Director of the Indiana Election Division; and ANGELA M. NUSSMEYER, in her official capacity as Co-Director of the Indiana Election Division,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:17-cv-02897-TWP-MPB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING PLAINTIFFS UNOPPOSED MOTION TO EXTEND DISCOVERY AND RELATED DEADLINES**

Plaintiffs having filed their Unopposed Motion to Extend Discovery and Related Deadlines, and the Court having read and reviewed the same and being duly advised, the Court now finds that said Motion should be **GRANTED.**

1

**IT IS THEREFORE ORDERED** that:

1. The deadline for non-expert witness discovery and discovery relating to liability issues shall be extended from August 9, 2019 to September 23, 2019.

2. The deadline for the party with the burden of proof to file a statement of the claims or defenses it intends to prove at trial, stating specifically the legal theories upon which the claims or defenses are based, shall be extended from August 23, 2019 to September 23, 2019.

3. The deadline for Plaintiffs to disclose the name, address, and vita of any expert witness, and to serve the report required by Fed. R. Civ. P. 26(a)(2), shall be extended from August 23, 2019 to September 23, 2019.

4. The deadline for Defendants to disclose the name, address, and vita of any expert witness, and to serve the report required by Fed. R. Civ. P. 26(a)(2) shall be 30 days after Plaintiff serves its expert witness disclosure; or if Plaintiffs have disclosed no experts, the deadline for Defendants to make its expert disclosure shall be extended from September 20, 2019 to October 23, 2019.

5. The deadline for expert witness discovery and discovery related to damages shall be extended from September 20, 2019 to October 18, 2019.

6. The deadline to file dispositive motions shall be extended from October 18, 2019 to November 18, 2019.

The Court's November 1, 2018 Case Management Order (*Common Cause* Dkt. 120; *NAACP* Dkt. 79) and March 6, 2019 Scheduling Order (*Common Cause* Dkt. 136; *NAACP* Dkt. 93) shall otherwise remain in effect.

Date: 7/19/2019

                                            Hon. Tanya Walton Pratt, Judge
                                            United States District Court
                                            Southern District of Indiana

cc:    All ECF-registered counsel of record