UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP) and LEAGUE OF WOMEN VOTERS OF INDIANA, <br><br> Plaintiffs, <br><br> v. <br><br> CONNIE LAWSON, in her official capacity as Secretary of State for the State of Indiana; J. BRADLEY KING, in his official capacity as Co-Director, Indiana Election Division; and ANGELA M. NUSSMEYER, in her official capacity as Co-Director, Indiana Election Division, <br><br> Defendants. | Case No. 1:17-cv-02897-TWP-MPB |

**PLAINTIFFS' STATEMENT OF CLAIMS**

Plaintiffs, Indiana State Conference of The National Association for the Advancement of Colored People ("NAACP") and League of Women Voters of Indiana, pursuant to the Court's Case Management Plan (Dkt. 79), and its subsequent Order Granting Plaintiffs' Unopposed Motion to Extend Discovery and Related Deadlines (Dkt. 103), respectfully provide the following statement of the claims it intends to prove at trial.

As described in Plaintiffs' Complaint (Dkt. 1) and Memorandum of Law in Support of their Motion for Preliminary Injunction (Dkt. 41), Plaintiffs will present evidence at trial to prove the following:

    I.    Defendants' application of Indiana Code § 3-7-38.2-5(d)–(e), as amended by Indiana Senate Enrolled Act 442 ("SEA 442"), violates Section 8 of the National Voter Registration Act ("NVRA"), 52 U.S.C. § 20501 *et seq.*, by:

a. requiring removal of voter records without a registrant's request or authorization of removal, and without sending a confirmation notice to the registrant and waiting two federal election cycles, as the NVRA requires;

b. permitting the removal of voter records based on unreliable second-hand information received from the Interstate Voter Registration Crosscheck Program ("Crosscheck") that Indiana voters have moved out of state;

c. leaving counties with no uniform guidance and unfettered discretion as to whether and how to conduct further investigations to ensure that voters have moved out of state before removing them from voter rolls; and

d. failing to maintain voter rolls in a manner that is reasonable, nondiscriminatory, and uniform.

The factual and legal theories on which Plaintiffs' claims are based are set forth in Plaintiffs' Complaint and Memorandum of Law in Support of their Motion for Preliminary Injunction. (*See* Dkt. 1, ¶¶ 22–58; Dkt. 41). Plaintiffs will respectfully request all proper relief, including that the Court make permanent the preliminary injunction it entered on June 8, 2018 (Dkt. 63), which the Seventh Circuit affirmed on August 27, 2019, *see* Judgment, *Common Cause Indiana v. Lawson*, No. 18-2491 (7th Cir. Aug. 27, 2019). In addition, Plaintiffs will request that the Court award its reasonable attorneys' fees, litigation expenses, and costs incurred in connection with this action, pursuant to 52 U.S.C. § 20510(c) and 42 U.S.C. § 1988.

DATED: September 23, 2019                    Respectfully submitted,

*/s/ Eliza Sweren-Becker*

Myrna Pérez
Eliza Sweren-Becker
BRENNAN CENTER FOR JUSTICE
AT NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
myrna.perez@nyu.edu
eliza.sweren-becker@nyu.edu

Trent A. McCain
MCCAIN LAW OFFICES, P.C.
5655 Broadway
Merrillville, IN 46410
(219) 884-0696
trent@mccain.law

Sascha N. Rand
Ellyde R. Thompson
Geneva McDaniel
Ellison W. Merkel
Alexandre J. Tschumi
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
sascharand@quinnemanuel.com
ellydethompson@quinnemanuel.com
genevamcdaniel@quinnemanuel.com
alexandretschumi@quinnemanuel.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the foregoing was filed electronically on this 23rd day of September 2019. Service of this filing will be made on all ECF-registered counsel by operation of the Court's filing system. Parties may access this filing through the Court's electronic system.

*/s/ Eliza Sweren-Becker*
