UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP), et al., <br>     Plaintiffs, <br><br> v. <br><br> CONNIE LAWSON, in her official capacity as Secretary of State of Indiana, et al., <br><br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Case No.: 1:17-cv-02897-TWP-MPB |

**Defendants' Statement of Position on Remand**

The defendants, in accordance with Southern District of Indiana Local Rule 16-2 and this Court's order [Dkt. 105], submit this statement of their position about how the Court should proceed with this case on remand.

The Seventh Circuit issued its mandate in this case, affirming the Court's grant of a preliminary injunction. [Dkt. 104]. The appeal was limited to the request for a preliminary injunction. Accordingly, the case should proceed in accordance with the case management plan in place.

                                       Respectfully submitted,

                                       CURTIS T. HILL, Jr.
                                       Attorney General of Indiana
                                       Atty. No. 13999-20

Date: October 4, 2019        By:    Jefferson S. Garn
                                                      Section Chief, Administrative and
                                                      Regulatory Enforcement Litigation
                                                      Atty. No. 29921-49