# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP), LEAGUE OF WOMEN VOTERS OF INDIANA, <br><br> Plaintiffs, <br><br> v. <br><br> CONNIE LAWSON in her official capacity as Secretary of State for the State of Indiana, J. BRADLEY KING in his official capacity as Co-Director, Indiana Election Division, ANGELA NUSSMEYER in her official capacity as Co-Director of Indiana Election Commission, <br><br> Defendants. | No. 1:17-cv-02897-TWP-MPB |

## ORDER ON POSITION STATEMENTS

The Court has reviewed the parties' position statements and agrees that proceedings shall be held in accordance with the case management plan. In addition, the parties shall confer and then contact the Magistrate Judge to schedule a settlement conference.

IT IS SO ORDERED.

Date: 10/7/2019

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Jefferson S. Garn
INDIANA ATTORNEY GENERAL
Jefferson.Garn@atg.in.gov

Trent A. McCain
MCCAIN LAW OFFICES, P.C.
Trent@McCain.Law

Rebecca L. McClain
INDIANA ATTORNEY GENERAL
rebecca.mcclain@atg.in.gov

Ellison Sylvina Ward Merkel
QUINN EMANUEL URQUHART & SULLIVAN LLP
ellisonmerkel@quinnemanuel.com

Diana Lynn Moers Davis
INDIANA ATTORNEY GENERAL
diana.moers@atg.in.gov

Parvinder Kaur Nijjar
INDIANA ATTORNEY GENERAL
parvinder.nijjar@atg.in.gov

Myrna Perez
BRENNAN CENTER FOR JUSTICE
perezm@brennan.law.nyu.edu

Aleksandrina Penkova Pratt
INDIANA ATTORNEY GENERAL
aleksandrina.pratt@atg.in.gov

Sascha N. Rand
QUINN EMANUEL URQUHART & SULLIVAN LLP
sascharand@quinnemanuel.com

Eliza Max Sweren-Becker
BRENNAN CENTER FOR JUSTICE
eliza.sweren-becker@nyu.edu

Ellyde R. Thompson
QUINN EMANUEL URQUHART & SULLIVAN LLP
ellydethompson@quinnemanuel.com

Kelly Suzanne Thompson
INDIANA ATTORNEY GENERAL
kelly.thompson@atg.in.gov

Alexandre J. Tschumi
QUINN EMANUEL URQUHART & SULLIVAN LLP
alexandretschumi@quinnemanuel.com