UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE and LEAGUE OF WOMEN VOTERS OF INDIANA,<br><br>      Plaintiffs,<br><br>      v.<br><br>CONNIE LAWSON, in her official capacity as Secretary of State of Indiana; J. BRADLEY KING, in his official capacity as Co-Director of the Indiana Election Division; and ANGELA M. NUSSMEYER, in her official capacity as Co-Director of the Indiana Election Division,<br><br>      Defendants. | Case No. 1:17-cv-02897-TWP-MPB |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR BARBARA BOLLING-WILLIAMS TO APPEAR TELEPHONICALLY AT SETTLEMENT CONFERENCE**

Plaintiffs having filed their Unopposed Motion for Barbara Bolling-Williams to Appear Telephonically at Settlement Conference, and the Court having read and reviewed the same and being duly advised, the Court now finds that said Motion should be **GRANTED.**

**IT IS THEREFORE ORDERED** that Barbara Bolling-Williams may appear telephonically at the October 22, 2019 settlement conference.


Dated: _____    _____
                                                                      Hon. Matthew P. Brookman
                                                                      U.S. Magistrate Judge


  cc:    All ECF-registered counsel of record