UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| INDIANA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al. | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:17-cv-02897-TWP-MPB |
| CONNIE LAWSON, et al. | ) ) ) | |
| Defendants. | ) | |

**ORDER**

The Court *sua sponte* **ORDERS** this matter stayed until May 1, 2020. The parties are permitted leave to request to recommence proceedings in this matter prior to that date by filing a motion.

**SO ORDERED**

Dated: October 28, 2019

Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**