UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| INDIANA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP), LEAGUE OF WOMEN VOTERS OF INDIANA, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:17-cv-02897-TWP-MPB |
| CONNIE LAWSON in her official capacity as Secretary of State for the State of Indiana, J. BRADLEY KING in his official capacity as Co-Director, Indiana Election Division, ANGELA NUSSMEYER in her official capacity as Co-Director of Indiana Election Commission, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## SCHEDULING ORDER

The stay in this matter is now lifted. A final pretrial conference is set on <u>August 19, 2020 at 2:00 p.m.</u> in Room 330, and bench trial set to commence on <u>September 14, 2020 at 9:00 a.m.</u> in Courtroom 344, Birch Bayh Federal Building and United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana. The final pretrial conference is for attorneys only. At the final pretrial conference, Counsel shall be prepared to discuss the status of the action, including all matters requiring completion prior to trial. Counsel shall review the Court's Courtroom Procedures and Trial Practice.

IT IS SO ORDERED.

Date: 5/8/2020

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Jefferson S. Garn
INDIANA ATTORNEY GENERAL
Jefferson.Garn@atg.in.gov

Trent A. McCain
MCCAIN LAW OFFICES, P.C.
Trent@McCain.Law

Rebecca L. McClain
INDIANA ATTORNEY GENERAL
rebecca.mcclain@atg.in.gov

Ellison Sylvina Ward Merkel
QUINN EMANUEL URQUHART &
SULLIVAN LLP
ellisonmerkel@quinnemanuel.com

Diana Lynn Moers
INDIANA ATTORNEY GENERAL
diana.moers@atg.in.gov

Myrna Perez
BRENNAN CENTER FOR JUSTICE
perezm@brennan.law.nyu.edu

Aleksandrina Penkova Pratt
INDIANA ATTORNEY GENERAL
aleksandrina.pratt@atg.in.gov

Sascha N. Rand
QUINN EMANUEL URQUHART &
SULLIVAN LLP
sascharand@quinnemanuel.com

Eliza Max Sweren-Becker
BRENNAN CENTER FOR JUSTICE
eliza.sweren-becker@nyu.edu

Ellyde R. Thompson
QUINN EMANUEL URQUHART &
SULLIVAN LLP
ellydethompson@quinnemanuel.com

Kelly Suzanne Thompson
INDIANA ATTORNEY GENERAL
kelly.thompson@atg.in.gov

Alexandre J. Tschumi
QUINN EMANUEL URQUHART &
SULLIVAN LLP
alexandretschumi@quinnemanuel.com