# EXHIBIT A



**STATE OF INDIANA**
**HOUSE OF REPRESENTATIVES**
THIRD FLOOR STATE HOUSE
INDIANAPOLIS, INDIANA 46204

Timothy Wesco
200 W. Washington St.
Indianapolis, IN 46204
Website: www.in.gov/H21
Phone: (800)382-9841
E-mail: h21@in.gov

COMMITTEES:
Chairman: Elections and Appointment
Employment, Labor and Pensions
Public Policy

February 19, 2020

TO: Julia Vaughn, Common Cause Indiana
RE: Concerns about voter list maintenance provisions in SB 334

Dear Julia,

Thank you for sharing your concerns regarding Senate Bill 334. I have reviewed your concerns and provided responses below. Each bullet corresponds to the bulleted concerns in your original memo. Please note, my response refers to the January 28, 2020 version of the bill, not the introduced version.

It is important to understand the 7th circuit opinion of August 27, 2019, is not a final decision on the issues raised in the lawsuit. Instead, it comments on certain parts of Indiana law to decide whether these laws should be temporary enjoined from being enforced until the court makes a final decision. It is certainly possible that some or all of the court's opinion may be revised as the parties make their arguments in the case.

- In your first concern, I believe you've discovered a drafting error. Thank you for this keen observation. You are correct that NVRA requires voter list maintenance to be completed not later than 90 days prior to a federal election. On page 4, line 27, I will propose an amendment to delete "for a federal office" and insert (other than for a federal office). Please note, if you look down subsection c, it addresses the need for voter list maintenance to be conducted 90 days prior to any federal election.

- A Pew research report, which I can provide a copy of, reports that nationwide 1 in 8 voter registrations are out of date, showcasing the need to do more thorough and effective voter list maintenance. Creating a cross-check of voter registrations with other states will help prevent duplicate registrations and ensure Indiana's voter records are accurate. SB 334 proposes a program, which will be a distinct improvement over the Kansas system.

- You have concerns that a voter registration office needs more specific instructions on how to make a determination of which voter registration is the most recent. To alleviate this concern, the bill requires the voter to authorize the cancellation of their Indiana registration prior to being removed. If the voter has not authorized cancellation of their old registration, the county must contact the voter. Further, Indiana law gives a county voter registration office, not the state, the authority to make the final determination regarding a voter registration application or record. I believe the Indiana Election Division can provide additional training and guidance to the counties to assist them in

making correct and consistent determinations regarding the "date of registration" you discussed.

- Sending an address confirmation notice to a voter or applicant to register to vote is a standard procedure the county voter registration offices use every day in conformity with federal law. Assuming the county voter registration office makes the determination that the voter has authorized the cancellation of the voter's previous Indiana registration, the court of appeals opinion doesn't specify what format the communication from a former Indiana resident must take to permit the county to cancel the registration. The county must evaluate whether the document before it is in fact a request of the registrant to cancel a registration. If the document is a request by the voter for cancellation of the previous record, the county can proceed to cancel the voter registration without mailing an address confirmation notice. The 7th circuit refers to a requirement in a hypothetical case when a voter signs a new voter registration application but does not indicate that the notice is required if the voter specifically authorizes cancellation of a previous record.

- When a voter registers in a new state, it is common practice for election officials to send notice of cancellation to the voter's previous state. I have attached some examples to help you familiarize yourself with the process. These notices use different formats and contain different levels of detail regarding the voter's registration in the new state.

   o You express concern that using the word "may" leaves counties "free to devise their own ways to determine a voter's intent." This is not correct. Instead a fundamental principle of Indiana election law is counties do not have "home rule" to order or conduct elections except as expressly provided by state or federal law. IC36-1-3-8(a)(12)
   In fact, subsection (f) on page 11, which you appear to incorrectly refer to subsection (e)(2) provides such guidance. Subsection (f) is taken word for word from the *Indiana Voter Registration Guidebook,* which both the D and R co-directors of the Indiana Election Division have agreed to provide as guidance which would be codified in subsection (f).

   o In the 7th circuit injunction, the court says it leaves for another day the question of whether a state is entitled to rely on documents from voters passed through multiple hands when cancelling registrations from voters who have registered in a new state. Since the implementation of NVRA in 1995, Indiana has followed the common practice across the country of allowing counties to choose to cancel a voter registration based on notice received from another state. See attached cancellation request from other states and localities.

   o The bill does require the county to conclude whether the out-of-state registration postdates the in-state registration. Please look to page 10, lines 33 and 34.

