UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al. | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | )   No. 1:17-cv-02897-TWP-MPB ) |
| CONNIE LAWSON, et al. | ) ) |
| Defendants. | ) |

## SCHEDULING ORDER

The above case is hereby assigned for a **TELEPHONIC STATUS CONFERENCE** on **JULY 21, 2020** at 3:00 p.m., Indianapolis time (EST), before the Honorable Matthew P. Brookman, United States Magistrate Judge. **The information needed by counsel to participate in this telephonic conference will be provided by a separate notification.**

SO ORDERED.

**Dated:** July 20, 2020

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**