UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP) and LEAGUE OF WOMEN VOTERS OF INDIANA,<br><br>       Plaintiffs,<br><br>v.<br><br>CONNIE LAWSON, in her official capacity as Secretary of State of Indiana, J. BRADLEY KING, in his official capacity as Co-Director of the Indiana Election Division, ANGELA NUSSMEYER, in her official capacity as Co-Director of the Indiana Election Division, et al.,<br><br>       Defendants. | Case No.: 1:17-cv-02897-TWP-MPB |

**DEFENDANTS' MOTIONS IN LIMINE**

Defendants, by counsel, respectfully request that this Court enter an order in limine prohibiting the parties, attorneys and witnesses in this case from referring to, mentioning, or otherwise alluding to any of the following in the trial of this matter, whether during opening statement, trial, or final argument:

    1.    Deposition testimony or other testimonial evidence regarding Indiana's voter registration list maintenance procedures in place following the passage of SEA 442 but before Indiana enacted SEA 334.

WHEREFORE, Defendants, by counsel, requests that the Court order the parties and their witnesses *in limine* not to mention, refer, question concerning, remark about, or discuss the matters related above or any exhibits or proposed exhibits relating to them whether during opening statement, trial, or final argument.

Respectfully submitted,

OFFICE OF THE INDIANA ATTORNEY GENERAL

By: Jefferson S. Garn
Section Chief
Administrative & Regulatory
Enforcement Litigation

Office of the Indiana Attorney General
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Phone: (317) 234-7019
Fax: (317) 232-7979
Jefferson.Garn@atg.in.gov