UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| INDIANA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP) and LEAGUE OF WOMEN VOTERS OF INDIANA,<br><br>                Plaintiffs,<br><br>     v.<br><br>CONNIE LAWSON, in her official capacity as the Indiana Secretary of State; J. BRADLEY KING, in his official capacity as Co-Director of the Indiana Election Division; ANGELA NUSSMEYER, in her official capacity as Co-Director of the Indiana Election Division,<br><br>                Defendants. | Docket No. 1:17-cv-02897 |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO ACCEPT LATE FILING**

Plaintiffs, the Indiana State Conference of The National Association for the Advancement of Colored People (the "NAACP") and League of Women Voters of Indiana (the "League"), respectfully submit this motion to seek leave of the Court to accept the late filing of Plaintiffs' Pre-Trial Preparation materials set forth in Part VIII.A of the Order on Case Management Plan, Dkt. 79, which were due on August 5, 2020, two weeks before the Final Pretrial Conference, *id.*, which is scheduled for August 19, 2020, Dkt. 123. In support of their motion, Plaintiffs respectfully state as follows:

1. As the Court is aware, Defendants did not file their Response in Opposition to Plaintiffs' Motion for Summary Judgment on July 15, 2020, due to a miscommunication.

2. As a result, the Court amended the Scheduling Order to permit Defendants to file their Response on July 29, 2020. Dkt. 141. Plaintiffs' Reply in Support of their Motion for

Summary Judgment became due on August 5, 2020, the same date that Pre-Trial materials were due pursuant to Part VIII.A of the Order on Case Management Plan. Dkts. 79, 123 141.

3.  Regrettably, due to difficulties completing both significant filings on the same day, Plaintiffs were unable to file their Pre-Trial Preparation materials. The next morning, Plaintiffs informed Magistrate Judge Brookman's Chambers and Defendants conveyed that they did not object to Plaintiffs filing their Pre-Trial Preparation materials on August 7, 2020, but that Defendants reserved the right to request accommodations on the date their responsive materials are due under Part VIII.B of the Order on Case Management Plan, Dkts. 79, which Plaintiffs do not oppose.

4.  Plaintiffs therefore seek the Court's leave to accept Plaintiffs' Pre-Trial Preparation materials as timely.

DATED: August 7, 2020                                                             Respectfully submitted,

*/s/ Alexandre J. Tschumi*
Sascha N. Rand
Ellyde R. Thompson
Ellison Ward Merkel
Geneva McDaniel
Alexandre J. Tschumi
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

Myrna Pérez
Eliza Sweren-Becker
BRENNAN CENTER FOR JUSTICE
AT NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310

Trent A. McCain
MCCAIN LAW OFFICES, P.C.
363 S. Lake St., Suite 2
Gary, IN 46403
(219) 884-0696

*Counsel for Plaintiffs Indiana State Conference of the National Association for the Advancement of Colored People (NAACP) and League of Women Voters of Indiana*

## CERTIFICATE OF SERVICE

  I, Alexandre J. Tschumi, an attorney, certify that on August 7, 2020, I caused a true and correct copy of the foregoing Unopposed Motion for Leave to Accept Late Filing to be served on counsel for Defendants.

                   */s/ Alexandre J. Tschumi*
                   Alexandre J. Tschumi