UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| INDIANA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP) and LEAGUE OF WOMEN VOTERS OF INDIANA,<br><br>      Plaintiffs,<br><br>    v.<br><br>CONNIE LAWSON, in her official capacity as the Indiana Secretary of State; J. BRADLEY KING, in his official capacity as Co-Director of the Indiana Election Division; ANGELA NUSSMEYER, in her official capacity as Co-Director of the Indiana Election Division,<br><br>      Defendants. | Docket No. 1:17-cv-02897 |

**PLAINTIFFS' UNOPPOSED[1] MOTION TO AMEND THE SCHEDULING ORDER**

  Plaintiffs, the Indiana State Conference of The National Association for the Advancement of Colored People (the "NAACP") and League of Women Voters of Indiana (the "League"), respectfully submit this Motion to Amend the Scheduling Order. In support of their motion, Plaintiffs respectfully state as follows:

  1. As the Court is aware, the United States is in the midst of a pandemic.

  2. As a result of the pandemic and travel restrictions caused by it, it would be unduly burdensome on Plaintiffs' counsel to hold the upcoming trial in this action according to the currently effective Scheduling Order. Dkt. 123.

---

[1] Defendants have stated they take no position, for or against, amending the Scheduling Order.

3. A Pretrial Conference is scheduled for August 19, 2020, and a bench trial is set to commence on September 14, 2020. Dkt. 123.

4. Plaintiffs' trial team is entirely based in New York State and predominantly based in New York City.

5. On June 25, 2020, Governor Cuomo of New York issued Executive Order 205 and a travel advisory listing Indiana as a state meeting the criteria for mandatory quarantine.[2]

6. Accordingly, any members of Plaintiffs' trial team traveling from Indiana "must quarantine when [they] enter New York for 14 days from the last travel within" Indiana. This mandatory quarantine requires, *inter alia*:

- The individual must not be in public or otherwise leave the quarters that they have identified as suitable.

- Separate quarters for each individual or family group.

7. Trying this case on the existing schedule will be unduly burdensome for Plaintiffs' trial team, who will face a 14-day mandatory quarantine upon return from Indiana. Those who attend the Pretrial Conference may face two quarantines.

8. Additionally, certain of Plaintiffs' counsel have childcare responsibilities that will be difficult to achieve simultaneous with mandatory quarantine. And Certain of Plaintiffs' counsel have health concerns about traveling by airplane and will likely opt to drive roughly 12 hours to and from Indiana, an additional burden.

9. Additionally, it would serve judicial economy to delay the trial.

---

[2] https://coronavirus.health.ny.gov/covid-19-travel-advisory.

10. There are currently two trials scheduled on identical issues: this one and the *Common Cause et al. v. Lawson et al.* trial in Docket No. 1:17-cv-03936-TWP-MPB. Yet the *Common Cause* trial is scheduled is scheduled to begin March 30, 2021. *Common Cause* Dkt. 136.

11. The Court has little time to consider dispositive motions pending in both actions prior to Plaintiffs' trial date. These dispositive motions could make both trials unnecessary.

12. Constitutionally, the first trial likely could not decide the second. Collateral estoppel would not likely apply to dismiss Common Cause's action because Common Cause is not a party to Plaintiffs' action.[3]

13. Plaintiffs encourage the Court to formally consolidate the two cases pursuant to Federal Rule of Civil Procedure 42.[4]

14. Since 2017, Plaintiffs and Common Cause have been working together to avoid redundancy in the two actions. They filed joint briefs, divided depositions, and jointly defended their respective injunctions on appeal.

15. Plaintiffs encourage that their case should be tried with Common Cause's, to begin on March 30, 2021.

16. There being good cause, Plaintiffs therefore move the Court to amend the Scheduling Order and reschedule Plaintiffs' Pretrial Conference for March 4, 2020 at 2:00 p.m. in Room 330, and the bench trial to begin on March 30, 2020 at 9:00 a.m. in Courtroom 344, Birch Bayh Federal Building and United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana.

---

[3] To be clear, Plaintiffs are not speaking on behalf of Common Cause and have no knowledge of its trial plans should this trial be held and resolved in Defendants' favor.

[4] Plaintiffs do not believe they have standing to move to consolidate their action with Common Cause's. Only Defendants are parties to both actions. Plaintiffs have previously told Defendants that they do not oppose consolidation, should Defendants move.

| | |
|---|---|
| DATED: August 7, 2020 | Respectfully submitted, |

*/s/ Alexandre J. Tschumi*

| | |
|---|---|
| Sascha N. Rand | Myrna Pérez |
| Ellyde R. Thompson | Eliza Sweren-Becker |
| Ellison Ward Merkel | BRENNAN CENTER FOR JUSTICE |
| Geneva McDaniel | AT NYU SCHOOL OF LAW |
| Alexandre J. Tschumi | 120 Broadway, Suite 1750 |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | New York, NY 10271 |
| 51 Madison Avenue, 22nd Floor | (646) 292-8310 |
| New York, NY 10010 | |
| (212) 849-7000 | Trent A. McCain |
| | MCCAIN LAW OFFICES, P.C. |
| | 363 S. Lake St., Suite 2 |
| | Gary, IN 46403 |
| | (219) 884-0696 |

*Counsel for Plaintiffs Indiana State Conference of the National Association for the Advancement of Colored People (NAACP) and League of Women Voters of Indiana*

## CERTIFICATE OF SERVICE

I, Alexandre J. Tschumi, an attorney, certify that on August 7, 2020, I caused a true and correct copy of the foregoing Unopposed Motion to Amend the Scheduling Order to be served on counsel for Defendants.

*/s/ Alexandre J. Tschumi*
Alexandre J. Tschumi