UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| INDIANA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP) and LEAGUE OF WOMEN VOTERS OF INDIANA,<br><br>                Plaintiffs,<br><br>      v.<br><br>CONNIE LAWSON, in her official capacity as the Indiana Secretary of State; J. BRADLEY KING, in his official capacity as Co-Director of the Indiana Election Division; ANGELA NUSSMEYER, in her official capacity as Co-Director of the Indiana Election Division,<br><br>                Defendants. | Docket No. 1:17-cv-02897-TWP-MPB |

## ORDER

Plaintiffs having filed their Unopposed Motion for Leave to Accept Late Filing, and the Court having read and reviewed the same and being duly advised, the Court now finds that said Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiffs' Pre-Trial Preparation materials as timely.

**SO ORDERED**.

Date: 8/10/2020

                                              Hon. Tanya Walton Pratt, Judge
                                              United States District Court
                                              Southern District of Indiana

Cc: All ECF-registered counsel of record