IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEPOLE (NAACP) and LEAGUE OF WOMEN VOTERS OF INDIANA,<br><br>    Plaintiffs,<br>        v.<br><br>CONNIE LAWSON, in her official capacity as Secretary of State of Indiana, J. BRADLEY KING, in his official capacity as Co-Director of the Indiana Election Division, and ANGELA M. NUSSMEYER, in her official capacity as Co-Director of the Indiana Election Division,<br><br>    Defendants. | Civil Action No. 1:17-cv-02897-TWP-MPB |

## NOTICE OF APPEAL

Notice is given that Connie Lawson, in her official capacity as Secretary of State of Indiana, and J. Bradley King and Angela Nussmeyer, in their official capacities as Co-Directors of the Indiana Election Division, appeal to the United State Court of Appeals for the Seventh Circuit from the Judgment entered in this action on August 20, 2020.

Respectfully Submitted,

Office of the Attorney General of Indiana

Date: September 21, 2020      By:   Jefferson S. Garn
                                    Attorney No. 29921-49

Deputy Attorney General
OFFICE OF INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, Indiana 46204-2770
Phone: (317) 234-7119
Email: Jefferson.Garn@atg.in.gov

2