UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP) and LEAGUE OF WOMEN VOTERS OF INDIANA,<br><br>Plaintiffs,<br><br>v.<br><br>CONNIE LAWSON, in her official capacity as the Indiana Secretary of State; J. BRADLEY KING, in his official capacity as Co-Director of the Indiana Election Division; ANGELA NUSSMEYER, in her official capacity as Co-Director of the Indiana Election Division,<br><br>Defendants. | Docket 1:17-cv-02897-TWP-MPB |

**CONSENT MOTION TO EXTEND TIME FOR FILING
PLAINTIFFS' BILL OF ATTORNEYS' FEES AND COSTS**

Plaintiffs file this unopposed motion and respectfully ask the Court to extend certain deadlines in this matter. The U.S. Court of Appeals for the Seventh Circuit entered a mandate in this action on August 10, 2021.[1] Pursuant to Fed R. Civ. P. 54(d) and this Court's Order on Consent Motion to Extend Time,[2] Plaintiffs' bill of costs and attorneys' fees is currently due on Thursday, September 9, 2021. Due to previously scheduled personal and professional commitments and in order to allow the parties adequate time to meet and confer on these issues

---

[1] *See* Mandate, *Ind. State Conf. of the NAACP v. Lawson*, No. 1:17-cv-02897 (S.D. Ind. Aug. 10, 2021), ECF. No. 169.

[2] *See* Order on Consent. Mot to Extend Time, *Ind. State Conf. of the NAACP v. Lawson*, No. 1:17-cv-02897 (S.D. Ind. Sep. 2, 2020), ECF No. 162.

prior to filing, Plaintiffs request an extension to file their motion for costs and fees on Monday, November 8, 2021.

Wherefore, Plaintiffs respectfully request that the Court modify certain deadlines as outlined above. Plaintiffs seek these extensions of time not for delay but for good cause and that justice may be served.

*/s/ Alexandre J. Tschumi*
Alexandre J. Tschumi
Sascha N. Rand
Ellyde R. Thompson
Ellison Ward Merkel
Geneva McDaniel
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

Eliza Sweren-Becker
BRENNAN CENTER FOR JUSTICE
AT NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310

Trent A. McCain
MCCAIN LAW OFFICES, P.C.
363 S. Lake St., Suite 2
Gary, IN 46403
(219) 884-0696

*Counsel for Plaintiffs Indiana State Conference of the National Association for the Advancement of Colored People (NAACP) and League of Women Voters of Indiana*

## CERTIFICATE OF SERVICE

I, Alexandre J. Tschumi, an attorney, certify that on August 20, 2021, I caused a true and correct copy of the foregoing Consent Motion to Extend Time for Filing Plaintiffs' Bill of Attorneys' Fees and Costs to be served on counsel for Defendants.

*/s/ Alexandre J. Tschumi*
Alexandre J. Tschumi
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
