UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP) and LEAGUE OF WOMEN VOTERS OF INDIANA,<br><br>Plaintiffs,<br><br>v.<br><br>CONNIE LAWSON, in her official capacity as the Indiana Secretary of State; J. BRADLEY KING, in his official capacity as Co-Director of the Indiana Election Division; ANGELA NUSSMEYER, in her official capacity as Co-Director of the Indiana Election Division,<br><br>Defendants. | Docket 1:17-cv-02897-TWP-MPB |

### [PROPOSED] ORDER ON CONSENT MOTION TO EXTEND TIME

Plaintiffs having filed their consent motion to extend time for filing their bill of attorneys' fees and costs, and the Court having read and reviewed the same and finding good cause to extend the deadline, the Court now finds that said Motion should be GRANTED.

IT IS ORDERED:

The deadline for Plaintiffs to file their bill of costs and attorneys' fees shall be Monday, November 8, 2021.

Dated: _____.

_____
Hon. Tanya Walton Pratt
United States District Court Chief Judge