# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP), and LEAGUE OF WOMEN VOTERS OF INDIANA,<br><br>        Plaintiffs,<br><br>    v.<br><br>CONNIE LAWSON in her official capacity as Secretary of State of Indiana, J. BRADLEY KING in his official capacity as Co-Director of the Indiana Election Division, and ANGELA NUSSMEYER in her official capacity as Co-Director of the Indiana Election Commission,<br><br>        Defendants. | Case No. 1:17-cv-02897-TWP-MPB |

## **ENTRY**

This matter is before the Court on Defendants' Position Statement, (Dkt. 174), filed on September 1, 2021.

On July 19, 2021, the Seventh Circuit Court of Appeals issued an opinion affirming the grant of summary judgment to Plaintiffs, but vacating in part the Court's permanent injunction and remanding for further proceedings. The parties subsequently filed their position statements on September 1, 2021, (Dkts. 174, 175). Defendants report that the deadline for seeking *certiorari* of this opinion is October 18, 2021. This date has not yet passed and Defendants are finalizing their assessment of options with respect to any further review, and expect to make a decision well before the October deadline. That said, the Court schedules this matter for a telephonic status conference on Friday, **October 22, 2021, at 11:30 a.m.**, in the event that such a conference is needed. If such a conference is not needed, the Court will vacate the setting *sua sponte*.

**SO ORDERED.**

Date: 9/3/2021

*[signature]*

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

DISTRIBUTION:

Courtney Lyn Abshire
INDIANA ATTORNEY GENERAL
courtney.abshire@atg.in.gov

Jefferson S. Garn
INDIANA ATTORNEY GENERAL
Jefferson.Garn@atg.in.gov

Rebecca L. McClain
INDIANA ATTORNEY GENERAL
rebecca.mcclain@atg.in.gov

Diana Lynn Moers
INDIANA ATTORNEY GENERAL
diana.moers@atg.in.gov

Aleksandrina Penkova Pratt
INDIANA ATTORNEY GENERAL
aleksandrina.pratt@atg.in.gov

Kelly Suzanne Thompson
INDIANA ATTORNEY GENERAL
kelly.thompson@atg.in.gov

Trent A. McCain
MCCAIN LAW OFFICES, P.C.
Trent@McCain.Law

Ellison Sylvina Ward Merkel
QUINN EMANUEL URQUHART &
SULLIVAN LLP
ellisonmerkel@quinnemanuel.com

Myrna Perez
BRENNAN CENTER FOR JUSTICE
perezm@brennan.law.nyu.edu

Sascha N. Rand
QUINN EMANUEL URQUHART &
SULLIVAN LLP
sascharand@quinnemanuel.com

Eliza Max Sweren-Becker
BRENNAN CENTER FOR JUSTICE
eliza.sweren-becker@nyu.edu

Ellyde R. Thompson
QUINN EMANUEL URQUHART &
SULLIVAN LLP
ellydethompson@quinnemanuel.com

Alexandre J. Tschumi
QUINN EMANUEL URQUHART &
SULLIVAN LLP
alexandretschumi@quinnemanuel.com