# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| INDIANA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP), LEAGUE OF WOMEN VOTERS OF INDIANA, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:17-cv-02897-TWP-MPB |
| CONNIE LAWSON in her official capacity as Secretary of State for the State of Indiana, J. BRADLEY KING in his official capacity as Co-Director, Indiana Election Division, ANGELA NUSSMEYER in her official capacity as Co-Director of Indiana Election Commission, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ENTRY FOR OCTOBER 22, 2021
## THE HONORABLE TANYA WALTON PRATT, CHIEF JUDGE

Plaintiff Common Cause appeared by counsel Sophia Lin Lakin, Gavin Rose, Matthew Jedreski and Brenda Wright. Plaintiff Indiana State Conference of The National Association For The Advancement Of Colored People (NAACP) and League of Women Voters of Indiana appeared by counsel Eliza Sweren-Becker Alexandre Tschumi, Sean Morales-Doyle and Andrew Garber. Defendants appeared by counsel Jefferson Garn. David Moxley was the Court Reporter.

The parties were given until noon on **October 29, 2021** to reach an agreement regarding the permanent injunction and file the appropriate document in CM/ECF. If no agreement is reached the Court will draft and issue a new permanent injunction that fulfills the mandate issued by the Seventh Circuit Court of Appeal.

The Court granted Plaintiff's oral motion to extend the time for filing its bill of attorneys' fees and costs. The parties were given until **December 10, 2021** to reach an agreement regarding Plaintiffs' fees or if not, to file a bill of costs and fee petition.

    IT IS SO ORDERED.

Date: 10/22/2021

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Courtney Lyn Abshire
INDIANA ATTORNEY GENERAL
courtney.abshire@atg.in.gov

Jefferson S. Garn
INDIANA ATTORNEY GENERAL
Jefferson.Garn@atg.in.gov

Trent A. McCain
MCCAIN LAW OFFICES, P.C.
Trent@McCain.Law

Rebecca L. McClain
INDIANA ATTORNEY GENERAL
rebecca.mcclain@atg.in.gov

Ellison Sylvina Ward Merkel
QUINN EMANUEL URQUHART & SULLIVAN LLP
ellisonmerkel@quinnemanuel.com

Diana Lynn Moers
INDIANA ATTORNEY GENERAL
diana.moers@atg.in.gov

Myrna Perez
BRENNAN CENTER FOR JUSTICE
perezm@brennan.law.nyu.edu

Aleksandrina Penkova Pratt
INDIANA ATTORNEY GENERAL
aleksandrina.pratt@atg.in.gov

Sascha N. Rand
QUINN EMANUEL URQUHART & SULLIVAN LLP
sascharand@quinnemanuel.com

Eliza Max Sweren-Becker
BRENNAN CENTER FOR JUSTICE
eliza.sweren-becker@nyu.edu

Ellyde R. Thompson
QUINN EMANUEL URQUHART & SULLIVAN LLP
ellydethompson@quinnemanuel.com

Kelly Suzanne Thompson
INDIANA ATTORNEY GENERAL
kelly.thompson@atg.in.gov

Alexandre J. Tschumi
QUINN EMANUEL URQUHART & SULLIVAN LLP
alexandretschumi@quinnemanuel.com