**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| INDIANA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP), LEAGUE OF WOMEN VOTERS OF INDIANA, <br><br>Plaintiffs,<br><br>v.<br><br>CONNIE LAWSON in her official capacity as Secretary of State for the State of Indiana, J. BRADLEY KING in his official capacity as Co-Director, Indiana Election Division, ANGELA NUSSMEYER in her official capacity as Co-Director of Indiana Election Commission,<br><br>Defendants. | No. 1:17-cv-02897-TWP-MPB |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

Permanent Injunctive relief has been Ordered. Final Judgment is issued and the Clerk is **DIRECTED** to close this case.

IT IS SO ORDERED.

Date: 11/2/2021

Roger A.G. Sharpe, Clerk
United States District Court

By: Deputy Clerk

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Courtney Lyn Abshire
INDIANA ATTORNEY GENERAL
courtney.abshire@atg.in.gov

Jefferson S. Garn
INDIANA ATTORNEY GENERAL
Jefferson.Garn@atg.in.gov

Trent A. McCain
MCCAIN LAW OFFICES, P.C.
Trent@McCain.Law

Rebecca L. McClain
INDIANA ATTORNEY GENERAL
rebecca.mcclain@atg.in.gov

Ellison Sylvina Ward Merkel
QUINN EMANUEL URQUHART &
SULLIVAN LLP
ellisonmerkel@quinnemanuel.com

Diana Lynn Moers
INDIANA ATTORNEY GENERAL
diana.moers@atg.in.gov

Myrna Perez
BRENNAN CENTER FOR JUSTICE
perezm@brennan.law.nyu.edu

Aleksandrina Penkova Pratt
INDIANA ATTORNEY GENERAL
aleksandrina.pratt@atg.in.gov

Sascha N. Rand
QUINN EMANUEL URQUHART &
SULLIVAN LLP
sascharand@quinnemanuel.com

Eliza Max Sweren-Becker
BRENNAN CENTER FOR JUSTICE
eliza.sweren-becker@nyu.edu

Ellyde R. Thompson
QUINN EMANUEL URQUHART &
SULLIVAN LLP
ellydethompson@quinnemanuel.com

Kelly Suzanne Thompson
INDIANA ATTORNEY GENERAL
kelly.thompson@atg.in.gov

Alexandre J. Tschumi
QUINN EMANUEL URQUHART &
SULLIVAN LLP
alexandretschumi@quinnemanuel.com