UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP) and LEAGUE OF WOMEN VOTERS OF INDIANA,<br><br>Plaintiffs,<br><br>v.<br><br>CONNIE LAWSON, in her official capacity as the Indiana Secretary of State; J. BRADLEY KING, in his official capacity as Co-Director of the Indiana Election Division; ANGELA NUSSMEYER, in her official capacity as Co-Director of the Indiana Election Division,<br><br>Defendants. | Docket No. 1:17-cv-02897-TWP-MPB |

**JOINT NOTICE TO COURT AND MOTION TO EXTEND TIME FOR FILING PLAINTIFFS' BILL OF ATTORNEYS' FEES AND COSTS**

The parties file this notice and motion to notify the Court that the parties have agreed to resolve attorneys' fees and costs pending statutorily required approval and to extend the deadline for Plaintiffs to file any motion for attorneys' fees and costs. The current deadline for Plaintiffs to file their motion is February 23, 2022. Plaintiffs request a 28-day extension to file their motion for costs and fees on Wednesday, March 23, 2022. The parties in this case and *Common Cause v. Lawson*, No. 1:17-cv-03936, have negotiated an agreed resolution to the outstanding issue of fees and costs and now require only the approval required under Indiana law.

Wherefore, the parties provide this notice to the Court and respectfully request that the Court modify the deadline to file a motion for fees and costs as outlined above. The parties seek this extension of time not for delay but for good cause and that justice may be served.

By:

Respectfully submitted,
THEODORE E. ROKITA
INDIANA ATTORNEY GENERAL

*/s/Courtney L. Abshire*
Courtney L. Abshire
Deputy Attorney General

Jefferson S. Garn
Deputy Attorney General
302 W. Washington Street
IGCS 5th Floor
Indianapolis, IN  46204
(317) 234-7019 (Abshire)
(317) 234-7119 (Garn)

*Counsel for Defendants*


*/s/ Sean Morales-Doyle*
Sean Morales-Doyle
Andrew B. Garber
BRENNAN CENTER FOR JUSTICE
AT NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
(646) 925-8765

Sascha N. Rand
Ellyde R. Thompson
Ellison Ward Merkel
Geneva McDaniel
Alexandre J. Tschumi
QUINN EMANUEL URQUHART &
SULLIVAN, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

Trent A. McCain
MCCAIN LAW OFFICES, P.C.
363 South Lake Street, Suite 2
Gary, IN 46403
(219) 884-0696

*Counsel for Plaintiffs*