UNITED STATES DISCTICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP), et al. | )<br>)<br>)<br>) |
| Plaintiff, | ) Case No. 1:17-cv-02897-TWP-MPB |
| v. | ) |
| CONNIE LAWSON, in her official capacity as the Indiana Secretary of State, et al. | )<br>) |
| Defendants | ) |

### ORDER ON JOINT NOTICE TO COURT AND MOTION TO EXTEND TIME FOR FILING PLAINTIFF'S FEES AND COSTS

The parties, having filed their joint notice to Court and motion to extend time for filing Plaintiffs' motion for fees and costs, and the Court, having read and reviewed the same and finding good cause to extend the deadline, now finds that said motion should be **GRANTED**. The deadline for Plaintiffs to file any motion for costs and attorneys' fees shall be **Wednesday, March 23, 2022**.

**So ordered.**

Date: 2/24/2022

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution: Served electronically
CM/ECF registered counsel of record.