UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP) and LEAGUE OF WOMEN VOTERS OF INDIANA,<br><br>Plaintiffs,<br><br>v.<br><br>CONNIE LAWSON, in her official capacity as the Indiana Secretary of State; J. BRADLEY KING, in his official capacity as Co-Director of the Indiana Election Division; ANGELA NUSSMEYER, in her official capacity as Co-Director of the Indiana Election Division,<br><br>Defendants. | Docket No. 1:17-cv-02897-TWP-MPB |

### NOTICE CONCERNING RESOLUTION OF PLAINTIFFS' CLAIM FOR ATTORNEYS' FEES AND COSTS

Plaintiffs, by counsel, say that:

1. The Court entered final judgment in this case on November 2, 2021 (Dkt. 184).

2. The case has remained open so the parties could resolve Plaintiffs' claim for attorneys' fees and costs.

3. Defendants have notified Plaintiffs that the state approved the parties' agreement on attorneys' fees and costs on March 23, 2022.

4. The parties are finalizing the agreement and will notify the Court when the matter has been fully resolved.

WHEREFORE, Plaintiffs file this Notice.

*/s/ Andrew B. Garber*
Andrew B. Garber
Sean Morales-Doyle
Eliza Sweren-Becker
BRENNAN CENTER FOR JUSTICE
AT NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
(646) 925-8765

Alexandre J. Tschumi
Sascha N. Rand
Ellyde R. Thompson
Ellison Ward Merkel
Geneva McDaniel
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

Trent A. McCain
MCCAIN LAW OFFICES, P.C.
363 South Lake Street, Suite 2
Gary, IN 46403
(219) 884-0696

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Andrew Garber, an attorney, certify that on March 23, 2022, I caused a true and correct copy of the foregoing Notice Concerning Resolution of Plaintiff's Claim for Attorneys' Fees and Costs to be served on counsel for Defendants.

*/s/ Andrew B. Garber*
Andrew B. Garber