UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP) and LEAGUE OF WOMEN VOTERS OF INDIANA,<br><br>Plaintiffs,<br><br>v.<br><br>CONNIE LAWSON, in her official capacity as the Indiana Secretary of State; J. BRADLEY KING, in his official capacity as Co-Director of the Indiana Election Division; ANGELA NUSSMEYER, in her official capacity as Co-Director of the Indiana Election Division,<br><br>Defendants. | Docket 1:17-cv-02897-TWP-MPB |

## JOINT NOTICE OF RESOLUTION

The parties, through their counsel, affirm that:

1. The Court entered final judgment in this case on November 2, 2021 (Dkt. 184).

2. The case has remained open so that the parties could resolve Plaintiffs' claim for attorneys' fees and costs.

3. The parties have reached agreement on attorneys' fees and costs and the State of Indiana has approved the agreement.

4. The matter has been fully resolved.


Submitted this 26th day of July, 2022.

*/s/ Andrew Garber*
Andrew B. Garber
Sean Morales-Doyle
Eliza Sweren-Becker
BRENNAN CENTER FOR JUSTICE
AT NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
(646) 925-8765

Sascha N. Rand*
Ellyde R. Thompson*
Ellison Ward Merkel*
Geneva McDaniel*
Alexandre J. Tschumi*
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

Trent A. McCain
MCCAIN LAW OFFICES, P.C.
363 S. Lake St., Suite 2
Gary, IN 46403
(219) 884-0696

*Counsel for Plaintiffs Indiana State Conference of the National Association for the Advancement of Colored People (NAACP) and League of Women Voters of Indiana*

*Admitted pro hac vice

2

<u>s/ *Jefferson S. Garn*</u>
Jefferson S. Garn
OFFICE OF ATTORNEY GENERAL
Ind. Government Center South, 5th Fl.
302 West Washington Street
Indianapolis, IN 46204-2770
Telephone: (317) 234-7119
Facsimile: (317) 232-7979
jefferson.garn@atg.in.gov
Attorney for Defendants

## CERTIFICATE OF SERVICE

I, Andrew Garber, an attorney, certify that on July 26, 2022, I caused a true and correct copy of the foregoing Joint Notice of Resolution to be served on counsel for Defendants.

*/s/ Andrew Garber*
Andrew Garber