UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

The Court acknowledges that
this case is closed.

07/27/2022

TWP

INDIANA STATE CONFERENCE OF THE
NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE
(NAACP) and LEAGUE OF WOMEN
VOTERS OF INDIANA,

Plaintiffs,

v.

CONNIE LAWSON, in her official capacity as
the Indiana Secretary of State; J. BRADLEY
KING, in his official capacity as Co-Director of
the Indiana Election Division; ANGELA
NUSSMEYER, in her official capacity as Co-
Director of the Indiana Election Division,

Defendants.

Docket 1:17-cv-02897-TWP-MPB

## JOINT NOTICE OF RESOLUTION

The parties, through their counsel, affirm that:

1. The Court entered final judgment in this case on November 2, 2021 (Dkt. 184).

2. The case has remained open so that the parties could resolve Plaintiffs' claim for attorneys' fees and costs.

3. The parties have reached agreement on attorneys' fees and costs and the State of Indiana has approved the agreement.

4. The matter has been fully resolved.

Submitted this 26th day of July, 2022.