Sincerely,

Timothy C. Wesco

Timothy Wesco
State Representative

# State of South Dakota Office of the Secretary of State



Voter Cancellation Card for the State of: IN

| Voter Cancellation Information | | | |
|---|---|---|---|
| Last<br>KINDT | First<br>CANDACE | Middle<br>CATHERINE | Suffix |
| Previous Address<br>304 CHESTNUT ST | City/Town<br>AVILLA | State<br>IN | Zip<br>46701 |
| Driver's License Number | | Birth Date<br>11/28/1985 | |
| Dated<br>2/11/2020 | | | |

State of South Dakota Office of the Secretary of State   2/13/2020

| DEFENDANT | ADDRESS | COURT NUMBER | SENTENCE DATE & CHARGES | INCARCERATION MONTHS IN CUSTODY | YEARS SUPERVISED RELEASE | PROBATION |
|---|---|---|---|---|---|---|
| **Cooper, Cortney** USAO#: 2018R00066 DOB: 11/28/1986 SS#: 3728 Docketed On: 10/9/19 | 1703 E. 14th Street Apt. 12 Muncie, IN 47302 | 18-CR-00050-TWP-DML 1 | 10/08/2019 | 37 | 4 | |
| | | Convicted on COUNT 1 of CHARGE: 21 :00841a1 Manufacture, distribute, dispense, possess a controlled substance Fine: $500 | | | | |
| **Cordova-Saravia, Juan Carlos** USAO#: 2018R00295 DOB: SS#: Docketed On: 10/7/19 | | 18-CR-00175-JMS-TAB 1 | 10/04/2019 | 0 | 0 | |
| | | Convicted on COUNT 2 of CHARGE: 18 :00922g5A Unlawful possession by an Alien unlawfully in the United States | | | | |
| **Daniel, Ford** USAO#: 2018R00762 DOB: 02/01/1986 SS#: 1590 Docketed On: 12/5/19 | 2566 S. Keystone Indianapolis, IN 46203 | 19-CR-00022-TWP-DML 1 | 12/03/2019 | 12 | 2 | |
| | | Convicted on COUNT 1 of CHARGE: 18 :00922g1 Unlawful shipment, transfer, receipt, or possession by a felon Fine: $100 | | | | |
| **Daugherty, Richard E.** USAO#: 2019R00071 DOB: 01/09/1985 SS#: 0763 Docketed On: 12/9/19 | 1120 Huffman Avenue Dayton, OH 45403 | 19-CR-00007-JPH-CMM/2 | 12/04/2019 | 20 | 0 | |
| | | Convicted on COUNT 1 of CHARGE: 18 :0179142 Possess, makes, obtains, or attempts to obtain a contraband in prison | | | | |
| **Davis, Demarco** USAO#: 2018R00468 DOB: 01/15/1981 SS#: 6700 Docketed On: 11/19/19 | 2020 Frisse Avenue Evansville, IN | 18-CR-00045-RLY-MPB3 | 10/18/2019 | 235 | 5 | |
| | | Convicted on COUNT 1 of CHARGE: 21 :00846 Attempt and conspiracy | | | | |

IN/OH

## MISSISSIPPI MAIL-IN VOTER REGISTRATION APPLICATION

- You can use this form to: register to vote in Mississippi or change your name and/or address.
- If you are registering for the first time in Mississippi and DO NOT have a Mississippi driver's license or social security number, you must send with this application a copy of a current and valid photo ID or a copy of a current utility bill, bank statement, government check, paycheck or other government document that shows your name and address in this county.
- An application for voter registration must be postmarked or hand delivered to the Circuit Clerk's Office located in the county of your voting residence no later than 30 days before an election.
- You may not register to vote if you have been convicted in a Mississippi state court of any of the following crimes: voter fraud, murder, rape, bribery, theft, arson, obtaining money or goods under false pretense, perjury, forgery, embezzlement, bigamy, armed robbery, extortion, felony bad check, felony shoplifting, larceny, receiving stolen property, robbery, timber larceny, unlawful taking of a motor vehicle, statutory rape, carjacking or larceny under lease or rental agreement.
- If you live in an area without house numbers or street names, please include a drawing of your location to enable us to identify your appropriate voting precinct.
- Photo ID Required to Vote: You will be required to present an acceptable form of photo identification when you vote at your polling place on Election Day or by absentee ballot in your Circuit Clerk's Office, unless exempted by law. For more information, go to www.MSVoterID.ms.gov or call (844) 678-6837.

| Check One: ☐ New Registration ☐ Change of Information | Are you a citizen of the United States of America?   Yes ☐ No ☐ <br> Will you be 18 years of age on or before Election Day?   Yes ☐ No ☐ <br> NOTE: If you checked 'No' in response to either of these questions, DO NOT complete this form. <br> Would you like to serve as an Election Day poll worker?   Yes ☐ No ☐ | DHS #1898746 | | |
|---|---|---|---|---|
| Name | Last Name Gunn | First Name Mattie | MI L | Suffix |
| Physical Home Address (Where you live) | Number and Street/Road/Dorm/Apt # 154 Shelby Dr. | | | |
| | City Holly Springs | County Marshall | State MS MS | Zip 38635 |
| Mailing Address (If different from above) | Street or Post Office Box Same | | | |
| | City | County | State: | Zip |
| Date of Birth | Month July   Day 29   Year 1971 | MS Driver's License Number or Last 4 Digits of your Social Security Number | 7153 | or |
| Phone # | Home (812)603-1473   Work | | | |
| Previous Registration | Name Mattie Gunn | Address 3806 Justice Ct. | | |
| | City Evansville | County Vanderburg | State Ind. | Zip 47714 |

1614 Strickland St
Corinth, MS 38834

## VOTER DECLARATION- Read and Sign

I swear/affirm, under penalty of perjury, that:
- I am a U.S. citizen.
- I will be 18 years of age on or before the next general Election Day.
- I am a resident of Mississippi, this county and this city for at least 30 days.
- I have not been adjudicated as mentally incompetent.
- I have never been convicted of voter fraud or any other disenfranchising crime OR, if convicted, I have had my voting rights restored as required by law.
- The address listed above is my legal place of residence.

| WARNING: Giving false information to register to vote is a felony punishable by a fine of not more than $5,000 or imprisonment for not more than 5 years, or both.  Miss. Code Ann. § 23-15-17. | |
|---|---|
| x Mattie Gunn <br> Signature (or mark) of applicant | Date: 11-19-19   FILED |
| x _____ <br> If applicant is unable to sign, the person who assisted the applicant | Date: _____ <br> NOV 27 2019 |
| Address _____ | LUCY CARPENTER <br> CIRCUIT CLERK, MARSHALL CO., MS <br> BY _____ D.C. |

08/2016



**Statewide Online Registration Voters with Prior Registrations**
*From Sacramento County, California*

SECRETARY OF STATE-ELECTIONS DIV
302 W WASHINGTON ST RM E204
INDIANAPOLIS, IN  46204-2743

Dear Sir or Madam:
Enclosed please find a list of all voters who have moved into our county from your county. This list provides detailed information for each voter.
Please verify the information for each voter listed.

| Voter Name | Prior Name<br>Prior Address<br>PriorCounty | Current Signature | Reg Date<br>Party Abbr | Birth Date<br>Birth Place | DL<br>SSN |
|---|---|---|---|---|---|
| Haugh, Lisa Lorraine | Haugh, Lisa<br>52451 Forestbrook Ave<br>South Bend IN Indiana<br>Out of State - 46637 | | 02/12/2020<br>DEM | 09/03/1984<br>IN | Y5860603<br>3614 |

# BRADLEY County Election Commission
## 155 BROAD ST, NW
## CLEVELAND, TN 37311-5000

01/23/2020

### -- Cancellation of Previous Registration --

Notification is hereby given that the following voter is now registered in
BRADLEY County, TN.

| | |
|---|---|
| Previous Location: | TRAFALGAR (JOHNSON CO) , IN 46181 |
| Current Name: | KALYN KATHLEEN GUYER |
| Birth Date: | 01/27/1996 |
| Registration Date: | 01/23/2020 |
| Social Security Number: | ON FILE |

FRAN GREEN
Administrator of Elections



# MISSOURI VOTER REGISTRATION APPLICATION

Code: 11

| 1 | ARE YOU A CITIZEN OF UNITED STATES OF AMERICA? ☑YES ☐NO | 2 | WILL YOU BE 18 YEARS OF AGE ON OR BEFORE ELECTION DATE? ☑YES ☐NO |

**If you checked no in response to either of the above questions, do not complete this form.**

| 3 | ☑ NEW REGISTRATION   ☐ ADDRESS CHANGE   ☐ NAME CHANGE | FOR OFFICE USE ONLY  REGISTRATION NO. 11599473S |

| 4 | LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX (CIRCLE) JR. SR. II. III. IV. | |
|---|---|---|---|---|---|
| | Powell | Brian | Hurley | | ☑MALE ☐FEMALE |

| 5 | ADDRESS WHERE YOU LIVE (HOUSE NO., APT NO. OR RURAL ROUTE AND BOX NO. PO BOX) | CITY | COUNTY | ZIP CODE |
|---|---|---|---|---|
| | 619 Georgia Street ST | Jefferson City | Cole | 65109  1705 |

| 6 | ADDRESS WHERE YOU GET YOUR MAIL (REQUIRED IF DIFFERENT FROM #5 ABOVE) | CITY | STATE | ZIP CODE |

| 7 | DRIVER'S LICENSE NUMBER IF YOU DO NOT HAVE A DRIVER'S LICENSE PLEASE LEAVE BLANK | 8 | LAST 4 DIGITS OF SOCIAL SECURITY NUMBER* IF YOU DO NOT HAVE SOCIAL SECURITY NUMBER, PLEASE LEAVE BLANK   1655 |

| 9 | DATE OF BIRTH (MM/DD/YYYY) 11 / 27 / 1969 | 10 | PLACE OF BIRTH (OPTIONAL) Jefferson City, Missouri | 11 | DAYTIME PHONE NO. 7654995539 | 12 | EMAIL ADDRESS (OPTIONAL) powellbrian1969@gmail.com |

| 13 | NAME AND ADDRESS ON LAST VOTER REGISTRATION |
|---|---|
| | NAME  Brian Hurley Powell |
| | ADDRESS  128 E South E Street |
| | CITY  Gas City           STATE  IN |
| | COUNTY  Grant |
| | If currently registered in another county or state please complete this box |

14  I hereby certify that I am a citizen of the United States and a resident of the State of Missouri. I am at least seventeen and one half years of age. I have not been adjudicated incapacitated by any court of law. If I have been convicted of a felony or a misdemeanor connected with the right of suffrage, I have had the voting disabilities resulting from such conviction removed pursuant to law. I swear under penalty of perjury that all statements made on this card are true to the best of my knowledge and belief. I understand that if I register to vote knowing that I am not legally entitled to register, I am committing a class one election offense and may be punished by imprisonment of not more than five years or by a fine of between two thousand five hundred dollars and ten thousand dollars or by both such imprisonment and fine.

| 15 | RURAL VOTERS PLEASE COMPLETE THIS SECTION IF YOU LIVE OUTSIDE THE CITY LIMITS OF ANY CITY |
|---|---|
| | I live 0    miles  N  S  E  W  (circle one) of (landmark or junction). |
| | Section, Township and range |
| | My neighbors are |

| 02/11/2020 | *Brian Powell* |
|---|---|
| Date | Signature |

☑ Check here if you are interested in working as an election judge.    Warning: Conviction for making a false statement may result in imprisonment for up to five years or a fine up to $10,000.